AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAFAEL DAVILA, a/k/a "ROBBIN HOOD" | ) | Case No. |
| | ) | 23-MJ-5178-JGD-1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/1/2022 through 4/5/2023_____ in the county of _Middlesex, Essex, Plymouth_ in the

_____ District of ___MA, and elsewhere___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |
| 18 U.S.C. § 371 | Conspiracy to Steal More than $1,000 from a Federally Insured Bank |
| 18 U.S.C. § 2113(b) | Theft of More than $1,000 from a Federally Insured Bank |
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Christopher Ryan
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone.

Date:  **Apr 6, 2023**

_____
Judge's signature

City and state:  _____Boston, Massachusetts_____

Hon. Judith G. Dein, Magistrate Judge
_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE TORRES, a/k/a "GOLDY", | ) | Case No. |
| a/k/a "GOLDY TECH" | ) | 23-MJ-5178-JGD-2 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/1/2022 through 4/5/2023_____ in the county of _Middlesex, Essex, Plymouth_ in the

_____ District of _MA, and elsewhere_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

_Christopher Ryan_
_Complainant's signature_

FBI TFO Christopher Ryan
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __Apr 6, 2023__

_Judith Gail Dein_
_Judge's signature_

City and state: _____Boston, Massachusetts_____

Hon. Judith G. Dein, Magistrate Judge
_Printed name and title_

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NICOLAS DAVILA | ) | Case No. |
| | ) | 23-MJ-5178-JGD-3 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/1/2022 through 4/5/2023_____ in the county of _Middlesex, Essex, Plymouth_ in the

_____ District of ___MA, and elsewhere___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

*Christopher Ryan*

*Complainant's signature*

FBI TFO Christopher Ryan

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __**Apr 6, 2023**__

*Judith Gail Dein*

*Judge's signature*

City and state: _____Boston, Massachusetts_____

Hon. Judith G. Dein, Magistrate Judge

*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CARLOS FONSECA, a/k/a "CHARLITO" | ) | Case No. |
| | ) | 23-MJ-5178-JGD-4 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___1/1/2022 through 4/5/2023___ in the county of Middlesex, Essex, Plymouth in the
_____ District of ___MA, and elsewhere___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Christopher Ryan
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone.

Date:  **Apr 6, 2023**
_____

_____
*Judge's signature*

City and state:  _____Boston, Massachusetts_____          Hon. Judith G. Dein, Magistrate Judge
_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> ZACHARY MARSHALL <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. <br>        23-MJ-5178-JGD-5 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____1/1/2022 through 4/5/2023____ in the county of __Middlesex, Essex, Plymouth__ in the

_____ District of __MA, and elsewhere__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

*Christopher Ryan*

*Complainant's signature*

FBI TFO Christopher Ryan

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __**Apr 6, 2023**__

*Judith Gail Dein*

*Judge's signature*

City and state: _____Boston, Massachusetts_____

Hon. Judith G. Dein, Magistrate Judge

*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SANTO FELIBERTY | ) | Case No. |
| | ) | 23-MJ-5178-JGD-6 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___1/1/2022 through 4/5/2023___ in the county of __Middlesex, Essex, Plymouth__ in the

_____ District of __MA, and elsewhere__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |
| 18 U.S.C. § 371 | Conspiracy to Steal More than $1,000 from a Federally Insured Bank |
| 18 U.S.C. § 2113(b) | Theft of More than $1,000 from a Federally Insured Bank |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Christopher Ryan
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone.

Date: __**Apr 6, 2023**__

_____
*Judge's signature*

City and state:          Boston, Massachusetts

Hon. Judith G. Dein, Magistrate Judge
_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ALEX OYOLA, a/k/a "DIRTY" | ) | |
| | ) | 23-MJ-5178-JGD-7 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___1/1/2022 through 4/5/2023___ in the county of __Middlesex, Essex, Plymouth__ in the

_____ District of __MA, and elsewhere__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 |
| 18 U.S.C. § 371 | Conspiracy to Steal More than $1,000 from a Federally Insured Bank |

This criminal complaint is based on these facts:

See attached affidavit of FBI Taskforce Officer Christopher Ryan

☑ Continued on the attached sheet.

_Christopher Ryan_
_____
_Complainant's signature_

FBI TFO Christopher Ryan
_____
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  **Apr 6, 2023**

_Judith Gail Dein_
_____
_Judge's signature_

City and state:  Boston, Massachusetts

Hon. Judith G. Dein, Magistrate Judge
_____
_Printed name and title_