UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. RAFAEL DAVILA<br>3. CARLOS FONSECA<br>5. ZACHARY MARSHALL<br><br>    Defendants | CRIMINAL No. 23-CR-10127-LTS |

**JOINT FINAL STATUS MEMORANDUM**

Pursuant to Local Rule 116.5(c), the parties hereby file the following final status memorandum prepared in connection with the Final Status Conference scheduled for October 30, 2023. The parties request that the Court schedule a Further Final Status Conference to be held in sixty (60) days.

**(1)    Request for Transfer for Status Conference**

The parties do not request transfer to the District Court Judge for Rule 11. The parties request one further date in 60 days before the Magistrate.

**(2)(A)  Status of Discovery and Any Additional Discovery to be Produced**

Automatic discovery is complete.

The government has produced BATES Nos. USAO-0000000 through USAO-0235155. The last segment of this production took place on July 25, 2023.

The government anticipates a final production of materials related to loss amounts and other victim information that may affect the guidelines sentencing range within two weeks. The disclosure of these materials has been affected by the necessity of redacting personal identifying information from the documents.

The government has also produced all large format digital evidence sources in its possession relating to this case, e.g., Cellebrite extraction files (.ufdr files) related to cellular devices and iCloud seized in this case, Google account data, Facebook account data, Snapchat data, etc. The government has made the discovery available to the Defendants at the detention facility. These large format digital evidence items were produced under BATES Nos. USAO2-00000-1 through USAO2-0000017.

With the exception of materials to be produced under a Protective Order (that the government will be filing shortly), and material to be disclosed pursuant to Local Rule 116.2(b)(2), and other pretrial disclosures the government does not anticipate providing additional discovery.

Counsel for FONSECA reports difficulty accessing the electronic discovery. The government and counsel for FONSECA are working to address this issue collaboratively.

**(2)(B)  Discovery Requests**

There are no outstanding discovery requests from the defendant. The government has received no reciprocal discovery from the defendant.

**(2)(C)  Status of any Fed. R. Crim. P. 12(b) Motions**

No motions pursuant to Fed. R. Crim. P. 12(b) have been filed.

The parties continue to discuss and negotiate regarding the potential of whether motions will be filed.

**(2)(D)  Speedy Trial Act Calculations**

The Court has excluded the time from May 3, 2023, through June 29, 2023, for all the defendants. (ECF #57, 70).

The Court has excluded the time from June 29, 2023, through August 24, 2023, for all the defendants. (ECF #83).

The Court has excluded the time from August 24, 2023, through October 30, 2023, for all the defendants. (ECF #98).

The parties further agree to exclude the time from the final status conference date through date of the further final status conference requested by the parties.

As of the Further Final Status Conference requested by the parties, zero days will have counted and seventy days will remain under the Speed Trial Act.

### (2)(E)  Length of Trial

The government reports that the trial for all remaining defendants will take approximately 15 days to try, assuming half-days with approximately 100 witnesses, including victims and police officers from the various departments where thefts took place. The government notes that potential stipulations could dramatically reduce the length of the trial presentation, and number of witnesses that would be necessary.

### (3)     Any Matters Specific to the Particular Case That Would Assist the District Court

The government and the three remaining defendants are discussing potential resolution and expect to have a position regarding resolution developed by the next status conference date. Resolution of this matter has been complicated due to the volume of discovery.

The parties request that the Court schedule a Further Final Status Conference to be held in approximately 60 days.

                                                Respectfully submitted,

                                                JOSHUA S. LEVY
                                                Acting United States Attorney,

By:    */s/ Philip A. Mallard*
        Philip A. Mallard
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:   October 25, 2023                    */s/ Philip A. Mallard*
                                            Philip A. Mallard
                                            Assistant United States Attorney