UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>1. RAFAEL DAVILA<br>3. CARLOS FONSECA<br>5. ZACHARY MARSHALL<br><br>     Defendants | CRIMINAL No. 23-CR-10127-LTS |

## ASSENTED-TO MOTION FOR PROTECTIVE ORDER

The United States respectfully moves for a protective order to govern disclosure of certain sensitive discovery materials.  The specific discovery subject to the Protective Order (the "Protected Materials") will be produced to defense counsel and may be reviewed by the Defendant in the presence of defense counsel, but the Defendants will not be permitted to retain copies of the Protected Materials.  A proposed protective order, which the parties have agreed-to is attached as Exhibit 1 (the "Protective Order").

As grounds for the necessity of a Protective Order in this case, the government states as follows:

1.	The Indictment charges the Defendant with conspiracy and various theft and money launder offenses.  The government is in possession of materials and information relating to other thefts and the laundering of these stolen items. Some of this information is derived from cooperating witnessese whose identity have not yet been disclosed.

2.	This case involves multiple cooperating witnesses whose safety and security and that of their relatives and family would be placed in jeopardy if Protected Materials are not afforded heightened protection.  Specific information concerning the basis for the government's

1

belief that witness security would be imperiled will be submitted *ex parte*, under seal, if the Court so requests.

3. The contents of the Protected Materials are essentially witness interview reports and other related documents. The government intends to produce this material in advance of the 21-day disclosure deadline set forth in the Local Rules, and would like to ensure that this voluntary disclosure in advance of the deadlines does not result in the dissemination of information and materials that may tend to jeopardize the safety of the cooperating witnesses. The disclosure of the Protected Materials would tend to identify one or more cooperating witnesses, potentially jeopardize witness security, expose an ongoing investigation to unnecessary public scrutiny, and undermine efforts already undertaken to ensure witness security and the integrity of the investigation. The disclosure and dissemination of Protected Materials should, therefore, be controlled by the Protective Order.

4. Undersigned counsel for the government has discussed the matter with the attorneys for the Defendants and they assent to this motion and the terms of the Protective Order.

## CONCLUSION

Accordingly, based on the sensitive nature of the information and the safety concerns presented by the information contained in the Protected Materials, the government respectfully requests that the Court endorse and enter the proposed Protective Order attached as Exhibit 1.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: October 25, 2023                           */s/ Philip A. Mallard*
                                                 Philip A. Mallard
                                                 Assistant United States Attorney