UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. RAFAEL DAVILA<br>3. CARLOS FONSECA<br>5. ZACHARY MARSHALL<br><br>Defendants | CRIMINAL No. 23-CR-10127-LTS |

## **PROTECTIVE ORDER**

Upon review of the Assented-to Motion for Protective Order filed by the United States in this matter, and for good cause based on certain concerns related to this case, the Court issues the following Protective Order.

1. Certain items produced during the course of discovery will be referred to as Protected Materials, and shall be subject to heighted protection in accordance with this Protective Order.

2. The Protected Materials shall be identified by a watermark on the specific items stating, "Subj. to Prot. Order," and any digital media files shall have the phrase "Subj. to Prot. Order" in the filename.

3. Counsel will keep and maintain the Protected Materials, and the Defendants may review the Protected Materials in the presence of counsel. The Protected Materials and any images or media derived from the Protected Materials shall not be physically disseminated to the Defendants and the Defendants are not permitted to possess or retain copies of the Protected Materials under any circumstances.

4. All copies of the Protected Materials shall be kept and maintained by defense counsel and not disseminated outside of the defense team. Any person to whom the Protected

Materials are disseminated shall be informed of the provisions of this protective order, shall be advised that it applies to them, and shall be required to review and sign a copy of this protective order to memorialize their understanding and agreement to it.

5. This Protective Order shall be subject to modification by the Court for good cause shown, upon motion by the parties.

So Ordered,

_____
HON. JUDITH G. DEIN
United States Magistrate Judge

Dated: _____, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1. RAFAEL DAVILA<br>3. CARLOS FONSECA<br>5. ZACHARY MARSHALL<br><br>  Defendants | CRIMINAL No. 23-CR-10127-LTS |

**AGREEMENT TO TERMS OF PROTECTIVE ORDER**

I acknowledge and agree that I have reviewed the Protective Order issued by the Court in the above-referenced case, and I agree that I am bound by the terms of the Protective Order subject to sanction of Court.

Signature: _____

Printed Name: _____

Title: _____

Dated: _____

3