UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
23-10127-LTS

UNITED STATES OF AMERICA
v.

RAFAEL DAVILA, CARLOS FONSECA and
ZACHARY MARSHALL

**ORDER ON EXCLUDABLE TIME**

October 30, 2023

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. I further find that not granting this continuance would deny counsel for both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

The Clerk shall enter excludable time for the period of October 30, 2023 through December 20, 2023, that being the period between the expiration of the last order of excludable time and the date of the next status conference. Based on the orders of May 18, 2023, June 8, 2023, June 9, 2023, June 29, 2023, August 24, 2023 and this order, as of December 20, 2023 there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge