UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
23-10127-LTS

UNITED STATES OF AMERICA
v.

RAFAEL DAVILA and CARLOS FONSECA

**INTERIM STATUS REPORT**

December 20, 2023

DEIN, M.J.

An Interim Status Conference was scheduled to be held remotely before this court on December 20, 2023 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The government completed its production of automatic discovery on a rolling basis in July 2023. The defendants are in the process of reviewing the documents produced by the government to date. The production is very voluminous. The government anticipates producing a large amount of additional video data that was obtained from a surveillance system seized from codefendant Jose Torres who has pleaded guilty.

2. Automatic discovery is complete. Except as provided above, the government does not expect to produce additional discovery except in response to specific requests and in accordance with the Local Rules.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4. The government shall provide any expert witness disclosures 30 days prior to trial. The defendants shall provide any expert disclosures 14 days prior to trial.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of December 20, 2023 through February 9, 2024, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior orders of the court dated May 18, 2023, June 8, 2023, June 9, 2023, June 29, 2023, August 24, 2023, October 30, 2023 and the order entered contemporaneously herewith, at the time of the Final Status Conference on February 9, 2024 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for February 9, 2024 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary. At present, the government believes that trial will take approximately 20 trial days and involve well over 100 witnesses.

            / s / Judith Gail Dein
            JUDITH GAIL DEIN
            UNITED STATES MAGISTRATE JUDGE