UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
23-10127-LTS

UNITED STATES OF AMERICA
v.

RAFAEL DAVILA and CARLOS FONSECA

**FINAL STATUS REPORT**

February 9, 2024

DEIN, M.J.

A Final Status Conference was scheduled to be held remotely before this court on February 9, 2024 pursuant to the provisions of Local Rule 116.5(c), but with the court's consent the parties proceeded by way of a Joint Final Status Memorandum. Based on that Memorandum, this court enters the following report and orders to wit:

1. Defendant Carlos Fonseca requests that the District Judge schedule a Rule 11 hearing after March 31, 2024 which will allow the parties time to obtain necessary approvals. The defendant Rafael Davila requests that the District Judge schedule an initial status conference in 60 to 75 days, to allow the parties time to determine if the case can be resolved without a trial. To date, the parties have had fruitful discussions regarding resolution.

2. Automatic discovery is complete. The government expects to produce in the next few days a large amount of additional video data that was obtained from a surveillance system seized from codefendant Jose Torres, who has pleaded guilty. Otherwise, the government does not expect to produce additional discovery except in accordance with the Local Rules.

3. There are no outstanding or anticipated discovery disputes. The defendants may request a date from the District Judge for filing dispositive motions.

4. The government shall provide any expert witness disclosures 30 days prior to trial. The defendants shall provide any expert disclosures 14 days prior to trial.

5. Based upon the prior orders of the court dated May 18, 2023, June 8, 2023, June 9, 2023, June 29, 2023, August 24, 2023, October 30, 2023, December 20, 2023 and the order entered contemporaneously herewith, at the time of the next conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. It is too early to determine if a trial will be necessary. At present, the government believes that trial will take approximately 20 trial days and involve well over 100 witnesses, although the

[2]

presentation may be shortened by use of stipulations of fact.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                             / s / Judith Gail Dein  
                                             JUDITH GAIL DEIN  
                                             UNITED STATES MAGISTRATE JUDGE