UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 23-cr-10127-LTS |
| | ) | |
| RAFAEL DAVILA | ) | |

**ASSENTED-TO MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE**

The Defendant, Rafael Davila, moves the Court to continue the initial pretrial conference presently scheduled to take place on March 20, 2024.   As grounds therefore, the parties are engaged in plea discussions.   If those discussions are fruitful, it could obviate the need to conduct the initial pretrial conference.   If those discussions are not fruitful, the parties will be better positioned to address the Court regarding a proposed trial schedule.

Counsel for the government assents to this motion.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 15, 2024.

                                             */s/ Scott Lauer*
                                             Scott Lauer