## B.O.S.S.
Restorative Justice Group

To Whom It May Concern:

This letter is to inform you that _Rafael Davila_ has been an active participant of the B.O.S.S. men's group since the date of: _10/15/23_.

"Building on Self Substance" (B.O.S.S.) is a voluntary men's group that meets weekly in an effort to promote restorative justice. This group was begun by members who were participants in the original RJ (Restorative Justice) efforts at Wyatt Detention Facility - a pilot program that was spearheaded by 1st circuit Honorable Judge Leo T. Sorokin. Facilitators of this RJ group included members of the AUSA, US Probation, Federal Public Defenders Office, as well as Victim's Advocate groups.

The goal of the B.O.S.S. men's group is to achieve self-awareness and growth, while also providing healing to those adversely affected by our actions. Members of this group seek opportunities for self betterment and to teach one another the ethics, values and lessons learned from the restorative justice process. The weekly groups include short written assignments, group discussions, and working in teams to challenge each other to truly grasp the concepts of restorative justice. Through this process, it is our hopes that we may give back to our communities by becoming the best versions of ourselves.

Over 30 critical thinking writing assignments have been created to aid participants on this path to growth and healing. These assignments touch upon topics including: coping with substance abuse, healing past traumas, developing life skills, acknowledging wrongdoings, recognizing shortcomings, anger management, impulse control, fatherhood and much more. These topics and assignments have either been directly passed down from the discussion groups of the original RJ, or constructed from the concepts learned through various popular self-help books (such as "The Road Less Traveled", "The 4 Agreements", "The Secret", "The Mentor", etc.)

We are proud of our efforts and committed to continuing hard work. We understand that growth and change is a life-long process, that there is no final completion date or certificate to mark this progress. Each participant of the group is expected to be authentic and dedicated to the restorative justice principles. Each participant will experience gainful insight and learning that will contribute to a better tomorrow for all through healing and honest understanding. It is our hopes that you will recognize these efforts and further assist us by being our advocate. Thank you for your time and consideration in this matter.

Sincerely,

Harry Tam
Chairman

Doyal Kalita
Vice Chairman

Anatoly Braylovsky
Secretary