UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 23-cr-10127-LTS |
| ) | |
| RAFAEL DAVILA ) | |

**ASSENTED-TO MOTION FOR RULE 11 HEARING**

The Defendant, Rafael Davila, moves the Court to cancel the initial pretrial conference scheduled to take place on April 3, 2024 and instead schedule a Rule 11 hearing in mid-April or thereafter. Mr. Davila intends to plead guilty to Counts 1, 2, 3, 4, 5, 8, 9, 10, and 11 of the Indictment. At this juncture, Mr. Davila does not intend to plead guilty to Count 7, charging a conspiracy to commit money laundering. Undersigned counsel has been advised by opposing counsel that additional time will be needed for the government to clarify its position with respect to Count 7 but the parties anticipate being prepared to move forward with a Rule 11 hearing by mid-April or thereafter.

Counsel for the government assents to this motion.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
 B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 27, 2024.

                                              */s/ Scott Lauer*
                                              Scott Lauer