UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAFAEL DAVILA ) | Docket No: 23-cr-10127-LTS |

**DEFENDANT'S STATUS REPORT REGARDING FORFEITURE PROCEEDINGS**

At the Defendant's Rule 11 hearing, the parties notified the Court that the case would involve forfeiture proceedings that were likely to be contested. The Court directed the parties to confer and file a status report within two weeks. See ECF #235. Undersigned counsel has conferred with counsel for the government and Mr. Davila, who objects and wishes to be heard as to the forfeiture of the following items identified as being subject to forfeiture in the Indictment [ECF #41] and Bill of Particulars for Forfeiture of Assets [ECF #234]:

a. 2015 Chevrolet Suburban;
b. 2012 Can-Am Spyder Roadster;
c. Gold chain and two earrings;
d. Two suspected diamond earrings;
e. 2 Sea Doo Jet Skis;
f. Blue Honda Gold Wing Motorcycle;
g. Green Dirt Bike;
h. Blue/White BMW RR Sport Bike;
i. Orange Honda CBW 1000RR;
j. Blue/Silver Sterco Dirt Bike;
k. 2017 Red Suzuki.

Mr. Davila will not be objecting to the forfeiture of all other items previously identified by the government as being subject to forfeiture.

The defense requests that the Court schedule a hearing under Fed. R. Crim. P. 32(b)(1)(B) to determine whether a forfeiture nexus exists as to the items in dispute and/or to permit interested third parties to assert an interest in the items subject to forfeiture. The defense

further requests that the Court issue a scheduling order in advance of the hearing directing the parties to provide reasonable notice of evidence upon which the parties intend to rely.  See Fed. R. Crim. P. 32.2(b)(1)(B)(providing that the Court's restitution findings may be "based on evidence already in the record…and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable").

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2024.

*/s/ Scott Lauer*
Scott Lauer