UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1.  RAFAEL DAVILA<br><br>　　　Defendants | CRIMINAL No. 23-CR-10127-LTS |

**JOINT MOTION TO CONTINUE FORFEITURE HEARING AND EXTEND DEADLINES FOR FILING OF MOTIONS**

The government, joined by the Defendant, respectfully requests that the Court continue the forfeiture hearing and extend the deadlines for filing of the government's motions regarding forfeiture items (and any opposition thereto). The government, with assent of the Defendant, propose that the forfeiture hearing be continued to a date during the week of July 22, 2024, and that the government's deadlines to file the motions for forfeiture be extended to July 5, 2024.

As grounds therefore, the government states as follows:

1. On April 16, 2024, the Defendant, Rafael Davila, pleaded guilty to the Indictment (ECF #235). The Court scheduled July 30, 2024, for sentencing (ECF #237).

2. There is no plea agreement between the government and Rafael Davila. As a result, the matters of forfeiture were not resolved and remain outstanding. At the Rule 11 hearing, the parties requested two weeks to confer and narrow the issues regarding forfeiture.

3. On April 30, 2024, the Defendant filed a status report that reflected the forfeiture of certain items being agreed-to, and that the forfeiture of certain other items remains disputed (ECF #242).

4. On May 1, 2024, the Court issued an Order setting the schedule for the adjudication of the outstanding forfeiture issues (ECF #243). That Order requires the government to file a motion for forfeiture of the undisputed items, and a second motion for forfeiture of the disputed items. The motion relating to the disputed items is due on May 15, 2024. No deadline was set for the filing of the forfeiture motion related to the items that are agreed-to. Additionally, the Court scheduled the forfeiture hearing to take place on June 26, 2024.

5. The government and Defendant jointly request that the deadline for filing the motions for forfeiture be extended to July 5, 2024, and that the forfeiture hearing be continued to a date during the week of July 22, 2024.

6. Undersigned counsel for the government is scheduled to start a trial on June 17, 2024 (*United States v. Amado, et. al.*, Docket No. 22-cr-10259-WGY). Additionally, undersigned counsel for the government is scheduled to be out of the country on foreign travel for vacation from July 9, 2024, through July 16, 2024.

7. Additionally, Assistant United States Attorney Alexandra Amrhein is the assigned prosecutor from the Asset Forfeiture Unit. AUSA Amrhein is currently out of the country on foreign travel for vacation and is not due to return until May 15, 2024. AUSA Amrhein also reports that she is scheduled to start a trial on June 3, 2024 (*Khan v. Mayorkas*, 22CV-11534-PBS). AUSA Amrhein is familiar with this case and would necessarily need to draft and approve any motions for forfeiture that the Court has ordered to be filed.

8. Defense Counsel is scheduled to start a trial on June 24, 2024 (*United States v. Duhaime*, Docket No. 22-CR-10290-WGY). Additionally, the parties met yesterday May 1, 2024, and reviewed documentary evidence seized from the Defendant's residence. Based upon that review, Defense Counsel anticipates meeting with the Defendant and discussing the list of disputed

items and whether the documentary evidence that was reviewed results in a change in the Defendant's position on certain disputed items.

9. Additionally, the parties have not yet received the presentence report from Probation. The information contained in the presentence report may in fact bear upon the matters to be adjudicated at the forfeiture hearing. The parties believe that review of the initial presentence report would assist in the preparation of the motions, and presentation at the forfeiture hearing.

10. The parties are mindful of the issues and would prefer to have the additional time in order to fully brief the matters before the Court relative to forfeiture, and to ensure that the submitted evidentiary presentation is as complete as possible.

*Wherefore*, in order to accommodate these pre-existing scheduling issues for both the government and Defendant, the parties jointly request the deadline for filing the motions for forfeiture be extended to July 5, 2024 (and the deadline for any opposition thereto, be extended on July 19, 2024), and that the forfeiture hearing be continued to a date during the week of July 22, 2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By:     */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

RAFAEL DAVILA
By his attorney,

*/s Scott Lauer, Esq.*
Scott Lauer, Esq.
Assistant Federal Defender

3

## **CERTIFICATE OF SERVICE**

       I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  May 2, 2024                                   */s/ Philip A. Mallard*
                                                             Philip A. Mallard
                                                             Assistant United States Attorney