UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 23-cr-10127-LTS |
| | ) | |
| RAFAEL DAVILA | ) | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The Defendant, Rafael Davila, moves the Court to continue the sentencing hearing presently scheduled to take place on July 30, 2024.   As grounds, the parties recently received the draft presentence report ("PSR").   The draft PSR is extraordinarily lengthy, approximately 117 pages in length.   Due to its length and complexity, undersigned counsel seeks additional time to review with the Defendant and otherwise prepare for sentencing.

Counsel for the government assents to this motion.   The parties propose that the Court extend the deadline for responses to the draft PSR until August 16, 2024 and schedule a sentencing hearing for either September 13th, 17th, 20th, 24th, or 25th, should the Court have availability on those dates.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 1, 2024. A copy is also being provided to Senior U.S. Probation Officer Martha Victoria via email.

                                              */s/ Scott Lauer*
                                              Scott Lauer