UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>1. RAFAEL DAVILA, )<br>    a/k/a "Robbin Hood," )<br>2. JOSE TORRES, )<br>    a/k/a "Goldy," a/k/a "Goldy Tech," )<br>3. CARLOS FONSECA, )<br>    a/k/a "Charlito," )<br>4. NICHOLAS DAVILA, )<br>5. ZACHARY MARSHALL, and )<br>6. SANTO FELIBERTY, )<br>    Defendants. ) | Criminal No.: 23-10127-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Alexandra W. Amrhein, Assistant United States Attorney, as Counsel for the United States of America in the above-captioned case.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
alexandra.amrhein@usdoj.gov

Dated:   July 2, 2024