# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 23-10127-LTS |
| | ) | |
| 1. RAFAEL DAVILA, | ) | |
| a/k/a "Robbin Hood," | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF TROOPER JAMES T. MELBERG**

I, James T. Melberg, do hereby state as follows:

1.      I am a Trooper with the Massachusetts State Police presently assigned to the Commonwealth Fusion Center, Criminal Information Section.  My current duties within the Criminal Information Section include the identification of criminal trends and commonalities, and the identification of suspects involved in various types of organized street crimes.  In conjunction with these assignments, I have assisted various local police departments in identifying suspects involved in criminal activity, and commonalities and trends associated with these crimes.  I have participated in numerous investigations, debriefed or participated in debriefings of numerous defendants, informants, and witnesses who had personal knowledge regarding major criminal organizations.

2.      I have been a sworn State Police Officer in the Commonwealth of Massachusetts since January 2018.  I hold a bachelor's degree in criminal justice from Saint Anselm College.  I have been trained in Criminal Law and Criminal Procedure at the Massachusetts State Police Academy.  After graduating from the academy in January of 2018, I was assigned as a uniformed Trooper in the Division of Field Services, working out of the Brighton and Charlton Barracks.  During this time, my duties included cruiser patrol and the enforcement of traffic and criminal

1

laws, including but not limited to the investigation of motor vehicle crashes as well as the detection of motorists impaired by drugs and/or alcohol.  During my time in the Division of Field Services, I consistently made felony arrests and seized a number of firearms, narcotics, and U.S. currency. I also testified extensively in the Dudley and Worcester District Courts, Worcester Superior Court, and Worcester Federal Court resulting in numerous felony convictions for violent and drug related offenses.

3.      Prior to my tenure as a State Trooper, I served with the Suffolk County Sheriff's Department for eleven years, the last eight at the rank of Sergeant.  As a Sergeant, I served on the Gang Intelligence Unit.   Additionally, I have received informal training from experienced investigators while engaged in cooperative investigations with other law enforcement agencies throughout the Commonwealth.

4.      I became involved in the instant investigation as part of my role as the Mass Crime Net liaison to the Criminal Information Section.  Mass Crime Net is an information-sharing service run by the Commonwealth Fusion Center.  I received and developed information that a Maroon Acura MDX was involved in catalytic converter thefts in the region.  I collected and analyzed these reports, finding similarities in methods and tactics utilized by the criminal enterprise, and organized the information sharing between investigating departments.  I located a purchased plate attached to the Maroon Acura MDX and found the vehicle in the driveway of defendant Rafael Davila ("Davila")'s residence.  I served as one of the primary investigators into Davila's offenses from his identification as a suspect until his arrest on April 12, 2023.

5.      On April 16, 2024, Davila pled guilty to the following offenses:  Conspiracy to Transport Stolen Goods Valued Over $5,000 in Interstate or Foreign Commerce, in violation of 18 U.S.C. § 371 (Count One); Interstate Transportation of Stolen Goods; Aiding and Abetting, in

violation of 18 U.S.C. §§ 2314 and 2 (Counts Two through Five, Eight, and Nine); Money

Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Seven); Conspiracy to Commit

Bank Theft, in violation of 18 U.S.C § 371 (Count Ten); and Bank Theft; Aiding and Abetting, in

violation of 18 U.S.C. §§ 2113(b) and 2 (Count Eleven), (collectively, the "Target Offenses").

      6.     I submit this affidavit in support of the government's motion for preliminary order

of forfeiture of certain assets seized from Davila throughout the course of the investigation and as

to which forfeiture is contested, namely:

     a.   2015 Chevrolet Suburban;

     b.   2012 Can-Am Spyder Roadster;

     c.   Two (2) Sea Doo Jet Skis[1];

     d.   Blue Honda Gold Wing Motorcycle[2];

     e.   Green Dirt Bike[3];

     f.   Blue/White BMW RR Sport Bike;

     g.   Orange Honda CBW 1000RR[4];

     h.   Blue/Silver Sherco Dirt Bike; and

     i.   2017 Red Suzuki

---

[1] The Bill of Particulars identified for forfeiture "two (2) Sea Doo Jet Skis seized on or about April 12, 2023 at 163 Trafton Rd., Springfield, MA 01108." In fact, one of the jet skis is a Sea Doo and the second is a Kawasaki, and they were seized from 799 S West St., Apt. D, Feeding Hills, MA 01030.

