UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1. RAFAEL DAVILA, )<br>    a/k/a "Robbin Hood," )<br>        Defendant. ) | Criminal No.: 23-10127-LTS |

**JOINT MOTION TO REVERT JULY 23, 2024 MOTION HEARING TO STATUS CONFERENCE AND TO CONTINUE MOTION HEARING**

The United States of America and Defendant Rafael Davila (together, the "Parties") jointly and respectfully request that the Court revert the upcoming hearing on the government's Motion for Preliminary Order of Forfeiture with Respect to Contested Assets (Doc. 254) (hereinafter, the "Motion"), currently scheduled for July 23, 2024 (*see* Doc. 255), to a status conference and to continue the motion hearing to a future date.   As grounds therefore, the Parties state the following:

1. On April 16, 2024, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One through Five, and Seven through Eleven of the Indictment.   *See* Docket No. 235.

2. During the plea hearing, the United States gave a recitation of the facts in support of the offenses to which the Defendant was pleading guilty.   The parties informed the Court that certain of the properties for which the government would be seeking forfeiture would likely be contested.   The Court advised the parties that the Defendant had two weeks within which to file a response pertaining to the forfeiture of the properties that had been seized from him and which the United States intended to forfeit.   *See* Docket No. 235.

3. The Defendant filed a Status Report Regarding Forfeiture Proceedings, indicating several assets for which the Defendant objects to their forfeiture and wishes to be heard (the

"Contested Assets"). *See* Docket No. 242.

4. On May 1, 2024, the Court issued an Order setting the schedule for the adjudication of the outstanding forfeiture issues. Doc. 243. The Parties jointly moved to continue the deadlines for the forfeiture briefs and hearing in light of the pre-existing trial schedules and other conflicts of the three undersigned counsel. Doc. 244. Specifically, the Parties requested that the deadline for filing the motions for forfeiture be extended to July 5, 2024 and the deadline for any opposition thereto be extended on July 19, 2024, and that the forfeiture hearing be continued to a date during the week of July 22, 2024. *Id*.

5. The Court granted the Parties' motion to continue with respect to the deadlines for filing the forfeiture motion and opposition. Doc. 245. The Court further set a status conference for July 23, 2024. *Id*.

6. On July 16, 2024, the Court provided notice that the upcoming status conference would be a hearing on the government's Motion. Doc. 255.

7. The Parties subsequently conferred. The government is unable to say what, if any, evidence it would need to present at a motion hearing without reviewing the Defendant's opposition to the Motion, which is not due until July 19, 2024, just two business days before the scheduled motion hearing. The Parties thus jointly and respectfully request that the Court revert the proceeding on July 23, 2024 to a status conference. Doing so would allow the government the opportunity to review the Defendant's response to the Motion, and would further allow the Parties to confer regarding the parameters and format of a future motion hearing (and potentially narrow any contested issues, to the extent doing so is possible).

8. If the Court would instead prefer to proceed directly to a motion hearing, the Parties

request that the date for such a hearing be continued to allow the government time to review the Defendant's forthcoming opposition and for the Parties to confer regarding the format of the hearing. The Parties propose the week of August 5, 2024 or August 12, 2024 for the continued hearing.

Date:   July 18, 2024

                                      Respectfully submitted,

                                      JOSHUA S. LEVY
                                      Acting United States Attorney,

By:    */s/ Alexandra W. Amrhein*
        PHILIP A. MALLARD
        ALEXANDRA W. AMRHEIN
        Assistant United States Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        Alexandra.Amrhein@usdoj.gov

        RAFAEL DAVILA
        By his attorney,

        */s/ Scott Lauer*
        Scott Lauer, Esq.
        Assistant Federal Defender