UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Docket No: 23-cr-10127-LTS |
| ) | |
| RAFAEL DAVILA       ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO PRELIMINARY MOTION FOR FORFEITURE OF CONTESTED ASSETS**

The Defendant, Rafael Davila, moves the Court to extend the deadline for the filing of his opposition to the government's *Preliminary Motion for Forfeiture of Contested Assets* (ECF #254).   The opposition is due today, per the Court's order allowing the Defendant 14 days from the date of the government's filing.   ECF #243.   Although undersigned counsel has met with the Defendant to review the government's filing and begun drafting the opposition, additional time is required for its completion.   Accordingly, the Defendant moves to extend the deadline for the filing of his opposition by one business day, until July 22, 2024, which will still provide adequate opportunity for its review prior to the scheduled status conference on July 23, 2024.

Counsel for the government assents to this motion.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
    B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 19, 2024.

                                                      */s/ Scott Lauer*
                                                      Scott Lauer