UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 1. RAFAEL DAVILA, ) <br>   a/k/a "Robbin Hood," ) <br>       Defendant. ) | Criminal No.: 23-10127-LTS |

**UNITED STATES' MOTION TO EXTEND TIME TO FILE REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY ORDER OF FORFEITURE
WITH RESPECT TO CONTESTED ASSETS**
(Assented-To)

The United States respectfully requests a seven-day extension of time to file a reply in support of its Motion for Preliminary Order of Forfeiture with Respect to Contested Assets (Doc. 254) and in response to the Defendant Rafael Davila ("Defendant's") opposition to the same (Doc. 264), such that the reply would be due on August 13, 2024.  As grounds therefore, the government asserts that the additional time is necessary in order to finish preparing the filing, including the review by the necessary individual(s).  The government has conferred with counsel for the Defendant, who has no objection to the relief requested herein.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By:    /s/ Alexandra W. Amrhein
PHILIP A. MALLARD
ALEXANDRA W. AMRHEIN
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Date:   August 6, 2024