UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 23-cr-10127-LTS |
| | ) | |
| RAFAEL DAVILA | ) | |

## **MOTION TO CONTINUE SENTENCING HEARING**

The Defendant, Rafael Davila, moves the Court to continue the sentencing hearing presently scheduled to take place on September 13, 2024.   From a sentencing perspective, this case is exceptionally complex.   The draft version of the presentence report spanned 117 pages in length.   The final version of the presentence report—which undersigned counsel received on September 6, 2024—spans 147 pages.   The government has raised 4 objections to the guidelines calculation contained in the presentence report; the defense has raised one objection as well.   Given the variety and scope of contested sentencing issues, the need for undersigned counsel to review with the Defendant and otherwise prepare for sentencing, undersigned counsel seeks to continue the sentencing hearing by approximately 14 days.

The government opposes this request.   The probation office does not.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2024.   A copy is also being provided to Senior U.S. Probation Officer Martha Victoria via email.

*/s/ Scott Lauer*
Scott Lauer