**Mallard, Philip (USAMA)**

| | |
|---|---|
| **From:** | Mallard, Philip (USAMA) |
| **Sent:** | Tuesday, August 13, 2024 3:03 PM |
| **To:** | 'Martha Victoria' |
| **Cc:** | Lauer, Scott (FD) |
| **Subject:** | RE: Activity in Case 1:23-cr-10127-LTS USA v. Davila et al Order on Motion to Continue |
| **Attachments:** | R DAVILA - GOVT OBJECTIONS TO PROBATION.docx; eBay-01937498-partcloud-a068W00000G1PcyQAF-AILWB-2023-01-05-111919-1.xlsx; eBay-01937498-partcloud-a068W00000G1PczQAF-AIW-2023-01-05-111813-1.xlsx; eBay-AccountInfo-118977423903580188-20230103060300660.pdf; Paypal-User-partcloud-20230106062204.pdf; R DAVILA - NOTE - DATED 9-8-2020 (2).pdf; R DAVILA - NOTE - DATED 9-8-2020 (3).pdf; R DAVILA - NOTE - DATED 9-8-2020.pdf; R DAVILA - NOTE - DATED 9-9-2020.pdf; R DAVILA - NOTE - DATED 9-14-2020.pdf |

Martha,

Please find the government's objections and attachments.

Reference is made in the objections to some of the previously submitted Exhibits that I sent when I sent the original global offense conduct. I can resend those if necessary as well.

---

**From:** Martha Victoria
**Sent:** Monday, July 1, 2024 2:00 PM
**To:** Mallard, Philip (USAMA) ; Lauer, Scott (FD)
**Subject:** [EXTERNAL] FW: Activity in Case 1:23-cr-10127-LTS USA v. Davila et al Order on Motion to Continue

Hello,

Per the motion to continue, and in light of the continuance, please submit any objections and new information for the final PSR **no later than August 13, 2024**.  Thank you.

Martha C. Victoria
Senior U.S. Probation Officer
District of Massachusetts

---

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Monday, July 1, 2024 1:30 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:23-cr-10127-LTS USA v. Davila et al Order on Motion to Continue

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and**

parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/1/2024 at 1:30 PM EDT and filed on 7/1/2024

Case Name:        USA v. Davila et al
Case Number:      1:23-cr-10127-LTS
Filer:
Document Number:  249(No document attached)

**Docket Text:**
**District Judge Leo T. Sorokin: ELECTRONIC ORDER entered: re [248] Assented to MOTION to Continue Sentencing Hearing as to Rafael Davila.**

**ALLOWED. Sentencing set for 9/13/2024 03:00 PM in Courtroom 13 (In person only) before District Judge Leo T. Sorokin. (Dore, Samantha)**


**1:23-cr-10127-LTS-1 Notice has been electronically mailed to:**



**1:23-cr-10127-LTS-1 Notice will not be electronically mailed to:**