**Facility:** Donald Wyatt RI
**Created Date:** 2024-09-09 T 14:15:58 **by:** Elaine Falcon
**Participants:**

**Date Range:** 2024-03-01 T 00:00:00 - 2024-09-09 T 23:59:59
**Number of Records:** 5288
**Timezone:** America/New_York

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | MESSAGE BODY | GEOLOCATION | SENDER | RECIPIENT | FLAGGED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | 2024-09-06 T 19:11:21 | | | Hi junebug!! I hope you are having a blessed good day possible and a night as well. Ok, thanks for letting me know. It's been hard to think about that day and nerve wracking. That's good that you are having the date changed and waiting for your forfeiture date. Definitely pa we will say good things about which you always have been a good son, father and a man. We will mention of how you did do these things. We love you most. Love, Mom and Dad xoxoxoxo | | M▉▉▉ D▉▉▉ 172.56.113.59 | RAFAEL DAVILA 53637510 | None |
| | | | | | | | | |
| | 2024-09-06 T 16:15:32 | | | I'm not letting them sentence me on the 13th. I asked to change my date and also I haven't done the forfeiture hearing. Talk to her. Make sure to mention how I buy and sell and trade cars, recreational vehicles and motorcycles and about eBay. And anything else good you can say. I'm going to work. I love you guys | | RAFAEL DAVILA 53637510 | M▉▉▉ D▉▉▉ | None |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2024-09-06 T 15:00:12 | | | | Hi pa, A probation officer called Martha Victoria called me and left a message she wanted to talk to us about you. I know that you are still attending your court date and talk to the judge about a couple of things. I need your opinion on what to do. I also think we should be there on the 13th just in case. What do you think pa? | | M▪▪▪▪ D▪▪▪▪ 73.186.22.142 | RAFAEL DAVILA 53637510 | None |

| | | | |
|---|---|---|---|
| 2024-08-15 T 23:06:16 | My sentencing date was Friday the 13th September so I told my lawyer he has to change the date again fuck that lol. Otherwise everything is still the same. | RAFAEL DAVILA 53637510 | R█ H██████ None |

| | | | | |
|---|---|---|---|---|
| 2024-08-14 T 23:16:53 | to use your coins on me and me not replenish? OG Yooo. Everything is straight Brody. My sentencing was moved to Friday the 13th September and I said fuck that change that date lmao. So I'm waiting for a new date. Otherwise same ol shit. What up with you bro? How you doing out there? | RAFAEL DAVILA 53637510 | J█████ A█████ | None |

| | | | | |
|---|---|---|---|---|
| 2024-08-11 T 23:05:23 | Sorry the call ended that way. We needed to get that conversation out the way anyways. What's done is done. I already plead guilty, I have a couple hearings coming up for forfeiture and some discrepancies in my pre sentence report then I'm getting sentenced. My sentencing date was September thirteenth which happens to be a Friday so I'm having the date changed. I'm not crazy superstitious but I refuse to get sentenced on Friday the thirteenth lol | RAFAEL DAVILA 53637510 | L████O ████ | None |