UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 23-cr-10127-LTS |
| ) | |
| RAFAEL DAVILA ) | |

## MOTION TO WITHDRAW

The Defendant, Rafael Davila, moves to dismiss the undersigned as counsel of record and for the appointment of new counsel.  There has been a breakdown in the attorney-client relationship and Mr. Davila has directed undersigned counsel to withdraw.  A hearing is sought as soon as possible to clarify the status of Mr. Davila's representation in advance of the September 13, 2024 sentencing hearing.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061  (phone)
617-223-8080  (fax)

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 10, 2024.  A copy is also being provided to Senior U.S. Probation Officer Martha Victoria via email.

*/s/ Scott Lauer*
Scott Lauer