


# The Commonwealth of Massachusetts
# Department of State Police

**MAURA T. HEALEY**
*GOVERNOR*

**KIMBERLEY DRISCOLL**
*LIEUTENANT GOVERNOR*

**TERRENCE M. REIDY**
*SECRETARY*

Division of Homeland Security and Preparedness
Criminal Information Section
124 Acton Street
Maynard, MA 01754
February 21, 2024

**JOHN E. MAWN JR.**
*COLONEL/SUPERINTENDENT*

**JOHN D. PINKHAM**
*DEPUTY SUPERINTENDENT*


To:           Sergeant Michael T. McNally #3656, Criminal Information Section

From:         Trooper James T. Melberg #4179, Criminal Information Section

Subject:      Overview Case 2022-CIS-1 Stolen Catalytic Converters

    1.    Beginning in October of 2022, MaCrimeNet began an initiative to disrupt the theft and subsequent monetization of stolen catalytic converters in Massachusetts. MaCrimeNet is an information sharing service operated by the Massachusetts State Police Fusion Center. This attempt was focused on collaborating with the local departments who actively contribute to MaCrimeNet and identifying the most active offenders.

    2.    MaCrimeNet and the New England State Police Information Network (N.E.S.P.I.N) both tracked catalytic converter thefts as they increased in regularity across the region. On April 12, 2023, the Massachusetts State Police, Federal Bureau of Investigation, and local partners executed several search and arrest warrants originating from "Operation Cut N Run." This operation arose from local departments, submitting intelligence regarding an organized catalytic converter theft ring targeting their municipalities.

    3.    With over ten months since this investigation concluded, I have examined the data compiled by MaCrimeNet and N.E.S.P.I.N regarding catalytic converter incidents reported. Since April 12, 2023, MaCrimeNet and N.E.S.P.I.N. have received and distributed seven bulletins regarding catalytic converter thefts. A check of the data from July of 2022 through April 12, 2023, revealed approximately two hundred and fifty-eight incidents reported to MaCrimeNet and N.E.S.P.I.N.

Respectfully,

Trooper James T. Melberg #4179

*James Melberg #4179*