<u>**VNS ID: 7121262**</u>



March 1, 2024

Your Honor,

The ▮▮▮▮▮▮ Food Pantry is a non-profit organization that provides groceries to ▮▮▮▮▮▮ residents who are experiencing food insecurity.  Last year 4,351 neighbors received assistance from our organizaiton.

As the court is aware, the catalytic converter was stolen twice, once in September 2022 and a second time in November 2022.

Our truck moved over 850,000 pounds of food last year as follows:

> Distribution of groceries at 3 different locations each week for ▮▮▮▮▮▮ residents who need to obtain food.  Last year 695,704 pounds of food was distributed to our neighbors at these locations.
>
> Another 38,713 pounds of food was sent home with children in partnership with our public school system to ensure that they had food over weekends.
>
> Our food rescue program in partnership with Stop & Shop, Shaws, Whole Foods Market and B.J. 's allowed the pantry to collect 215,904 pounds of food, a critical resource we rely on to meet the needs of our neighbors.

All these programs were in jeopardy. But thanks to business owners in the community who provided us with use of their trucks when our truck was being repaired, we were able to conduct business as usual and are eternally grateful for their support.

Although our insurance company covered a majority of the costs, the out of pocket dollars were $2,318. Our organization raises money through donations, fundraisers as well as grants. We were very grateful to the donations we received to help cover the shortfall.

The food pantry is a volunteer based organization, and when word of the theft spread, many were brought to tears and outraged that someone could do this. After the 2nd theft, anger at this being done, not only to the food pantry, but to our neighbors in need, could not be measured. Our truck is a symbol of hope to ▇▇▇ residents who are food insecure. We, as a community, felt violated in a way that cannot be quantified. To this day, we are still emotionally impacted by this crime, and wonder how individuals could be so callous as to impact our most vulnerable seniors, families and children.

Sincerely



Director - ▇▇▇ Food Pantry