

# PAYMENT RECEIPT



| | | | |
|---|---|---|---|
| Receipt: | 136643 | Date: | 12/11/2021 |
| Customer: | 119267 | Time: | 9:12:59 AM |

JUAN VALEZ
14 S HERMAN SE

, RI
ID Number:   2415032

Ticket: 137867              Weigh In: 12/11/2021 9:10:06 AM
Operator: cody              Weigh Out: 12/11/2021 9:12:53 AM

| Commodity | Gross | Tare | Net | Price | TOTAL $ |
|---|---|---|---|---|---|
| regular pre | 1 | 0 | 1 | 100.000EA 0/ | 100.00 |
| blank | 1 | 0 | 1 | 700.000EA 0/ | 700.00 |
| blank | 1 | 0 | 1 | 200.000EA 0/ | 200.00 |
| | | | Ticket Total | | 1,000.00 |

**No. of Tickets:** 1
**Payment Method:** EZCash

| Total Paid: | $1,000.00 |
|---|---|

I affirm under penalty of law that the property I am selling in this transaction is not, to the best of my knowledge, stolen property and I am the lawful owner and can convey legal title to Purchaser/Payer.

I warrant that this material does not contain any hazardous substances as defined by the federal and/or state law, and I agree to indemnify Purchaser/Payer if this is untrue.

Disclaimer and Waiver of liabilities for present and future deliveries. For mutual consideration, the customer and driver acknowledge and assume the risk involved in discharging scrap metal in the yard. The customer and driver release discharge and hold harmless MSLLC/ACRLLC it's employees and it's insurance carrier from any and all liability for damage both to person and property including but not limited to damage to motor vehicles while driving through the yard or loading or unloading scrap metal in the yard in connection with present and future delivery of scrap.



# PAYMENT RECEIPT



Receipt: 138019  
Customer: 11152

Date: 2/7/2022  
Time: 12:41:25 PM

RAMON VELEZ  
17 SPRINGFIELD AVE

NSTOW, RI 02919  
ID Number: 1317360

Ticket: 139279   Weigh In: 2/7/2022 12:34:34 PM  
Operator: cody   Weigh Out: 2/7/2022 12:41:22 PM

| Commodity | Gross | Tare | Net | Price | TOTAL $ |
|---|---|---|---|---|---|
| high grade domestic | 4 | 0 | 4 | 350.000EA0/ | 1,400.00 |
| diesel | 1 | 0 | 1 | 30.0000/EA | 30.00 |
| mid domestic | 8 | 0 | 8 | 175.000EA0/ | 1,400.00 |

Ticket Total   2,830.00

No. of Tickets: 1  
Payment Method: EZCash

Total Paid:   $2,830.00

I affirm under penalty of law that the property I am selling in this transaction is not, to the best of my knowledge, stolen property and I am the lawful owner and can convey legal title to Purchaser/Payer.

I warrant that this material does not contain any hazardous substances as defined by the federal and/or state law, and I agree to indemnify Purchaser/Payer if this is untrue.

Disclaimer and Waiver of liabilities for present and future deliveries. For mutual consideration, the customer and driver acknowledge and assume the risk involved in discharging scrap metal in the yard. The customer and driver release discharge and hold harmless MSLLC/ACRLLC it's employees and it's insurance carrier from any and all liability for damage both to person and property including but not limited to damage to motor vehicles while driving through the yard or loading or unloading scrap metal in the yard in connection with present and future delivery of scrap.



# PAYMENT RECEIPT



| | | | |
|---|---|---|---|
| Receipt: | 118950 | Date: | 2/24/2020 |
| Customer: | 122065 | Time: | 11:04:22 AM |

Juan Velez
Longhill st

springfield, ma
ID Number:

| Ticket: 119823 | Weigh In: 2/24/2020 10:58:32 AM |
|---|---|
| Operator: Rick | Weigh Out: 2/24/2020 11:04:17 AM |

| Commodity | Gross | Tare | Net | Price | TOTAL $ |
|---|---|---|---|---|---|
| high grade domestic | 12 | 0 | 12 | 300.000EA 0/ | 3,600.00 |
| toyota code | 2 | 0 | 2 | 220.000EA 0/ | 440.00 |
| | | | | Ticket Total | 4,040.00 |

No. of Tickets: 1

Payment Method: EZCash

| Total Paid: | $4,040.00 |
|---|---|

I affirm under penalty of law that the property I am selling in this transaction is not, to the best of my knowledge, stolen property and I am the lawful owner and can convey legal title to Purchaser/Payer.

I warrant that this material does not contain any hazardous substances as defined by the federal and/or state law, and I agree to indemnify Purchaser/Payer if this is untrue.

Disclaimer and Waiver of liabilities for present and future deliveries. For mutual consideration, the customer and driver acknowledge and assume the risk involved in discharging scrap metal in the yard. The customer and driver release discharge and hold harmless MSLLC/ACRLLC it's employees and it's insurance carrier from any and all liability for damage both to person and property including but not limited to damage to motor vehicles while driving through the yard or loading or unloading scrap metal in the yard in connection with present and future delivery of scrap.



# PAYMENT RECEIPT



Receipt: 119118　　　　　　　　　　　　　　Date: 2/28/2020
Customer: 122065　　　　　　　　　　　　　Time: 12:17:51 PM

Juan Velez
Longhill st

springfield, ma
ID Number:

Ticket: 119995　　　　　　　Weigh In: 2/28/2020 12:14:46 PM
Operator: Rick　　　　　　　Weigh Out: 2/28/2020 12:17:45 PM

| Commodity | Gross | Tare | Net | Price | TOTAL $ |
|---|---|---|---|---|---|
| toyota code | 3 | 0 | 3 | 1400.00EA 00/ | 4,200.00 |
| gm code | 1 | 0 | 1 | 150.000EA 0/ | 150.00 |
| high grade domestic | 10 | 0 | 10 | 350.000EA 0/ | 3,500.00 |
| regular pre | 2 | 0 | 2 | 110.0000EA / | 220.00 |
| low pre | 2 | 0 | 2 | 65.0000/EA | 130.00 |

　　　　　　　　　　　　　　　　　　Ticket Total　　8,200.00

**No. of Tickets:** 1
Payment Method: EZCash

| Total Paid: | $8,200.00 |

I affirm under penalty of law that the property I am selling in this transaction is not, to the best of my knowledge, stolen property and I am the lawful owner and can convey legal title to Purchaser/Payer.

I warrant that this material does not contain any hazardous substances as defined by the federal and/or state law, and I agree to indemnify Purchaser/Payer if this is untrue.

Disclaimer and Waiver of liabilities for present and future deliveries. For mutual consideration, the customer and driver acknowledge and assume the risk involved in discharging scrap metal in the yard. The customer and driver release discharge and hold harmless MSLLC/ACRLLC it's employees and it's insurance carrier from any and all liability for damage both to person and property including but not limited to damage to motor vehicles while driving through the yard or loading or unloading scrap metal in the yard in connection with present and future delivery of scrap.



## PAYMENT RECEIPT



| ceipt: | 129693 | Date: | 5/13/2021 |
| --- | --- | --- | --- |
| stomer: | 119267 | Time: | 11:01:21 AM |

AN VALEZ
S HERMAN SE

umber: 2415032

| Ticket: 130650 | Weigh In: 5/13/2021 11:00:22 AM |
| --- | --- |
| Operator: cody | Weigh Out: 5/13/2021 11:01:15 AM |

| Commodity | Gross | Tare | Net | Price | TOTAL $ |
| --- | --- | --- | --- | --- | --- |
| a code | 4 | 0 | 4 | 700.000EA 0/ | 2,800.00 |
| toyota code | 8 | 0 | 8 | 1800.000EA 00/ | 14,400.00 |
| | | | | Ticket Total | 17,200.00 |

No. of Tickets: 1
Payment Method: EZCash

| Total Paid: | $17,200.00 |
| --- | --- |

I affirm under penalty of law that the property I am selling in this transaction is not, to the best of my knowledge, stolen property and I am the lawful owner and can convey legal title to Purchaser/Payer.