[2] The Bill of Particulars identified for forfeiture a "Blue Honda Gold Wing Motorcycle bearing vehicle identification number JH2SC79YlNK400229, seized on or about April 12, 2023 at 163 Trafton Rd., Springfield, MA 01108." The VIN is in fact JH2SC7941NK400229.

[3] The Bill of Particulars identified for forfeiture a "Green Dirt Bike bearing vehicle identification number KX085AE038928, seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030." The number provided is the identification number for the bike's engine; the displayed VIN for the bike itself is JKBKXFAC39A045141.

[4] The Bill of Particulars identified for forfeiture "Orange Honda CBR 1000 RR bearing vehicle identification number JH2PC40JODK000152, seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030." The model is in fact an Orange Honda CBR 600RR; the VIN is correct.

(collectively, "the Contested Assets").

## I.   BACKGROUND

### *The Investigation*

7.      Catalytic converters are a component of an automotive vehicle's exhaust system that reduce the toxic gas and pollutants from a vehicle's internal combustion engine into safe emissions by catalyzing a redox reaction process.  Catalytic converters use precious metals in their center or "core" and are regularly targeted for theft due to the high value of these metals, including palladium, platinum, and rhodium.  Some of these precious metals are more valuable per ounce than gold, and their value has been increasing in recent years.  The black-market price for certain catalytic converters can be above $1,000 each.

8.      The investigation revealed that Davila was the leader of an organized crew of catalytic conve1ter thieves and burglars.  Investigators identified Davila's leadership role based upon his meticulous recordkeeping of the crimes, including locations that were targeted, costs associated with the crimes, deliveries of the stolen property to the individuals responsible for monetizing the property, and lists of profits and splits of the profits that he maintained.  Additionally, investigators recovered text messages in which Davila described his role in organizing the crimes, his planning and procurement of the necessary tools and items, his connection to all the individuals responsible for monetizing the stolen catalytic converters and stolen property, and his participation in all of the thefts under investigation.

### *Davila's Finances*

9.      Davila was under constant surveillance from investigators for at least four months from late 2022 until April 2023.  At no time did investigators observe Davila leaving to work at any type of legitimate employment.  Investigators reviewed banking records from Davila for the

4

period of January 1, 2022 through December 2022, and observed that almost all deposits going into his account were ATM cash deposits and Cash App payments.  Based on my training and experience, I understand that criminals use cash payments to conceal the source of the funds.

10.     Furthermore, based on my training and experience, and investigators' review of Davila's iCloud data and text messages and other digital evidence, I believe that Davila was engaged in the Target Offenses dating back to February 2020 and that the commission of the Target Offenses constituted Davila's primary source of income during the period of February 2020 through 2023.

11.     While texting with his girlfriend, Davila made comments about how he ***"drives his bank account"*** and that he has ***"over 200K in assets"*** (emphases added).  Investigators found no evidence that Davila has had a job in over three years.  Notably, the investigators did not identify any text messages consistent with Davila discussing legitimate "work" or traveling to a place of employment.

12.     Based upon the number of incidents to which he was connected, his statements, and his text messages, Davila appeared to engage in catalytic converter thefts and burglaries on a full-time basis, committing these crimes multiple nights per week for upwards of eight hours a night. Investigators thus reasonably believe that the funds derived from the Target Offenses were used by Davila to acquire the "over 200K in assets" he references in the text message.  As his only source of income, investigators believe that funds from the Target Offenses must have been used to purchase the Contested Assets.

## II.    THE CONTESTED ASSETS

### *2015 Chevrolet Suburban*

13.    Over the course of the investigation, investigators learned that Davila is the frequent user and operator a Chevrolet Suburban, and that the Chevrolet Suburban has been used in furtherance of the Target Offenses.  For example, on December 5, 2022, Davila drove the Chevrolet Suburban to Home Depot to purchase blades for use in the commission of the Target Offenses.