I warrant that this material does not contain any hazardous substances as defined by the federal and/or state law, and I agree to indemnify Purchaser/Payer if this is untrue.

isclaimer and Waiver of liabilities for present and future deliveries. For mutual consideration, the customer and driver acknowledge and assume the risk involved in discharging scrap metal in the yard. The customer and driver releases discharge and hold harmless MSLLC/ACRLLC it's employees and it's insurance carrier from any and all liability for damage both to person and property including but not limited to damage to motor vehicles while driving through the yard or loading or unloading scrap metal in the yard in connection with present and future delivery of scrap.

| Price | Part # | Description | Price |
|---|---|---|---|
| $234 | 94-2150 | Pre- CV | $185 |
| $88 | 94-2093 | Small Flow , no number | $69 |
| $168 | 94-2154 | Small Mono/ Dom HG | $276 |
| $23 | 94-2002 | Small Mono/ Dom REG | $208 |
| $42 | 94-5136 | Small Mono/ Dom Mid | $168 |
| $154 | 94-2130 | Small Mono/ Dom LoW | $87 |
| $64 | 94-2098 | Torpedo 1 / Round - Round/ 4 Biscuit | $982 |
| $207 | 94-2226 | Torpedo 2 / Round - Round/ 3 Biscuit | $458 |
| $283 | 94-2087 | Torpedo 3 / Round-oval | $268 |
| $193 | 94-2136 | Torpedo 4 / Airtube | $121 |
| $295 | 94-2114 | X Body - NO NUMBER | $330 |
| $131 | 94-5132 | X Body HG - NO NUMBER | $383 |
| $197 | 94-5150 | Aftermarket Foil | $15 |
| $179 | 94-2062 | DOM Foils SM | $53 |
| $193 | 94-2061 | DOM Foils MED | $142 |
| $248 | 94-2060 | DOM Foils LG | $223 |
| $504 | 94-2063 | IMP Foils SM | $71 |
| $40 | 94-2064 | IMP Foils MED | $161 |
| $660 | 94-2065 | IMP Foils LG | $228 |
| $175 | 94-2182 | Large Mercedes (Good Number Only) | $234 |
| $215 | 94-2184 | Dodge Filter 2198AAP* ONLY | $202 |
| $289 | 94-2171 | Dodge Attached | $450 |
| $339 | 94-2169 | Dodge Cat 2196AAP | $938 |
| $403 | 94-2197 | Dodge Cat 3673AAC | $723 |
| $477 | 94-2199 | Dodge Cat 2196ABP | $749 |
| $122 | 94-2202 | Dodge Diesel Foil | $283 |
| $132 | 94-2204 | Ford Complete | $553 |
| $218 | 94-2207 | GM Filter 12623221 ONLY (Duramax) | $152 |
| $762 | 94-2209 | GM Filter 12602508 ONLY (Duramax) | $164 |
| $494 | 94-5118 | GM Filter 12598442 ONLY (Duramax) | $274 |
| $333 | 94-2157 | Ford CAT | $265 |
| $255 | 94-2167 | Monster GM | $337 |
| $202 | 94-2165 | Super GM | $325 |
| $143 | 94-2212 | VW Passat 1K0131780 only | $224 |
| $96 | | | |
| $104 | | | |
| $139 | | | |
| $56 | | | |
| $89 | | | |
| $153 | | | |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10708 | $56 | 17140-31240 | $154 | DDD | $107 | GD2 | $58 | KSN44 | $120 | | |
| 21090 | $196 | 17150-0P010 | $120 | E03 | $237 | GD3 | $679 | L0P000 | $171 | | |
| 28050 | $179 | 17150-0P020 | $106 | E04 | $142 | GD5 | $57 | L0P040 | $207 | | |
| 28080 | $198 | 17150-0P070 | $104 | E05 | $128 | GD8 | $44 | L0P090 | $176 | | |
| 28090 | $243 | 17150-0P140 | $185 | E08 | $137 | GE1 | $183 | L0P150 | $161 | | |
| 28100 | $139 | 17150-0P230 | $190 | E09 | $177 | GE2 | $212 | L0P200 | $185 | | |
| 28180 | $321 | 17150-31010 | $110 | E11 | $156 | GE5 | $55 | L0P250 | $234 | | |
| 28220 | $93 | 17150-31011 | $118 | E12 | $142 | GE6 | $62 | L20030 | $127 | | |
| 28240 | $64 | 17150-31070 | $161 | E15 | $168 | GF5 | $58 | L20190 | $147 | | |
| 28260 | $167 | 17150-31240 | $139 | E16 | $120 | GF7 | $50 | L20210 | $125 | | |
| 28290 | $60 | 17150-31590 | $245 | E51 | $134 | GF8 | $34 | L20220 | $339 | | |
| 28300 | $299 | 2789C7 | $278 | E52 | $159 | GG2 | $150 | L20240 | $460 | | |
| 28310 | $395 | 6L20210 | $91 | E59 | $179 | GG4 | $333 | L31050 | $173 | | |
| 28330 | $145 | 8B20 | $165 | E97 | $170 | GG8 | $68 | L31150 | $197 | | |
| 28340 | $199 | A01 | $136 | E98 | $160 | GH3 | $267 | L31270 | $165 | | |
| 28350 | $232 | AB5 | $78 | E99 | $136 | GH7 | $239 | L31380 | $333 | | |
| 28360 | $115 | AB7 | $61 | EA4 | $614 | GJ4 | $45 | L38020 | $532 | | |
| 28410 | $198 | AC7 | $19 | EA5 | $663 | GK5 | $53 | L38060 | $521 | | |
| 31160 | $194 | AD4 | $136 | EA6 | $344 | GK6 | $266 | L50050 | $196 | | |
| 36010 | $129 | AD5 | $131 | F02 | $218 | GK7 | $42 | LA2 | $183 | | |
| 36080 | $301 | AD6 | $108 | F03 | $166 | GL3 | $183 | LA4 | $235 | | |
| 51010 | $54 | AD7 | $52 | F11 | $106 | GL9 | $62 | LF67 | $453 | | |
| 51020 | $38 | AG3 | $126 | F16 | $242 | GM6 | $57 | MA1 | $169 | | |
| 51040 | $43 | AG4 | $123 | F98 | $242 | GM7 | $47 | NA2 | $43 | | |
| 143290 | $15 | AG6 | $161 | F99 | $136 | GN1 | $57 | NA3 | $135 | | |
| 25129240 | $112 | B01 | $108 | FA4 | $470 | GN3 | $60 | NB8 | $33 | | |
| 25152920 | $103 | B02 | $87 | FA5 | $52 | GP1 | $359 | NC9 | $147 | | |
| 25162266 | $141 | B03 | $78 | G01 | $135 | GQ2 | $42 | ND4 | $43 | | |
| 25162672 | $122 | B04 | $104 | G03 | $140 | GQ6 | $228 | ND5 | $124 | | |
| 25174321 | $111 | B05 | $126 | G04 | $230 | GQZ | $51 | ND8 | $203 | | |
| 25178774 | $57 | B06 | $97 | G68 | $265 | GR3 | $184 | NE4 | $20 | | |
| 25320303 | $243 | B07 | $109 | G69 | $119 | GS8 | $52 | NR4 | $266 | | |
| 01 | $10 | B09 | $114 | GA1 | $688 | GT4 | $210 | PA1 | $194 | | |
| 03 | $15 | B12 | $113 | GA3 | $126 | GT5 | $47 | R0P040 | $223 | | |
| 04 | $20 | B87 | $237 | GA4 | $406 | GT6 | $95 | R0P041 | $199 | | |
| 05 | $18 | B97 | $98 | GA5 | $72 | GT7 | $25 | R0P080 | $179 | | |
| 06 | $13 | B98 | $114 | GA6 | $221 | GU1 | $89 | R0P090 | $177 | | |
| 0H010 | $138 | B99 | $109 | GA7 | $54 | GU5 | $26 | R0P110 | $182 | | |
| 0H030 | $185 | C02 | $96 | GA8 | $108 | GW3 | $153 | R0P150 | $180 | | |
| 0H040 | $87 | C04 | $135 | GA9 | $167 | GW4 | $53 | R0P160 | $181 | | |
| 0H050 | $223 | C08 | $105 | GB1 | $112 | GX1 | $47 | R0P250 | $127 | | |
| 0L030 | $32 | C09 | $94 | GB3 | $70 | GY3 | $13 | R20030 | $135 | | |
| 0V010 | $131 | C11 | $69 | GB5 | $60 | H01 | $238 | R20040 | $138 | | |
| 0V020 | $276 | CA4 | $426 | GB6 | $120 | H02 | $247 | R20050 | $127 | | |
| 0V030 | $117 | CA6 | $80 | GB7 | $53 | H04 | $275 | R20120 | $355 | | |
| 0V040 | $166 | CB5 | $60 | GB8 | $134 | H05 | $223 | R31050 | $185 | | |
| 0V070 | $147 | D01 | $64 | GC1 | $97 | HA1 | $285 | R31150 | $173 | | |