14.    According to documents from the Massachusetts Registry of Motor Vehicles ("RMV"), the Chevrolet Suburban was purchased on October 21, 2022 by Rafael Davila's father for $8,500 from K&D Auto Sales.  Investigators are aware that Davila knows the owner of K&D Auto and that together, Davila and the owner have undertaken efforts to avoid taxes and create misleading title chains to avoid taxes on vehicles.  The circumstances of the sale of the Chevrolet Suburban are suspicious in that the vehicle was sold to K&D Auto by 57 Auto on October 20, 2022, and 57 Auto in fact purchased it from the prior owner.  Davila had a relationship with the owner of 57 Auto and had utilized a 57 Auto dealer plate on another of his vehicles.  Additionally, Davila, exchanged texts and two calls with a phone number associated with K&D Auto on October 21, 2022, the date the vehicle was supposedly purchased by Davila's father.  Investigators know that despite the fact that the vehicle is in his father's name, Davila himself, and not his father, is the frequent user and operator the Chevrolet Suburban.  Investigators believe based on the evidence gathered in this case that Davila is the actual purchaser of the Chevrolet Suburban and that he utilized proceeds of the Target Offenses to purchase it.  Among other things, the Chevrolet Suburban—which was regularly used by Davila in furtherance of the Target Offenses—was

purchased during the course of the criminal conspiracy, during a time when Davila was not known to have any legitimate employment or source of income.

15.     Additionally, the Chevrolet Suburban has been used by Davila to transport the stolen catalytic converters to co-conspirator Jose Torres in order to facilitate their monetization. This monetization of the stolen converters forms the basis of the money laundering conspiracy, as follows:  since the precious metals within catalytic converters are not readily accessible, the thieves must engage in transactions with the stolen catalytic converters in order to monetize them.  As a part of this investigation, Torres has been identified as a large-scale buyer of stolen catalytic converters, who in turn transports the stolen catalytic converters to entities that extract the precious metals from the core of the catalytic converters.  The core buyers that Torres has been identified to have used thus far are all located outside of Massachusetts.  As a result, in order to monetize the stolen catalytic converters, Torres transports them across state lines into other states, such as Connecticut, or New Jersey, where the identified core buyers were located.  Torres would receive a set amount per catalytic converter and pay a lesser figure to the thieves such as Davila.  Through this means, Torres earns a profit serving as a middle-man.  Once the stolen catalytic converters were delivered, Torres would receive payment in cash, CashApp, electronic transfer, and wire transfer from the core buyers, and utilize the funds to pay the thieves, including Davila.  Davila agreed to conduct financial transactions with Torres, knowing that the property involved in the financial transactions represented the proceeds of interstate transportation of stolen property—i.e., money laundering conspiracy.

16.     For example, on March 16, 2023, Davila drove the Chevrolet Suburban to 87 Oak Street in Springfield, Mass. and backed the vehicle into the driveway.  Davila exited the Chevrolet Suburban, opened the garage, and proceeded to unload catalytic converters into the garage.  Later

that day, an unknown third party arrived at 87 Oak Street in an Acura sedan and backed up to the garage.  The third party then opened the garage and proceeded to load dozens of catalytic converters into the trunk and rear of the Acura.  Torres then arrived and assisted the third party in loading the catalytic converters into the Acura.  Once they finished, Torres then handed the third party an unknown amount of cash and the third party drove away.

17.     Consequently, investigators believe that Davila obtained the Chevrolet Suburban with proceeds of the Target Offenses and that the Chevrolet Suburban has been used in furtherance of the Target Offenses, including to facilitate the money laundering offense.

### *2012 Can-Am Spyder Roadster*

18.     According to documents from the Massachusetts RMV, the Can-Am Spyder Roadster (VIN 2BXJBDC17CV000847) was purchased on June 28, 2021 by Rafael Davila's father for $9,150 from a seller located in Hooksett, NH.  Based on text messages sent by Davila, and information demonstrating that his only source of income at the time was the catalytic converter offenses, investigators believe that Davila in fact purchased the Can-Am Spyder using proceeds of the catalytic converter offenses and that his father did not actually purchase the Can-Am Spyder. On June 21, 2021, Davila sent text messages to a number believed to be associated with his girlfriend (ending in 7415) stating:  "I'm on the way to New Hampshire to pick up the title for my dads can-am I bought for Father's Day", "I got him a can-am spyder."

19.     Investigators believe that Davila in fact purchased the Can-Am Spyder with proceeds of the Target Offenses, as Davila is not known to have legitimate employment during the time it was purchased.