| 17140-0P010 | $118 | DA1 | $49 | GC3 | $277 | HA2 | $254 | R31160 | $178 | | |
| 17140-31010 | $95 | DA2 | $70 | GC5 | $164 | HA3 | $254 | R31200 | $188 | | |
| 17140-31011 | $116 | DA3 | $74 | GC8 | $116 | HA4 | $275 | R31410 | $305 | | |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|
| R38020 | $677 | T65 | $327 | U50 | $280 | X01 | $82 |
| R50060 | $189 | T66 | $58 | U51 | $87 | X02 | $300 |
| RA3 | $32 | T67 | $139 | U53 | $337 | X03 | $476 |
| RA4 | $50 | T69 | $57 | U55 | $52 | X04 | $126 |
| RA5 | $284 | T76 | $298 | U56 | $61 | X05 | $107 |
| RA6 | $55 | T77 | $198 | U57 | $81 | X07 | $98 |
| RA7 | $50 | T79 | $153 | U60 | $64 | X08 | $360 |
| RB3 | $43 | T83 | $325 | U61 | $562 | X09 | $433 |
| RD4 | $262 | T89 | $26 | U62 | $48 | X10 | $315 |
| RE8 | $285 | T90 | $104 | U63 | $470 | X13 | $118 |
| RE9 | $50 | T95 | $62 | U64 | $113 | X14 | $128 |
| S30 | $120 | TA4 | $145 | U65 | $162 | X16 | $110 |
| S91 | $203 | TA9 | $200 | U66 | $42 | X17 | $89 |
| S92 | $244 | TB1 | $127 | U67 | $80 | X18 | $101 |
| S93 | $209 | TB3 | $114 | U68 | $194 | X23 | $91 |
| S94 | $190 | TB4 | $184 | U69 | $110 | X24 | $88 |
| S95 | $217 | TB5 | $100 | U73 | $92 | X25 | $182 |
| S96 | $155 | TB7 | $68 | U76 | $162 | X30 | $181 |
| S98 | $244 | TB8 | $43 | U77 | $155 | X32 | $94 |
| S99 | $158 | TC7 | $228 | U81 | $72 | X34 | $115 |
| T01 | $83 | TD3 | $66 | U85 | $31 | X35 | $85 |
| T02 | $69 | TD4 | $146 | U87 | $158 | X45 | $70 |
| T11 | $228 | TD9 | $37 | U88 | $183 | X48 | $65 |
| T12 | $127 | TE1 | $34 | U90 | $63 | X49 | $83 |
| T13 | $215 | TF4 | $305 | U91 | $111 | X50 | $98 |
| T15 | $313 | TG3 | $311 | U92 | $86 | X54 | $73 |
| T16 | $82 | TG5 | $52 | U94 | $257 | X55 | $171 |
| T18 | $112 | TG6 | $60 | U95 | $89 | X60 | $36 |
| T24 | $149 | TH3 | $83 | U96 | $86 | X62 | $42 |
| T26 | $60 | U01 | $161 | U97 | $83 | X64 | $52 |
| T27 | $61 | U02 | $135 | U98 | $122 | X67 | $59 |
| T30 | $82 | U03 | $72 | U99 | $144 | X69 | $86 |
| T31 | $99 | U04 | $123 | UA1 | $159 | X73 | $7 |
| T32 | $74 | U08 | $84 | UA2 | $170 | Z02 | $134 |
| T33 | $63 | U10 | $131 | UA3 | $144 | Z06 | $94 |
| T34 | $223 | U11 | $88 | UA4 | $484 | Z07 | $300 |
| T35 | $110 | U13 | $84 | UA6 | $147 | ZZ001 | $125 |
| T37 | $76 | U14 | $99 | UA7 | $152 | | |
| T38 | $68 | U15 | $87 | UB2 | $155 | | |
| T42 | $37 | U20 | $81 | UB4 | $88 | | |
| T44 | $58 | U21 | $94 | UB6 | $136 | | |
| T45 | $50 | U22 | $168 | UB8 | $140 | | |
| T50 | $168 | U25 | $368 | UC3 | $159 | | |
| T53 | $67 | U26 | $108 | UC6 | $73 | | |
| T54 | $67 | U27 | $174 | UC7 | $102 | | |
| T60 | $164 | U28 | $127 | UE3 | $46 | | |
| T61 | $285 | U31 | $154 | UE4 | $84 | | |
| T62 | $216 | U32 | $148 | V51 | $55 | | |
| T63 | $128 | U35 | $173 | WA1 | $390 | | |
| T64 | $58 | U48 | $282 | WA2 | $389 | | |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 19170 | $95 | 12575300 | $168 | 12609328 | $143 | 24506982 | $80 | 25103918 | $110 |
| 247773 | $115 | 12575451 | $164 | 12610078 | $168 | 24507193 | $72 | 25103919 | $87 |
| 963417 | $145 | 12575512 | $82 | 12610079 | $147 | 24507291 | $221 | 25103957 | $91 |
| 2450818 | $201 | 12575939 | $438 | 12610772 | $130 | 24507292 | $193 | 25104019 | $77 |
| 2510335 | $76 | 12576374 | $170 | 12610773 | $118 | 24507417 | $198 | 25104023 | $79 |
| 2532642 | $228 | 12576584 | $109 | 12610774 | $33 | 24507564 | $564 | 25104031 | $75 |
| 2574994 | $225 | 12576585 | $108 | 12612779 | $382 | 24507880 | $579 | 25104033 | $57 |
| 2582329 | $199 | 12577227 | $358 | 12613169 | $103 | 24507881 | $289 | 25104269 | $85 |
| 2583201 | $325 | 12577228 | $82 | 12613260 | $69 | 24507885 | $74 | 25104271 | $91 |
| 8999615 | $64 | 12578686 | $211 | 12614841 | $117 | 24507886 | $307 | 25104584 | $65 |
| 8999650 | $110 | 12579528 | $167 | 12614842 | $97 | 24507887 | $206 | 25104588 | $54 |
| 8999979 | $86 | 12579935 | $199 | 12614845 | $58 | 24507888 | $499 | 25104590 | $60 |
| 8999981 | $64 | 12580396 | $149 | 12614846 | $249 | 24507889 | $118 | 25104596 | $71 |
| 10219956 | $76 | 12580906 | $250 | 12617266 | $186 | 24508102 | $213 | 25104774 | $87 |
| 10243261 | $80 | 12582030 | $249 | 12618023 | $125 | 24508103 | $617 | 25115120 | $396 |
| 10301642 | $277 | 12582329 | $283 | 12618540 | $229 | 24508104 | $211 | 25120073 | $125 |
| 10330021 | $197 | 12582330 | $249 | 12618544 | $220 | 24508105 | $612 | 25127174 | $73 |
| 10343185 | $336 | 12585307 | $202 | 12619965 | $243 | 24508309 | $212 | 25127553 | $66 |
| 12514557 | $255 | 12585308 | $247 | 12622032 | $48 | 24508310 | $629 | 25127587 | $26 |
| 12514846 | $261 | 12586636 | $273 | 12622978 | $136 | 24508312 | $671 | 25127732 | $114 |
| 12563200 | $415 | 12588070 | $194 | 12626553 | $275 | 24508419 | $200 | 25128067 | $103 |
| 12563201 | $419 | 12588312 | $269 | 12633645 | $43 | 24508817 | $635 | 25128076 | $89 |
| 12563202 | $388 | 12589865 | $150 | 12633648 | $121 | 24509309 | $161 | 25128095 | $53 |
| 12563203 | $429 | 12589866 | $153 | 12638701 | $128 | 25056165 | $49 | 25128120 | $109 |
| 12563310 | $163 | 12593013 | $127 | 12655238 | $82 | 25056382 | $79 | 25128124 | $148 |
| 12563311 | $607 | 12595068 | $241 | 15141629 | $167 | 25056562 | $84 | 25128126 | $132 |
| 12564250 | $306 | 12595461 | $131 | 15786790 | $183 | 25056634 | $88 | 25128219 | $145 |
| 12564557 | $276 | 12596496 | $212 | 21008850 | $93 | 25056700 | $102 | 25128263 | $118 |
| 12568312 | $345 | 12596535 | $509 | 21990514 | $447 | 25056910 | $158 | 25128319 | $117 |
| 12568994 | $158 | 12596678 | $232 | 22667029 | $319 | 25056912 | $166 | 25128396 | $111 |
| 12569083 | $424 | 12596687 | $229 | 22667030 | $318 | 25057843 | $65 | 25128981 | $89 |
| 12569367 | $26 | 12596906 | $89 | 22676850 | $306 | 25057868 | $108 | 25128983 | $67 |
| 12569368 | $88 | 12598215 | $451 | 22685816 | $259 | 25057926 | $103 | 25129048 | $100 |
| 12570477 | $155 | 12598221 | $438 | 22703213 | $208 | 25058000 | $88 | 25129073 | $113 |
| 12570786 | $160 | 12599431 | $277 | 22703214 | $234 | 25100034 | $102 | 25129388 | $160 |
| 12570900 | $298 | 12601368 | $313 | 22712077 | $174 | 25100218 | $100 | 25129429 | $137 |