### *Two (2) Jet Skis*

20.     Investigators seized two jet skis from Davila's residence (799 S West St., Apt. D, Feeding Hills, MA 01030), where he lived alone.  One jet ski was a Sea Doo and the other was a Kawasaki, as shown in the photo below:



21.     The title and sale documents for the two jet skis were located at Davila's residence. One of the jet skis was a 2013 SeaDoo GTX 260 with VIN YDV01069A313.  The purported buyer is "Emily Davila" and the jet ski was purchased on May 6, 2020 for $2,000.  Emily Davila is Davila's sister.

22.     The second jet ski was a 2014 Kawasaki 310R, bearing VIN KAW80371B414.  The purported buyer for this jet ski was also Emily Davila, and the Kawasaki was purchased on May 8, 2020 for $2,200.  Through reviews of Davila's iCloud account investigators found the images below, which are consistent with Davila researching and obtaining the 2014 Kawasaki 310R. Specifically, the screen image from an advertisement on May 7, 2020 notes the Kawasaki is located in Long Beach Island (New Jersey), and the photograph from May 8, 2020  includes a New Jersey sticker on the hull consistent with the previous registration in New Jersey:




IMG_0734.PNG 5/7/2020          IMG_0757_1.HEIC 5/8/2020

23.     Additionally, on May 7, 2020, DAVILA sends the following text message to his former girlfriend Loryann Olivieri regarding the purchase of the 2014 Kawasaki 310R.

> Davila:      So I should be in New Jersey meeting the guy for the ski early afternoon, I'm hoping by noon.
> It's Long Beach nj so still a little hike home after the ski

24.     Through review of Davila's iCloud account, investigators located text messages in June 2020, where Davila confirmed that he had purchased one or more Sea Doo brand jet skis. The following is a text message conversation between Davila and another individual utilizing cellular telephone number 413-301-1243 on June 3, 2020, in which Davila confirms ownership over the jet skis:

| | |
|---|---|
| 413-301-1243: | How's the jet skis big boy LOL |
| Davila: | They ready |
| Davila: | I wrapped the sea doo |
| Davila: | I was showing you the wrap 😣 |
| 413-301-1243: | Looks nasty bro |
| Davila: | Thanks it took 17 hrs |

25.     In numerous other text messages, DAVILA makes references to his ownership of jet skis, taking them out, the maintenance he performs on them, cleaning them, and winterizing them.  Davila also continually references the fact that he keeps the jet skis at his residence (in Feeding Hills, MA). Two text messages sent from Rafael Davila to Loryann Olivieri, 413-306-7415, on November 10, 2020 follow (emphases added):

Davila:     ***I'm taking the place in feeding hills.*** I'm doing a 6 month lease and paying the 6 months in full. ***I'm parking my skis there*** and emptying my storage and parking my bikes and my tools there. And also emptying your attic. I get the keys and will be moving my belongings on Friday. I'm willing to see where you and I go but I can't continue without having a place to go. Sorry.

Davila:     My new place shouldn't effect us. ***I'm gonna use it as storage for my bikes, my skis, my tools and whatever vehicle I'm not driving.*** I wish you could understand the amount of damage you've done and why I have no choice to do this for piece of mind Lory.  It's a onetime payment. It's only 6 months. Things work out good between us then when the lease is over I'll move everything over to wherever we're living at the time. I really wish you could understand. I was gonna ask you if I could stop by before you double ended our relationship over it.

26.     A more recent text message sent from Rafael Davila to co-conspirator Carlos Fonseca utilizing cellular telephone number 413-612-5657 on January 3, 2023, demonstrates Davila's possession of the jet skis follows:

Davila:        That's good timing too cuz the weather starts getting a little better and I'll put the skis back in my back yard. My car should be going to the shop sometime around the end of this month or beginning of February

27.      Investigators reviewed text messages between Davila and Emily Davila for May 2020.  There is no mention of Emily Davila purchasing jet skis.  On May 26, 2020, Davila and Emily Davila discussed not being able to locate the keys for the jet skis, and Davila described having made a $10,000 investment into the jet skis.  Some of the text messages sent by Davila follow (emphases added):

> ***It just sad that I just spent 10 grand on a second Jetske a double trailer and all these extra goodies*** thinking the whole time that my key was safe with my dad in his drawer where he keeps all of his important shit. Like I felt like I had piece of mind. But nope, another let down.