| 12571920 | $125 | 12601369 | $53 | 22712078 | $288 | 25100375 | $56 | 25129701 | $110 |
| 12572103 | $229 | 12603569 | $132 | 22713718 | $195 | 25100463 | $62 | 25129703 | $81 |
| 12573361 | $65 | 12603927 | $92 | 22716957 | $249 | 25100464 | $102 | 25130022 | $107 |
| 12573685 | $81 | 12604220 | $257 | 22720525 | $177 | 25100541 | $126 | 25130333 | $72 |
| 12573730 | $253 | 12604241 | $119 | 22736718 | $191 | 25100635 | $88 | 25130353 | $95 |
| 12573745 | $69 | 12607391 | $42 | 23152880 | $212 | 25100645 | $128 | 25130599 | $89 |
| 12573754 | $83 | 12607437 | $135 | 24503701 | $86 | 25101346 | $77 | 25130601 | $243 |
| 12573926 | $161 | 12607438 | $81 | 24504613 | $84 | 25101619 | $83 | 25130640 | $111 |
| 12574249 | $144 | 12607439 | $214 | 24505512 | $120 | 25102932 | $81 | 25130679 | $68 |
| 12574396 | $174 | 12607440 | $206 | 24505514 | $120 | 25103078 | $62 | 25130776 | $75 |
| 12574583 | $176 | 12607444 | $56 | 24506041 | $83 | 25103080 | $57 | 25130778 | $81 |
| 12574993 | $233 | 12607895 | $388 | 24506761 | $591 | 25103333 | $93 | 25131656 | $93 |
| 12574994 | $215 | 12608179 | $152 | 24506936 | $454 | 25103415 | $44 | 25131709 | $113 |
| 12575299 | $162 | 12608683 | $35 | 24506980 | $79 | 25103417 | $47 | 25131790 | $73 |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25131821 | $67 | 25152589 | $77 | 25165285 | $111 | 25314444 | $91 | 25325249 | $284 |  |  |
| 25140473 | $100 | 25152611 | $57 | 25165286 | $108 | 25314445 | $111 | 25325250 | $276 |  |  |
| 25143149 | $85 | 25152823 | $66 | 25165291 | $89 | 25314446 | $571 | 25325254 | $230 |  |  |
| 25143153 | $63 | 25152875 | $102 | 25165292 | $112 | 25314447 | $727 | 25325284 | $298 |  |  |
| 25143232 | $189 | 25152878 | $89 | 25165306 | $115 | 25314551 | $131 | 25325391 | $108 |  |  |
| 25143452 | $83 | 25152879 | $102 | 25165373 | $212 | 25314587 | $226 | 25325536 | $116 |  |  |
| 25143483 | $107 | 25152880 | $102 | 25165595 | $329 | 25314806 | $146 | 25325537 | $119 |  |  |
| 25143534 | $84 | 25152988 | $251 | 25165597 | $167 | 25315415 | $385 | 25325538 | $122 |  |  |
| 25143598 | $77 | 25153032 | $53 | 25167657 | $71 | 25316458 | $613 | 25325539 | $180 |  |  |
| 25143634 | $82 | 25153034 | $68 | 25167662 | $255 | 25316547 | $550 | 25325911 | $298 |  |  |
| 25143676 | $209 | 25153052 | $76 | 25168483 | $139 | 25316631 | $596 | 25325912 | $321 |  |  |
| 25143690 | $111 | 25153057 | $74 | 25170655 | $50 | 25316633 | $509 | 25326042 | $268 |  |  |
| 25143990 | $65 | 25153080 | $83 | 25170991 | $498 | 25316635 | $699 | 25326304 | $94 |  |  |
| 25144158 | $81 | 25153083 | $87 | 25172258 | $296 | 25316637 | $707 | 25326305 | $140 |  |  |
| 25144261 | $72 | 25160212 | $112 | 25173633 | $209 | 25316763 | $251 | 25328019 | $697 |  |  |
| 25144275 | $70 | 25160323 | $358 | 25173920 | $72 | 25316765 | $326 | 25328022 | $412 |  |  |
| 25144333 | $75 | 25160508 | $132 | 25174346 | $437 | 25316767 | $261 | 25328025 | $682 |  |  |
| 25144732 | $110 | 25160509 | $142 | 25174347 | $352 | 25317333 | $240 | 25339082 | $188 |  |  |
| 25144762 | $107 | 25160523 | $260 | 25175247 | $613 | 25317334 | $343 | 25341695 | $178 |  |  |
| 25144824 | $185 | 25160527 | $106 | 25175248 | $669 | 25317335 | $86 | 25346876 | $329 |  |  |
| 25145003 | $69 | 25160529 | $110 | 25175920 | $117 | 25317396 | $334 | 25356322 | $139 |  |  |
| 25145124 | $102 | 25160620 | $306 | 25176479 | $294 | 25317762 | $326 | 25361296 | $706 |  |  |
| 25145126 | $196 | 25160636 | $81 | 25176615 | $635 | 25317905 | $534 | 25361405 | $238 |  |  |
| 25145130 | $102 | 25160732 | $147 | 25177514 | $303 | 25317908 | $256 | 25362062 | $188 |  |  |
| 25145138 | $65 | 25161266 | $262 | 25177735 | $349 | 25317923 | $689 | 25362095 | $153 |  |  |
| 25145198 | $68 | 25161492 | $74 | 25178562 | $435 | 25318376 | $332 | 25362107 | $91 |  |  |
| 25145310 | $93 | 25161539 | $198 | 25178565 | $208 | 25318379 | $195 | 25362147 | $259 |  |  |
| 25145314 | $285 | 25161559 | $108 | 25178566 | $624 | 25318635 | $686 | 25367624 | $203 |  |  |
| 25145371 | $84 | 25161562 | $161 | 25178577 | $262 | 25318682 | $310 | 25755681 | $486 |  |  |
| 25145485 | $222 | 25161857 | $387 | 25179076 | $963 | 25319109 | $97 | 25755682 | $736 |  |  |
| 25145551 | $87 | 25161908 | $99 | 25179755 | $531 | 25319671 | $246 | 25755683 | $747 |  |  |
| 25145555 | $109 | 25161933 | $108 | 25179756 | $521 | 25319751 | $560 | 25755864 | $293 |  |  |
| 25145556 | $114 | 25161938 | $165 | 25179829 | $142 | 25319752 | $759 | 25767361 | $102 |  |  |
| 25145643 | $75 | 25162001 | $92 | 25180114 | $201 | 25320474 | $295 | 25767362 | $107 |  |  |
| 25145667 | $103 | 25162254 | $75 | 25180199 | $300 | 25320482 | $194 | 29506980 | $83 |  |  |
| 25145752 | $183 | 25162377 | $111 | 25180650 | $101 | 25320487 | $216 | 34409329 | $420 |  |  |
| 25146010 | $76 | 25163086 | $236 | 25180774 | $101 | 25321133 | $148 | 55567034 | $197 |  |  |
| 25146092 | $106 | 25163198 | $57 | 25193732 | $191 | 25321134 | $526 | 55569311 | $205 |  |  |
| 25146384 | $122 | 25163203 | $45 | 25225284 | $389 | 25321196 | $810 | 55572593 | $-3 |  |  |
| 25146389 | $109 | 25163564 | $236 | 25307334 | $222 | 25322854 | $370 | 55578985 | $216 |  |  |
| 25146390 | $115 | 25163794 | $157 | 25311944 | $712 | 25324392 | $279 | 55579724 | $264 |  |  |
| 25146440 | $79 | 25163811 | $114 | 25312170 | $82 | 25324393 | $250 | 92201315 | $359 |  |  |
| 25146441 | $68 | 25164361 | $100 | 25312171 | $107 | 25324607 | $772 | 92201316 | $293 |  |  |
| 25146472 | $99 | 25164363 | $113 | 25312626 | $317 | 25324609 | $657 | 93362942 | $90 |  |  |
| 25146473 | $76 | 25164762 | $71 | 25313011 | $424 | 25325206 | $282 | 93429561 | $30 |  |  |
| 25146767 | $78 | 25164774 | $161 | 25313499 | $352 | 25325208 | $316 | 93433567 | $296 |  |  |
| 25146875 | $63 | 25165021 | $68 | 25313761 | $736 | 25325220 | $260 | 93439667 | $157 |  |  |
| 25146876 | $80 | 25165026 | $94 | 25314344 | $429 | 25325228 | $277 | 96270587 | $229 |  |  |
| 25146927 | $63 | 25165123 | $297 | 25314421 | $103 | 25325231 | $287 | 96273660 | $353 |  |  |
| 25152386 | $80 | 25165218 | $88 | 25314443 | $741 | 25325233 | $248 | 96282699 | $166 |  |  |

| Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|
| 96282703 | $53 | 25131821MF | $173 | K26OF108 | $149 |
| 96282929 | $223 | 25143598ND | $67 | K27Cl159 | $165 |
| 96292929 | $207 | 25143636RX | $62 | K27C5OSS | $153 |
| 96341718 | $249 | 25143639AS | $87 | 8O949O1U | $155 |
| 96341719 | $235 | 25144158RU | $77 | JL74-5F297-AD | $173 |
| 96350079 | $91 | 25144762LX | $108 | JL34-5F297-FC | $210 |
| 96417179 | $336 | 25160529JY | $93 | JL34-5F297-FC | $173 |
| 96425611 | $312 | 25160529PP | $95 | 5AS RC | $117 |
| 96476195 | $296 | 25160531RR | $88 | 5AS V4 | $143 |
| 96536865 | $316 | 25169586BD | $81 | 501AC22053B*2796/BEN | $112 |
| 96553681 | $125 | 25169587BC | $238 | 058 | $110 |
| 96803246 | $62 | 25317335JY | $94 | JL34-5F297-NB | $173 |
| 253102090 | $128 | 25317336PP | $94 | 01233205 | $309 |
| 2227747002 | $246 | 25325206HN | $277 | BC34-5F297-DA | $838 |
| 2607727092 | $63 | 25325208NP | $263 | 897608055 | $255 |
| 10219956SK | $63 | 25325228LH | $242 | MK667863 | $239 |
| 10243261TC | $71 | CCJ36 | $117 | 898155142 | $242 |
| 10343185KCMX | $243 | CXM49 | $84 | 01484869 | $237 |
| 1211486XA | $-1 | E1136A | $235 | 898155142 | $236 |
| 12563201NB | $327 | E1256A | $249 | 898155139 | $223 |
| 12563202LT | $380 | E4051742 | $148 | 898155139 | $209 |
| 12563203XX | $468 | E4051743 | $152 | RN5 | $206 |
| 12563310FL | $160 | GM332739F8 | $460 | A00494833 | $170 |
| 12576374 Smooth oval | $188 | 423310L9 | $591 | A00031840 | $168 |
| 12582030KCMX | $306 | 12677200 | $98 | A00505699 | $162 |
| 12582329KCMX | $237 | JL34-5F297-JC | $154 | A00032599 | $152 |
| 12582329NTKCMX | $331 | JL34-5F297-TB | $137 | A00190954 | $147 |
| 12598221KCMX | $424 | JL74-5F297-AC | $210 | A00031831 | $126 |
| 12599431KCGMX | $259 | JL34-5F297-LB | $157 | 897608057 | $111 |
| 1450193X | $-1 | JL74-5F297-CF | $326 | A00032599 | $91 |
| 22685816MY | $249 | JL34-5F297-NB | $188 | BPL00042 | $102 |
| 22685817MZ | $227 | KL34-5F297-LA | $242 | 898136183 | $42 |
| 22712078MY | $259 | JL34-5F297-FC | $230 | TL6 | $61 |
| 22712078NTKCMX | $207 | L5F297EC | $141 | 898136183 | $25 |
| 22716987MZ | $205 | L5F297JB | $110 | BC34-5F297-LB | $17 |
| 24503701XA | $73 | 8298B0RI | $207 | 12674065 | $284 |
| 24504613KR | $70 | 82983066 | $198 | 12676917 | $111 |
| 24506041SN | $74 | 8297A1DR | $191 | KB3G-5F297-AD | $124 |
| 24506982AJ | $74 | 8296M0NZ | $221 | KB3B-5F297-AD | $105 |
| 24507291NT | $172 | 8269C1A4 | $103 | | |
| 24507292NN | $171 | 825BU0J2 | $95 | | |
| 24507417FL | $177 | 8195MONM | $169 | | |
| 24507564NC | $620 | 81682160 | $106 | | |
| 24508102NT | $199 | 81670O3D | $97 | | |
| 24508104FL | $193 | 5ALYG | $27 | | |
| 24508309NT | $179 | 501AC22053B*33822 | $92 | | |
| 24508310NC | $530 | 3TGQU | $40 | | |
| 24508419JF | $181 | 31SQU | $42 | | |
| 25130776DZ | $39 | 12400016182773 | $28 | | |
| 25131790FH | $67 | 829SF0UT | $109 | | |

| Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|
| 0 | $76 | FHMR597234 | $216 | MV | $141 |
| 1A | $107 | FW | $664 | MW | $89 |
| 1CL1368U0198 | $114 | FX | $630 | MX | $631 |
| 1M | $99 | G1 | $81 | N4 | $105 |
| 1T | $185 | G2 | $115 | NI | $118 |
| 1U | $106 | G3 | $216 | NM | $253 |
| 1V | $133 | G5 | $78 | NU | $285 |
| 1W | $68 | G8 | $89 | NW | $759 |
| 1X | $214 | G9 | $104 | NY | $89 |
| 1Y | $214 | GB | $706 | NZ | $125 |
| 1Z | $198 | GB flat | $6 | P4 | $120 |
| 245W5213 | $106 | GB triangle | $633 | P5 | $87 |
| 2E | $106 | H3CB18 | $89 | P6 | $89 |
| 2F | $94 | HAA20 | $135 | PL | $128 |
| 2G | $176 | HW | $89 | PX4 | $116 |
| 2H | $146 | IN (w/o Mitsubishi symbol) | $139 | Q2 | $123 |
| 2N | $122 | | | Q5 | $131 |
| 3C | $155 | IV | $216 | QA | $98 |
| 3Z | $115 | J3 | $89 | QL | $429 |
| 4P | $136 | JC | $72 | QN | $158 |
| 4Q | $109 | JF | $49 | QS | $101 |
| 4S | $136 | JG | $53 | R2 | $170 |
| 4V | $368 | JH | $53 | RJ | $85 |
| 4W | $265 | JPC | $113 | RN | $280 |
| 7R | $284 | JQ | $258 | RV | $112 |
| 7Z | $168 | JS | $92 | S1 | $111 |
| 9L | $191 | JS350 | $114 | S9 | $108 |
| 9M | $157 | JSH24 | $176 | SJ | $274 |
| 9V | $105 | JSH34 | $80 | SN | $287 |
| 9W | $86 | JSH64 | $163 | SP | $558 |
| AA | $114 | JW | $154 | T1 | $125 |
| AOC | $108 | K3C | $105 | T2 | $231 |
| AZ | $86 | K4 | $132 | T3 | $122 |
| BSH61 | $150 | K6BT1 | $110 | TL | $94 |
| BSH62 | $285 | K8 | $130 | UJ391 | $101 |
| BT | $220 | KA | $204 | UN | $44 |
| BU | $235 | KG | $42 | V5 | $140 |
| BV | $191 | KJA | $94 | VC | $212 |
| BW | $226 | KJA2F | $89 | VDC | $216 |
| CC | $452 | KT | $357 | VE | $167 |
| CF | $95 | KW | $58 | W7 | $202 |
| CS | $105 | KW361 | $31 | W8 | $231 |
| DCB | $95 | L1 | $115 | Y7 | $167 |
| DS | $95 | LF45 | $281 | YQ | $166 |
| DT | $101 | LZ | $58 | Z1 | $105 |
| E3 | $84 | M5 | $97 | Z6 | $96 |
| EG | $216 | M8 | $120 | Z7 | $178 |
| EY | $216 | MA | $89 | | |
| F2 | $216 | MC | $395 | | |
| FB | $216 | MK | $445 | | |
| | | MU | $99 | | |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|
| 23210 | $50 | 3E746 | $131 | H4II18 | $337 | U2CA15 | $257 |
| 23230 | $143 | 3F01L | $54 | HGIAJ63 | $175 | U2FE15 | $117 |
| 25250 | $271 | 3F03L | $62 | H0CB18 | $112 | U2JJ15 | $345 |
| 25450 | $295 | 3F04R | $46 | JSH21 | $206 | U2JJ18 | $427 |
| 25560 | $152 | 3F14L | $53 | JSH22 | $205 | U2JX15 | $177 |
| 37250 | $370 | 3F15R | $55 | JSH23 | $205 | U4BSC0 | $357 |
| 23260 | $244 | 3F160 | $50 | JSH62 | $392 | U4FE15 | $111 |
| 2C450 | $360 | AC | $321 | K076 | $255 | U8WW18 | $414 |
| 2C650 | $88 | AE | $95 | K08A Large | $106 | USM35 | $170 |
| 2E160 | $408 | AF | $113 | K08A Small | $55 | USM355 | $128 |
| 2E350 | $576 | AG | $55 | K09C | $141 | VQLN | $399 |
| 2E820 | $353 | AG63 | $298 | K2AA | $103 | VQLNR | $378 |
| 2G1101 | $681 | AG63JJ4 | $41 | K2AB | $60 | VQRN | $449 |
| 2G190 | $626 | AJ | $68 | K2BW | $327 | W4QR10 | $339 |
| 2G195 | $577 | AK3P | $485 | K2BW LARGE | $324 | WTB111 | $351 |
| 2G253 | $59 | AKQ2FKK | $361 | K2BW SMALL | $327 | XGFL4 | $293 |
| 2G310 | $143 | AKQ2FLN | $356 | K2NB | $166 | XM1NHH2AK02 | $168 |
| 2G320 | $127 | B2C | $331 | K2NC | $189 | XM2N | $206 |
| 2G323 | $392 | B2E | $304 | K7AE | $429 | | |
| 2G327 | $314 | B2G | $80 | K08B Large | $474 | | |
| 2G360 | $143 | B5C | $345 | K08B Small | $406 | | |
| 2G375 | $208 | B6E | $288 | K08F | $142 | | |
| 2G380 | $73 | B6H | $211 | L9PP04 | $148 | | |
| 2G415 | $205 | BDH21 | $99 | LJH22 | $582 | | |
| 2G420 | $171 | BDH51 | $299 | MCG | $98 | | |
| 2G430 | $119 | BJH41 | $198 | MCT | $281 | | |
| 2G445 | $200 | BJH42 | $131 | MCU | $357 | | |
| 2G450 | $66 | BJQ | $149 | NF2N | $244 | | |
| 2G467 | $394 | BLLA | $141 | NFLN | $297 | | |
| 2G523 | $171 | BLRA | $235 | NFRN | $285 | | |
| 2G540 | $394 | BSC8 | $643 | R8PP04 flat | $129 | | |
| 2G545 | $390 | BSC9 | $629 | R8PP04 round | $149 | | |
| 2G613 | $61 | C2B52 | $480 | R9PP04 | $142 | | |
| 2G623 | $77 | CMLA | $271 | RDH21 | $344 | | |
| 2GBA7 | $59 | CMRAu | $66 | RDH51 | $114 | | |
| 2GBB7 | $70 | CMRN | $263 | RHC | $403 | | |
| 2GBG7 | $85 | CNV01 | $547 | RHF | $429 | | |
| 2JB3U | $165 | D1AA19 | $0 | RHG | $46 | | |
| 2MC3U | $156 | DC | $376 | SMLH01 | $142 | | |
| 3C180 | $307 | DMFS | $92 | SMRH05 | $244 | | |
| 3C500 | $157 | ENRN | $205 | SSH31 | $192 | | |
| 3C620 | $206 | ET | $101 | TCU | $398 | | |
| 3C700 | $259 | FSH42 | $429 | TGRAG | $258 | | |
| 3C710 | $239 | GG0AKQ2 | $227 | TSH31 | $226 | | |
| 3CFG | $236 | GGVAKQ2 | $218 | TSH41 | $580 | | |
| 3CLA0 | $73 | H1CC18 | $156 | U01 | $41 | | |
| 3CZGL | $123 | H1II10 | $219 | U014 | $50 | | |
| 3CZHR | $111 | H2EC18 | $180 | U014991122 | $299 | | |
| 3CZK0 | $102 | H2II18 | $348 | U014EKR | $45 | | |
| 3E740 | $150 | H2UU15 | $430 | U2BSC0 | $297 | | |