> ***You don't think so you don't think that my wasted $10,000 investment into my Jetske's*** coming to an abrupt halt in the middle of the summer on the beginning of the summer whatever in the fact that I'm still trying to get over from the fact that they had Robbed for a Honda accord already.

28.      Consequently, Davila is believed to be the true owner of the jet skis.  Davila purchased them in the name of his sister to obscure his true ownership.  As noted, Davila's source of income since 2020 has been theft offenses, including catalytic converter thefts.  Therefore, the evidence suggests that Davila obtained the jet skis through proceeds of the catalytic converter thefts and that he purchased them in the name of his sister to conceal his ownership of them, and the nature of the funds being used to purchase them.  Davila maintained control over the jet skis and their documents and appears to have utilized the jet skis himself.  There is no evidence that Emily Davila ever knew that these jet skis were purchased in her name.

### *Blue Honda Gold Wing Motorcycle*

29.     While reviewing text messages from Davila's iCloud, investigators found a text conversation between Davila and an unknown individual on November 18, 2022, discussing Davila purchasing the Honda Gold Wing motorcycle for $23,750 cash.  This blue Honda Gold Wing motorcycle bearing vehicle identification number JH2SC7941NK400229 was seized from 163 Trafton Road, Springfield, MA, which is Davila's family's home (where his parents reside, along with his brother/co-conspirator Nicolas Davila).

30.     According to the text messages recovered from Davila's iCloud, the motorcycle was being purchased as a gift for Davila's father.  Investigators were able to confirm through text messages and photographs located in Davila's iCloud that Davila bought the motorcycle from the unknown individual who resided in Pennsylvania and transported it back to Massachusetts utilizing the Chevrolet Suburban discussed above.  Given the timing, nature of the transaction being in cash, and Davila's lack of a legitimate source of income, investigators believe that the Honda Gold Wing was obtained with proceeds of the Target Offenses.  A picture of the Honda Gold Wing loaded onto a trailer being towed by the Chevrolet Suburban follows:



### *Green Dirt Bike*

31.     While reviewing photographs from Davila's iCloud account, investigators identified photographs depicting a number of motorcycles in Davila's basement.  Among those motorcycles was a 2009 green dirt bike.  This green dirt bike bearing vehicle identification number JKBKXFAC39A045141 was seized on or about April 12, 2023 at  Davila's residence.  Given Davila's lack of a legitimate source of income, investigators believe that the green dirt bike was obtained with proceeds of the Target Offenses.  Although no ownership records have been located—consistent with Davila's practice of not registering his vehicles—Davila is believed to be the owner and user of the green dirt bike based on text messages recovered from Davila's iCloud where he discusses riding it.  A still image of the green dirt bike follows:



### *Blue/White BMW RR Sport Bike*

32.     While reviewing photographs from Davila's iCloud account, investigators identified photographs depicting a number of motorcycles in Davila's basement.  Among those motorcycles was a BMW RR Sport Bike.   This vehicle's identification number is

WB1053404CZL16818, and was stored in the basement at Davila's residence.  The vehicle was last registered in New Jersey on February 3, 2022 to an individual named Eddie Velez, and has not been registered since, which is consistent with Davila's practice of not registering his vehicles. However, Davila is believed to be the owner and user of the BMW RR Sport Bike, as a review of Davila's iCloud shows the following conversation on April 11, 2022 with 413-507-8092 proclaiming ownership of the BMW, Orange CBR 600RR, and the red 2017 Suzuki: "I sold the white cbr1000rr  to Jamel.  *I just have the bmw, gsxr and repsol 600rr  now*" (emphasis added). Additionally, investigators obtained photographs of Davila riding the BMW RR Sport Bike from his iCloud account.  Given Davila's lack of a legitimate source of income, investigators believe that the BMW RR Sport Bike was obtained with proceeds of the Target Offenses.