5550
5861

| Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 11 | $156 | 008A72B6 | $375 | 023AAA1025 | $301 | 080ABA8316-3 | $178 | 303A | $360 |
| 12 | $223 | 008A8091 | $424 | 023AAS | $323 | 080ABA9035 | $135 | 303A9058 | $353 |
| 50 | $1049 | 008AAA2398 | $214 | 023AAS2053 | $337 | 080ABA9099-1 | $243 | 303A9154 | $356 |
| 202 | $96 | 008AAA3023 | $220 | 023AAS2105 | $266 | 080ABA9232-1 | $78 | 303A9237 | $387 |
| 302 | $101 | 008ABA | $274 | 023ACS2232 | $236 | 080M0688 | $89 | 303A9341 | $346 |
| 37609 | $186 | 008ABA3289 | $257 | 0276A | $128 | 080M2797 | $89 | 305AAW4042 | $219 |
| 80833 | $109 | 008ABA90951 | $348 | 031ABA | $287 | 09071AE006 | $89 | 329AAW2317 | $234 |
| 706021 | $321 | 008ABA9139-1 | $288 | 031ADA | $264 | 09530121241B0614 | $112 | 329ABW3183 | $216 |
| 1083211 | $320 | 008ABM0400 | $330 | 031ADS | $280 | 10832AA | $98 | 329ABW6058 | $203 |
| 13911269 | $124 | 008ABM0759 | $373 | 031AAA | $316 | 10832H0538 | $80 | 334AAW9298 | $257 |
| 21013337 | $165 | 008ABM3098 | $274 | 031AAA0212 | $320 | 10832H2628 | $202 | 334ADW2091 | $230 |
| 21215337 | $149 | 009ABA | $319 | 031AAA0263 | $249 | 1116AB | $174 | 334AEW1170 | $316 |
| 31192460 | $60 | 009A | $175 | 031AAA0264 | $308 | 116AC-2760 | $171 | 341A | $53 |
| 52003725 | $100 | 009A4330 | $86 | 031AAA0320 | $244 | 1303-0660 | $177 | 341N | $77 |
| 52017875 | $124 | 009A7279 | $150 | 031AAA0347 | $283 | 130ABP7335 | $259 | 341A5122 | $72 |
| 52018101 | $139 | 009A7293 | $184 | 031AAA1010 | $307 | 1390-5508 | $98 | 341M1205 | $112 |
| 52018103 | $108 | 009A9124-1 | $179 | 031AAA1222 | $165 | 1393-0180 | $183 | 360A1131 | $566 |
| 1581122682 | $286 | 009ABA83072 | $317 | 031AAA1227 | $307 | 141W3321 | $158 | 375ABW1339 | $151 |
| 9102750002 | $244 | 009ABA9125 | $310 | 031ABA6333 | $280 | 141W3319 | $54 | 375ABW2059 | $129 |
| 000ADM | $336 | 009ABA9168-1 | $285 | 031ABS | $306 | 141W3340 | $58 | 394AAM | $261 |
| 000ADM1753 | $284 | 011A | $229 | 031ABS0328 | $335 | 1470AC | $873 | 394AAM1194 | $258 |
| 000ABM | $281 | 011ABM | $259 | 031ABS0339 | $329 | 158AAW4054 | $100 | 394AAM1824 | $254 |
| 000ABM1832 | $220 | 011A8021-2 | $164 | 031ABS1056 | $303 | 191ABW9041 | $178 | 397AAM | $280 |
| 000ABM3032 | $250 | 011A8023-1 | $147 | 031ABS1085 | $254 | 191ACP9240 | $202 | 397AAM2264 | $319 |
| 000ABM3532 | $272 | 011A8030 | $135 | 031ABS1093 | $260 | 191AHW9327 | $70 | 40754660010B8C9 | $218 |
| 000ADM0554 | $324 | 011A8056-1 | $153 | 031ACS | $228 | 191ARW0105 | $217 | 40754660010B8CC | $217 |
| 000ADM0606 | $266 | 011A8071 | $150 | 031ACS1176 | $244 | 191ARW2149 | $206 | 40754660010B8CG | $210 |
| 000ADM0928 | $270 | 011ABA | $160 | 031ACS1309 | $245 | 191ATW1121 | $77 | 40754660010B8CW | $222 |
| 000ADM1055 | $282 | 011ABA0077-2 | $153 | 031ACS2039 | $197 | 206AA1475 | $451 | 40754660010B8FA | $231 |
| 000ADM1104 | $286 | 011ABA83082 | $146 | 031ACS2084 | $143 | 245W5213 | $75 | 40754660010B8FC | $212 |
| 000ADM1325 | $221 | 011ABM | $155 | 031ADS2119 | $263 | 245W7064 | $71 | 40754660010B8FG | $219 |
| 000ADM1427 | $274 | 011ABM2239 | $140 | 031ADS2241 | $236 | 246W6068 | $75 | 40754660010B8FP | $225 |
| 000ADM2525 | $286 | 011M | $150 | 031ADS2245 | $247 | 246W6285 | $75 | 40754660010B8G1 | $213 |
| 000ADM2664 | $301 | 011M3317 | $144 | 03371CK9951 | $281 | 274P2122 | $114 | 40754660010B8G5 | $209 |
| 001A | $270 | 012A | $284 | 0369AA-2412 | $109 | 275W7097 | $106 | 40754660010B8G8 | $213 |
| 001A0176 | $148 | 012A0125 | $153 | 04571AE0350 | $391 | 275W7168 | $107 | 40754660010B8GE | $208 |
| 001A0416 | $78 | 012A0504 | $162 | 05039057NB | $264 | 302A | $91 | 40754660010B8GG | $206 |
| 001A3525 | $134 | 012A1515-3 | $172 | 050A7268 | $792 | 302A0062 | $256 | 40754660010B8GM | $214 |
| 001M | $157 | 012A2834 | $208 | 050A8022 | $881 | 302A0094 | $88 | 40754660010B8GU | $220 |
| 001M3186 | $157 | 012A2854 | $138 | 051AC5128E7127 | $230 | 302A0096 | $89 | 40754660010B8GV | $231 |
| 001MO116 | $133 | 012A6154 | $177 | 056P7035 | $97 | 302A0145 | $82 | 40754660010B8GW | $480 |
| 0031ABM2408 | $132 | 012A7105 | $195 | 057W0024 | $53 | 302A8017 | $94 | 40754660010B8H2 | $203 |
| 004ABA | $299 | 022AAA | $701 | 057W1232 | $86 | 302A9082 | $146 | 40754660010B8H5 | $205 |
| 004ABA9304 | $287 | 022AAA0281 | $631 | 064AE-2998 | $191 | 302A9146 | $91 | 40754660010B8HV | $204 |
| 006AAA | $234 | 022AAA0351 | $716 | 068ABW5097 | $156 | 302A9154 | $93 | 40754660010B8HY | $210 |
| 006AAA3063 | $194 | 023AAA | $325 | 080A | $191 | 302A9222 | $84 | 40754660010B8L1 | $204 |
| 008ABM | $466 | 023ACS | $287 | 080ABA | $98 | 302A9243 | $90 | 40754670010A7IN | $227 |
| 008A | $396 | 023AFA | $365 | 080ABM | $84 | 302A9254 | $94 | 40754670010APXL | $224 |
| 008A3027 | $389 | 023AFS | $332 | 080M | $96 | 302A9315 | $87 | 40754670010APXO | $240 |
| 008A514-2 | $353 | 023AAA1023 | $324 | 080A6160 | $85 | 302A9342 | $91 | 40754670010APXX | $221 |