33.     Still images of the BMW RR Sport Bike and a photograph of Davila riding the BMW RR Sport Bike follow:

 

 

Snapchat Video                    Image from R. DAVILA's iCloud

### *Orange Honda CBR 600RR*

34.     While reviewing photographs from Davila's iCloud account, investigators identified photographs depicting a number of motorcycles in Davila's basement.  Among those motorcycles was the Orange Honda CBR 600RR bearing vehicle identification number JH2PC40JODK000152.  This Orange Honda CBR 600RR was stored in the basement of Davila's residence and is believed to have been acquired through proceeds of the Target Offenses.  The Orange Honda CBR 600RR was most recently registered to Ramon Santa in Springfield, MA on June 15, 2020, which expired on January 1, 2021.  It  has not been registered since, which is consistent with Davila's practice of not registering his vehicles.  Davila is believed to be the owner and user of the Orange Honda CBR 600RR, as evidenced by Davila's text conversation on April 11, 2022 with 413-507-8092 proclaiming ownership of the BMW, Orange CBR 600RR, and the

red 2017 Suzuki: "I sold the white cbr1000rr to Jamel. ***I just have the bmw, gsxr and repsol 600rr now***" (emphasis added). Davila's ownership and use of the Orange Honda CBR 600RR is further evidenced by the fact that the vehicle was kept at his residence, as well as photographic evidence of Davila with the bike obtained from his iCloud. Images of the Orange Honda CBR 600RR follow: first, a photo of the bike parked outside Davila's residence in April 2023; and second, photo of Davila with the bike from February 2023 (from his iCloud):





IMG_0045_1.JPG Created 2/7/2023

### *Blue/Silver Sherco Dirt Bike*

35.     While reviewing images from Davila's Snapchat account, investigators identified

photographs depicting a number of motorcycles in Davila's basement.  Among those motorcycles

was a 2003 Sherco Dirt Bike.  This vehicle identification number is VNBS129TR3A009702, and

was stored in the basement at Davila's residence. There are no records of this vehicle in Massachusetts databases or any other database, which is consistent with Davila's practice of acquiring vehicles with criminal proceeds, and then, not registering his vehicles or putting them in another person's name. The Sherco Dirt Bike is believed to have been acquired through proceeds of Target Offenses. Davila is believed to be the owner and user of the Sherco Dirt Bike. A still image of the Sherco Dirt Bike follows:



### *2017 Red Suzuki*

36.     While reviewing photographs from Davila's iCloud account, investigators identified photographs depicting a number of motorcycles in Davila's basement. Among those motorcycles was 2017 Red Suzuki, Massachusetts Tag 1M6479, VIN JS1DM11BXH2100581. The 2017 Red Suzuki was located in the basement of Davila's residence and is believed to have been acquired through proceeds of the Target Offenses.

37.     Documents with respect to the 2017 Red Suzuki were located within Davila's residence. According to the sale documents, the 2017 Red Suzuki was purchased by Luis Ramos

on August 18, 2020 from Route 3A motors for $2,000, and registered with the Massachusetts RMV.  Ramos was murdered in April 2021, and prior to his death, Ramos was engaged with Davila in hundreds of catalytic converter thefts, making hundreds of thousands of dollars.  There was no documentation of Ramos selling the 2017 Red Suzuki to Davila.  Consequently, if Davila purchased the 2017 Red Suzuki from Ramos, the transaction was not memorialized, which would serve to conceal the true ownership and nature of the funds used for the original purchase and any subsequent sale.

38.     Given that Ramos is deceased, that the 2017 Red Suzuki Davila is located in Davila's basement, and that photographic evidence depicts Davila standing next to the 2017 Red Suzuki, Davila is believed to be the vehicle's true owner.  As noted, RAFAEL Davila's sole source of income for the past several years has been the Target Offenses, including catalytic converter thefts with Ramos.  Therefore, the evidence suggests that Ramos and/or Davila obtained 2017 Red Suzuki through proceeds of the catalytic converter thefts.  In any event, Davila maintained control over 2017 Red Suzuki and the associated documents at his residence, and appears to have utilized the motorcycle himself, as depicted in the photograph below on the right.




Pole Camera April 4, 2023                                  Image recovered from iCloud

### III.    CONCLUSION

39.    For the foregoing reasons, based on the foregoing information, the sources of which are my knowledge, training, and experience, my review of documents associated with this investigation, information supplied to me by other law enforcement officers, and my investigation of this case together with other law enforcement officers, I believe that the Contested Assets were purchased using proceeds of the Target Offenses; and that the Chevrolet Suburban has been used in furtherance of the Target Offenses, including to facilitate the money laundering offense.

I hereby declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.  Signed this 5th day of July, 2024.

*James Melberg*
_____
Trooper James T. Melberg
Massachusetts State Police