| Part # | Price | Part # | Price | Part # | Price | Part # | Price | Part # | Price |
|---|---|---|---|---|---|---|---|---|---|
| 40754670010APZN | $224 | 466AAA3091 | $282 | 622W3105 | $59 | 686W | $69 | 833ABA | $247 |
| 40754870010APV6 | $226 | 480AG-3099 | $175 | 622W3324 | $54 | 686A1226 | $68 | 833ABS | $340 |
| 434ACS | $163 | 480AG-3508 | $183 | 624AAB | $318 | 686A3295 | $89 | 833ABS3146 | $336 |
| 434ACW | $216 | 483AC51287E8064 | $221 | 624AAB1921 | $288 | 686A4178 | $77 | 833ABS3209 | $361 |
| 434W | $216 | 484AB51287E6037 | $280 | 631ADS | $289 | 686W1326 | $68 | 833ABS3252 | $385 |
| 434ACS8334 | $139 | 484AB51287E6250 | $278 | 633ACA | $560 | 686W3107 | $76 | 833ABS3253 | $286 |
| 434ACW9130 | $106 | 484AB51287E6269 | $251 | 633ACA1038 | $701 | 689AD | $196 | 833ABS3293 | $334 |
| 434W6281 | $79 | 484AB51287E6356 | $334 | 637ACA | $194 | 693W7313 | $87 | 833ABS3315 | $332 |
| 434W7167 | $113 | 485AA51287E6200 | $84 | 637ACE | $198 | 6ABA02552 | $338 | 838AAA | $152 |
| 435A | $212 | 486AAW6250 | $211 | 637ACA3163 | $179 | 720W6328 | $54 | 838AAE | $221 |
| 435ABA | $163 | 486W0051 | $77 | 637ACA4084 | $211 | 728ACA | $290 | 838AAS | $221 |
| 435ABW | $191 | 52019480AD | $96 | 637ACA4162 | $192 | 728ACA5020 | $348 | 838AAA4159 | $207 |
| 435ACA | $162 | 52090371AC | $119 | 637ACA4293 | $216 | 728ACA5027 | $307 | 838AAS | $267 |
| 435ACW | $162 | 52122168AB | $309 | 637ACA4336 | $253 | 732A | $180 | 838AAS6113 | $246 |
| 4350A-0774 | $173 | 55398190AB | $233 | 637ACA4822 | $166 | 732M | $168 | 855ABA | $298 |
| 435A6164 | $130 | 578W3277 | $127 | 637ACA5104 | $194 | 732A2213 | $151 | 855ABM | $348 |
| 435ABA8012 | $163 | 604AD | $206 | 637ACA5111 | $185 | 732A3137 | $127 | 855ACA | $230 |
| 435ABW8062 | $142 | 617AAA | $256 | 637ACA5139 | $196 | 732A4319 | $159 | 855ACE | $298 |
| 435ABW8082 | $147 | 617AAS | $301 | 637ACF | $179 | 732M3285 | $140 | 855A | $96 |
| 435ACA8334 | $100 | 617AAS7033 | $379 | 637ACF2691 | $164 | 732W | $162 | 855A0406 | $69 |
| 435ACA9018 | $125 | 617AAS7295 | $344 | 640AAM | $721 | 732W2325 | $181 | 855A7083 | $74 |
| 435ACS | $139 | 620A | $311 | 640AAM2411 | $769 | 732W3265 | $124 | 855ABA4154 | $257 |
| 435W | $126 | 620AC | $278 | 640AAM3290 | $762 | 732W4011 | $95 | 855ABM2902 | $298 |
| 435W5207 | $98 | 620ACA | $318 | 645A | $188 | 732W5081 | $141 | 855ACA5075 | $238 |
| 435W6114 | $134 | 620AEA | $264 | 645A1080 | $428 | 746M | $91 | 855ACE9299 | $283 |
| 435W6233 | $115 | 620A4102 | $294 | 645AA | $252 | 746A | $91 | 855M | $168 |
| 435W7065 | $142 | 620AC1213 | $275 | 654P | $130 | 746A63201 | $63 | 889A6240 | $579 |
| 436ABA | $174 | 620ACA03 | $257 | 674AAM | $317 | 746A8006 | $91 | 889A7021 | $724 |
| 436ABW | $236 | 620ACA1039-2 | $299 | 674A | $255 | 746ABW8017 | $84 | 893AA5128769083 | $480 |
| 436A | $132 | 620ACA1048 | $278 | 674A0269 | $284 | 746W3040 | $45 | 8ABM1948 | $328 |
| 436A6055 | $121 | 620ACA2051 | $396 | 674A0294 | $287 | 757A1192 | $55 | 914A | $152 |
| 436A6105 | $136 | 620ACA2065 | $271 | 674A1003 | $316 | 761W8089 | $94 | 914A4342 | $151 |
| 436A6192 | $130 | 620ACA2127 | $284 | 674A1102 | $254 | 768AAA | $276 | 914A5026 | $138 |
| 436A7078 | $129 | 620ACAB180-2 | $290 | 674A1136 | $258 | 768AAA8037 | $280 | 925ADA | $194 |
| 436ABA7275 | $153 | 620ADA | $331 | 674A1163 | $361 | 768AAS | $300 | 925ADA4342 | $187 |
| 436ABW8040 | $153 | 620ADA2179 | $309 | 674AAM0960 | $314 | 768AAS10 | $276 | 934AD | $178 |
| 436W | $152 | 620ADA2644 | $306 | 674AAM2420 | $310 | 771AAA | $298 | 95042AF | $112 |
| 439AAM | $417 | 620ADA3119 | $304 | 674AAM2990 | $306 | 771AAA5285 | $353 | 953AA51287E7298 | $491 |
| 439AAM0416 | $342 | 620ADA3175 | $286 | 674AAM3630 | $308 | 771AAA5313 | $365 | 974AAA | $298 |
| 439AAM1606 | $368 | 620AEA6039 | $260 | 68042465AA | $232 | 776AA | $216 | 974AAA6171 | $433 |
| 439AAM3378 | $368 | 620AEA6083 | $290 | 68057356AB | $232 | 786A | $178 | 974AAS | $391 |
| 439AAM3415 | $400 | 620AEA6086 | $289 | 68057356AC | $250 | 786W | $145 | 974AAS4187 | $608 |
| 443AA1733 | $153 | 620AEA6110 | $299 | 681AC2024 | $136 | 786W4032 | $130 | 974AAS4274 | $353 |
| 444AAW4160 | $144 | 622A | $135 | 683A | $73 | 786W4074 | $133 | 974AAS4295 | $349 |
| 445AAA0095 | $357 | 622M | $66 | 683W | $89 | 786W4266 | $109 | 974AAS4349 | $361 |
| 445AAA8041 | $400 | 622W | $82 | 683A1295 | $57 | 801ACF6332 | $221 | 974AAS4629 | $354 |
| 445AAA9168 | $385 | 622A2316 | $51 | 683A3088 | $55 | 811ACF6332 | $278 | 974AAS4866 | $361 |
| 445AAS9196 | $392 | 622A8197 | $46 | 683A3092 | $51 | 817AAS | $286 | 974AAS5053 | $293 |
| 445AAS9287 | $319 | 622M4014 | $53 | 683W2028 | $56 | 820ACA | $353 | 974AAS5166 | $351 |
| 466AAA | $316 | 622W3025 | $54 | 686A | $76 | 820ACA3096 | $346 | 974AAS5199 | $348 |

| Part # | Price |
| --- | --- |
| 974AAS5263 | $346 |
| 974AAS5325 | $352 |
| 974AAS5326 | $356 |
| 974AAS6037 | $358 |
| 974AAS6275 | $389 |
| 974AAS6298 | $369 |
| 979A | $337 |
| 979AAA | $279 |
| 979A1320 | $258 |
| 979A2024 | $240 |
| 979A2032 | $233 |
| 979AAA2030 | $180 |
| 979AAA2060 | $243 |
| 979AAA2156 | $287 |
| 979AAA5063 | $239 |
| 979AAA6235 | $209 |
| 9ADA2119 | $175 |
| AA056323 | $78 |
| C20275 | $18 |
| C82028 | $56 |
| E11237A | $142 |
| KCW74177 | $46 |
| KK55116 | $49 |
| KK55309 | $39 |
| MM42181 | $151 |
| Z13084 | $75 |
| Z15178 | $72 |
| Z16008 | $64 |

| Item | Price |
|---|---|
| 974AAS5326 | $356 |
| 974AAS6037 | $358 |
| 974AAS6275 | $389 |
| 974AAS6298 | $369 |
| 979A | $337 |
| 979AAA | $279 |
| 979A1320 | $258 |
| 979A2024 | $240 |
| 979A2032 | $233 |
| 979AAA2030 | $180 |
| 979AAA2060 | $243 |
| 979AAA2156 | $287 |
| 979AAA5063 | $239 |
| 979AAA6235 | $209 |
| 9ADA2119 | $175 |
| AA056323 | $78 |
| C20275 | $18 |
| C82028 | $56 |
| E11237A | $142 |
| KCW74177 | $46 |
| KK55116 | $49 |
| KK55309 | $39 |
| MM42181 | $151 |
| Z13084 | $75 |
| Z15178 | $72 |
| Z16008 | $64 |