



**Extraction Report** - iCloud Warrant Return

## Participants



████████



14133556609
Junior D (owner)

## Conversation - Instant Messages (234)



From: ████████
Recipient: 14133556609 Junior D (owner)

Cody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/13/2020 6:27:43 PM(UTC+0)

3/13/2020 6:27:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: ████████
Recipient: 14133556609 Junior D (owner)

Cody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/13/2020 6:27:43 PM(UTC+0)

3/13/2020 6:27:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

What's up bro. Just stopped by the shop. I heard the bad news. Please lmk when the market gets better.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/18/2020 3:11:39 PM(UTC+0)

3/18/2020 3:11:37 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

What's up bro. Just stopped by the shop. I heard the bad news. Please lmk when the market gets better.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/18/2020 3:11:39 PM(UTC+0)

3/18/2020 3:11:37 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

What's up homie...yeah it's no good man

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:12:07 PM(UTC+0)

3/18/2020 3:12:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

What's up homie...yeah it's no good man

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:12:07 PM(UTC+0)

3/18/2020 3:12:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

We're all in the same boat unfortunately

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:12:15 PM(UTC+0)

3/18/2020 3:12:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

We're all in the same boat unfortunately

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:12:15 PM(UTC+0)

3/18/2020 3:12:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/18/2020 3:12:29 PM(UTC+0)

3/18/2020 3:12:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/18/2020 3:12:29 PM(UTC+0)

3/18/2020 3:12:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Just hang in there brotha..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:14:37 PM(UTC+0)

3/18/2020 3:14:32 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Just hang in there brotha..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:14:37 PM(UTC+0)

3/18/2020 3:14:32 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

No sweat. I got a few nice ones saved for you. Hopefully goes back up quick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/18/2020 3:15:19 PM(UTC+0)

3/18/2020 3:15:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

No sweat. I got a few nice ones saved for you. Hopefully goes back up quick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/18/2020 3:15:19 PM(UTC+0)

3/18/2020 3:15:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

4

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Absolutely..I'll be in touch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:15:55 PM(UTC+0)

3/18/2020 3:15:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Absolutely..I'll be in touch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 3:15:55 PM(UTC+0)

3/18/2020 3:15:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/18/2020 3:16:10 PM(UTC+0)

3/18/2020 3:16:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/18/2020 3:16:10 PM(UTC+0)

3/18/2020 3:16:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Could you do $600 a stick?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/18/2020 4:34:03 PM(UTC+0)

3/18/2020 4:34:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Could you do $600 a stick?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/18/2020 4:34:03 PM(UTC+0)

3/18/2020 4:34:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

$400 as of right now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 4:35:43 PM(UTC+0)

3/18/2020 4:35:37 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

$400 as of right now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 4:35:43 PM(UTC+0)

3/18/2020 4:35:37 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/18/2020 4:35:54 PM(UTC+0)

3/18/2020 4:35:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/18/2020 4:35:54 PM(UTC+0)

3/18/2020 4:35:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

I'll hold off for now. Thank you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/18/2020 4:36:35 PM(UTC+0)

3/18/2020 4:36:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

I'll hold off for now. Thank you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/18/2020 4:36:35 PM(UTC+0)

3/18/2020 4:36:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Absolutely. Just waiting for this market to settle and it has not just yet.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 4:37:25 PM(UTC+0)

3/18/2020 4:37:05 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Absolutely. Just waiting for this market to settle and it has not just yet.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/18/2020 4:37:25 PM(UTC+0)

3/18/2020 4:37:05 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Gm bro!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/26/2020 2:14:32 PM(UTC+0)

3/26/2020 2:14:31 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Gm bro!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/26/2020 2:14:32 PM(UTC+0)

3/26/2020 2:14:31 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Any good news? I noticed the numbers went up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/26/2020 2:15:13 PM(UTC+0)

3/26/2020 2:15:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Any good news? I noticed the numbers went up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/26/2020 2:15:13 PM(UTC+0)

3/26/2020 2:15:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesinicloud@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

Good morning,sir! Yeah they getting better yes. Were closed for the next 2wks though unfortunately. We put in a limit order with the refiner so waiting to see what our numbers are gonna look like,then I'll have a better idea where we stand far as pricing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/26/2020 2:17:56 PM(UTC+0)

3/26/2020 2:17:56 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

9

From: ███████████
Recipient: 14133556609 Junior D (owner)

Good morning,sir! Yeah they getting better yes. Were closed for the next 2wks though unfortunately. We put in a limit order with the refiner so waiting to see what our numbers are gonna look like,then I'll have a better idea where we stand far as pricing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/26/2020 2:17:56 PM(UTC+0)

3/26/2020 2:17:56 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 3/26/2020 2:19:12 PM(UTC+0)

3/26/2020 2:19:12 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 3/26/2020 2:19:12 PM(UTC+0)

3/26/2020 2:19:12 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

10-4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/26/2020 2:20:03 PM(UTC+0)

3/26/2020 2:20:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

10-4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/26/2020 2:20:03 PM(UTC+0)

3/26/2020 2:20:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Tell me some good news bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/30/2020 5:50:08 PM(UTC+0)

3/30/2020 5:50:06 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

Tell me some good news bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/30/2020 5:50:08 PM(UTC+0)

3/30/2020 5:50:06 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

How are things going over there,Roman? Hope all is well brotha..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 2:47:36 PM(UTC+0)

6/2/2020 2:39:43 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

How are things going over there,Roman? Hope all is well brotha..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 2:47:36 PM(UTC+0)

6/2/2020 2:39:43 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

Tell me something nice Brody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Delivered:** 6/2/2020 2:47:55 PM(UTC+0)

6/2/2020 2:47:55 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

Tell me something nice Brody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Delivered:** 6/2/2020 2:47:55 PM(UTC+0)

6/2/2020 2:47:55 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

I might have something for you tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 6/2/2020 2:48:14 PM(UTC+0)

6/2/2020 2:48:13 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

I might have something for you tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 6/2/2020 2:48:14 PM(UTC+0)

6/2/2020 2:48:13 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Idk?! Hahaha...prices are OOOK. Not bad and not great. Right in the middle

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:04:32 PM(UTC+0)

6/2/2020 2:50:20 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Idk?! Hahaha...prices are OOOK. Not bad and not great. Right in the middle

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:04:32 PM(UTC+0)

6/2/2020 2:50:20 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮▮▮

Sounds like $900

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Delivered:** 6/2/2020 3:04:43 PM(UTC+0)

6/2/2020 3:04:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮▮▮

Sounds like $900

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Delivered:** 6/2/2020 3:04:43 PM(UTC+0)

6/2/2020 3:04:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes I'll do $900 a stick. I was paying $875

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:05:20 PM(UTC+0)

6/2/2020 3:05:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes I'll do $900 a stick. I was paying $875

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:05:20 PM(UTC+0)

6/2/2020 3:05:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

Ok I'll be in touch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

**Delivered:** 6/2/2020 3:05:32 PM(UTC+0)

6/2/2020 3:05:32 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

Ok I'll be in touch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

**Delivered:** 6/2/2020 3:05:32 PM(UTC+0)

6/2/2020 3:05:32 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▓▓▓▓▓▓
Recipient: 14133556609 Junior D (owner)

Sounds good,Roman.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:19:13 PM(UTC+0)

6/2/2020 3:09:36 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▓▓▓▓▓▓
Recipient: 14133556609 Junior D (owner)

Sounds good,Roman.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/2/2020 3:19:13 PM(UTC+0)

6/2/2020 3:09:36 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I'll be up there in a little while

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 6/3/2020 4:46:09 PM(UTC+0)

6/3/2020 4:46:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I'll be up there in a little while

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 6/3/2020 4:46:09 PM(UTC+0)

6/3/2020 4:46:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Sounds good brotha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/3/2020 4:47:33 PM(UTC+0)

6/3/2020 4:47:25 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Sounds good brotha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 6/3/2020 4:47:33 PM(UTC+0)

6/3/2020 4:47:25 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Bro. You guys open today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ | | | |

**Delivered:** 8/18/2020 2:36:41 PM(UTC+0)

8/18/2020 2:36:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Bro. You guys open today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ | | | |

**Delivered:** 8/18/2020 2:36:41 PM(UTC+0)

8/18/2020 2:36:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: █████████
Recipient: 14133556609 Junior D (owner)

Yes sirrrr

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:36:58 PM(UTC+0)

8/18/2020 2:36:53 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: █████████
Recipient: 14133556609 Junior D (owner)

Yes sirrrr

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:36:58 PM(UTC+0)

8/18/2020 2:36:53 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What the number on a stick rn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:37:20 PM(UTC+0)

8/18/2020 2:37:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What the number on a stick rn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:37:20 PM(UTC+0)

8/18/2020 2:37:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$1100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:38:48 PM(UTC+0)

8/18/2020 2:38:47 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$1100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:38:48 PM(UTC+0)

8/18/2020 2:38:47 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

[icon]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:39:54 PM(UTC+0)

8/18/2020 2:39:49 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I'm gonna junk this thing and I can head your way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:39:54 PM(UTC+0)

8/18/2020 2:39:49 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

[icon]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:39:54 PM(UTC+0)

8/18/2020 2:39:49 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I'm gonna junk this thing and I can head your way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:39:54 PM(UTC+0)

8/18/2020 2:39:49 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Do it!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:45:52 PM(UTC+0)

8/18/2020 2:40:35 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Do it!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:45:52 PM(UTC+0)

8/18/2020 2:40:35 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

See you in a little while

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/18/2020 2:46:02 PM(UTC+0)

8/18/2020 2:46:02 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

See you in a little while

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/18/2020 2:46:02 PM(UTC+0)

8/18/2020 2:46:02 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Sounds good bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:48:40 PM(UTC+0)

8/18/2020 2:46:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Sounds good bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:48:40 PM(UTC+0)

8/18/2020 2:46:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

How much are the 98-02 accord 4cyl cats doing rn. I know of a few of them for cheap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/18/2020 2:54:25 PM(UTC+0)

8/18/2020 2:54:24 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

How much are the 98-02 accord 4cyl cats doing rn. I know of a few of them for cheap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/18/2020 2:54:25 PM(UTC+0)

8/18/2020 2:54:24 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Center O2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:54:58 PM(UTC+0)

8/18/2020 2:54:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Center O2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:54:58 PM(UTC+0)

8/18/2020 2:54:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Angled O2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:06 PM(UTC+0)

8/18/2020 2:55:06 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

Angled O2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:06 PM(UTC+0)

8/18/2020 2:55:06 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇

I forget. It the expensive one lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 8/18/2020 2:55:14 PM(UTC+0)

8/18/2020 2:55:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇

I forget. It the expensive one lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 8/18/2020 2:55:14 PM(UTC+0)

8/18/2020 2:55:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

HAHAHA

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:29 PM(UTC+0)

8/18/2020 2:55:25 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

HAHAHA

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:29 PM(UTC+0)

8/18/2020 2:55:25 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$500 if it's the one we think it is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:34 PM(UTC+0)

8/18/2020 2:55:34 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$500 if it's the one we think it is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/18/2020 2:55:34 PM(UTC+0)

8/18/2020 2:55:34 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 8/18/2020 2:55:41 PM(UTC+0)

8/18/2020 2:55:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/18/2020 2:55:41 PM(UTC+0)

8/18/2020 2:55:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What up bro. Prices went up a little. What can you do for me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/25/2020 12:16:42 PM(UTC+0)

8/25/2020 12:16:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What up bro. Prices went up a little. What can you do for me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/25/2020 12:16:42 PM(UTC+0)

8/25/2020 12:16:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I need better then 1100. I haven't called my homie in CT in a few. I prefer not to.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/25/2020 12:23:43 PM(UTC+0)

8/25/2020 12:23:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

I need better then 1100. I haven't called my homie in CT in a few. I prefer not to.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 8/25/2020 12:23:43 PM(UTC+0)

8/25/2020 12:23:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

$1150

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:03:49 PM(UTC+0)

8/25/2020 1:03:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

$1150

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:03:49 PM(UTC+0)

8/25/2020 1:03:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

1200. I have 8 sticks. Stop being stingy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 8/25/2020 1:04:31 PM(UTC+0)

8/25/2020 1:04:31 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

1200. I have 8 sticks. Stop being stingy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 8/25/2020 1:04:31 PM(UTC+0)

8/25/2020 1:04:31 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

Yeahhh aight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:04:41 PM(UTC+0)

8/25/2020 1:04:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

Yeahhh aight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:04:41 PM(UTC+0)

8/25/2020 1:04:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

$1175 is my final offer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:05:10 PM(UTC+0)

8/25/2020 1:05:10 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$1175 is my final offer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:05:10 PM(UTC+0)

8/25/2020 1:05:10 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Were too close let's do 1200

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 8/25/2020 1:05:57 PM(UTC+0)

8/25/2020 1:05:57 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Were too close let's do 1200

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 8/25/2020 1:05:57 PM(UTC+0)

8/25/2020 1:05:57 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

We almost at the 1400 stock market numbers

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 8/25/2020 1:06:40 PM(UTC+0)

8/25/2020 1:06:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

We almost at the 1400 stock market numbers

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 8/25/2020 1:06:40 PM(UTC+0)

8/25/2020 1:06:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

You about to upgrade that jeep to a track hawk if you keep gettin us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/25/2020 1:07:18 PM(UTC+0)

8/25/2020 1:07:17 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

You about to upgrade that jeep to a track hawk if you keep gettin us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/25/2020 1:07:18 PM(UTC+0)

8/25/2020 1:07:17 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Everybody's gotta eat, homie!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:38 PM(UTC+0)

8/25/2020 1:07:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Everybody's gotta eat, homie!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:38 PM(UTC+0)

8/25/2020 1:07:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Let me eat!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:45 PM(UTC+0)

8/25/2020 1:07:44 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Let me eat!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:45 PM(UTC+0)

8/25/2020 1:07:44 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Let's go I'll do $1200

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:51 PM(UTC+0)

8/25/2020 1:07:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

Let's go I'll do $1200

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/25/2020 1:07:51 PM(UTC+0)

8/25/2020 1:07:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

Nigga you eatin caviar

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

**Delivered:** 8/25/2020 1:08:04 PM(UTC+0)

8/25/2020 1:08:04 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

Nigga you eatin caviar

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

**Delivered:** 8/25/2020 1:08:04 PM(UTC+0)

8/25/2020 1:08:04 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

I'm pulling up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

**Delivered:** 8/25/2020 1:08:10 PM(UTC+0)

8/25/2020 1:08:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

I'm pulling up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/25/2020 1:08:10 PM(UTC+0)

8/25/2020 1:08:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

What up bro! We at 14 yet?? Market looking a lot like 14

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 9/14/2020 7:29:13 PM(UTC+0)

9/14/2020 7:29:10 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

What up bro! We at 14 yet?? Market looking a lot like 14

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 9/14/2020 7:29:13 PM(UTC+0)

9/14/2020 7:29:10 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

$1300 my guy!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 9/14/2020 7:31:43 PM(UTC+0)

9/14/2020 7:31:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

**$1300 my guy!**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 9/14/2020 7:31:43 PM(UTC+0)

9/14/2020 7:31:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

**I'm sure you can pull some strings and get us 14**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 9/14/2020 7:36:56 PM(UTC+0)

9/14/2020 7:36:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

**I'm sure you can pull some strings and get us 14**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 9/14/2020 7:36:56 PM(UTC+0)

9/14/2020 7:36:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

**Hey bro. you guys open today?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 11/11/2020 5:08:35 PM(UTC+0)

11/11/2020 5:08:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Hey bro, you guys open today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 11/11/2020 5:08:35 PM(UTC+0)

11/11/2020 5:08:33 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Bro you guys open today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 11/28/2020 3:08:44 PM(UTC+0)

11/28/2020 3:08:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Bro you guys open today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 11/28/2020 3:08:44 PM(UTC+0)

11/28/2020 3:08:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

☞04 accord

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 8/4/2021 7:58:01 PM(UTC+0)

8/4/2021 7:57:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

04 accord

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/4/2021 7:58:01 PM(UTC+0)

8/4/2021 7:57:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:01:04 PM(UTC+0)

8/4/2021 8:00:34 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:01:04 PM(UTC+0)

8/4/2021 8:00:34 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████████

██████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 8/4/2021 8:03:04 PM(UTC+0)

8/4/2021 8:03:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 8/4/2021 8:03:04 PM(UTC+0)

8/4/2021 8:03:03 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$110/$300/$300/$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:03:55 PM(UTC+0)

8/4/2021 8:03:52 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$110/$300/$300/$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:03:55 PM(UTC+0)

8/4/2021 8:03:52 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

You coming to see me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:04:01 PM(UTC+0)

8/4/2021 8:03:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

**You coming to see me?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:04:01 PM(UTC+0)

8/4/2021 8:03:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

**I'm tryna buy these now if I land the deal I'll be over tomorrow**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 8/4/2021 8:04:35 PM(UTC+0)

8/4/2021 8:04:35 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

**I'm tryna buy these now if I land the deal I'll be over tomorrow**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 8/4/2021 8:04:35 PM(UTC+0)

8/4/2021 8:04:35 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

**I broke my leg on a jetski got a rod put in it. I had to take a break to recover. I'm out and about now so hopefully get my foot back the the door**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 8/4/2021 8:05:38 PM(UTC+0)

8/4/2021 8:05:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

I broke my leg on a jetski got a rod put in it. I had to take a break to recover. I'm out and about now so hopefully get my foot back the the door

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 8/4/2021 8:05:38 PM(UTC+0)

8/4/2021 8:05:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: 14133556609 Junior D (owner)
Recipient: ██████████

Which one is $110

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 8/4/2021 8:07:05 PM(UTC+0)

8/4/2021 8:07:04 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)



From: 14133556609 Junior D (owner)
Recipient: ██████████

Which one is $110

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 8/4/2021 8:07:05 PM(UTC+0)

8/4/2021 8:07:04 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

The Toyota rear

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:09:33 PM(UTC+0)

8/4/2021 8:09:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

The Toyota rear

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 8/4/2021 8:09:33 PM(UTC+0)

8/4/2021 8:09:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/4/2021 8:09:43 PM(UTC+0)

8/4/2021 8:09:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 8/4/2021 8:09:43 PM(UTC+0)

8/4/2021 8:09:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

99 accord

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 12/10/2021 6:52:29 PM(UTC+0)

12/10/2021 6:52:27 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▬▬▬▬

😂99 accord

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬▬ | | | |

**Delivered:** 12/10/2021 6:52:29 PM(UTC+0)

12/10/2021 6:52:27 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▬▬▬▬
Recipient: 14133556609 Junior D (owner)

$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 6:53:35 PM(UTC+0)

12/10/2021 6:53:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▬▬▬▬
Recipient: 14133556609 Junior D (owner)

$700

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 6:53:35 PM(UTC+0)

12/10/2021 6:53:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▬▬▬▬

😂😂This pair is off of an 08 vw gti

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬▬▬▬ | | | |

**Delivered:** 12/10/2021 7:21:29 PM(UTC+0)

12/10/2021 7:21:27 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

📧📧This pair is off of an 08 vw gti

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 12/10/2021 7:21:29 PM(UTC+0)

12/10/2021 7:21:27 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$200/$100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:26:21 PM(UTC+0)

12/10/2021 7:25:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$200/$100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:26:21 PM(UTC+0)

12/10/2021 7:25:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

📧05 Volvo S80 it's a big one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 12/10/2021 7:26:52 PM(UTC+0)

12/10/2021 7:26:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

🖼05 Volvo S80 it's a big one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 12/10/2021 7:26:52 PM(UTC+0)

12/10/2021 7:26:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$350

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:33:27 PM(UTC+0)

12/10/2021 7:33:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$350

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:33:27 PM(UTC+0)

12/10/2021 7:33:19 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

🖼09 accord. Last one lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 12/10/2021 7:35:02 PM(UTC+0)

12/10/2021 7:35:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

09 accord. Last one lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 12/10/2021 7:35:02 PM(UTC+0)

12/10/2021 7:35:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

$225

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:35:08 PM(UTC+0)

12/10/2021 7:35:08 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

$225

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:35:08 PM(UTC+0)

12/10/2021 7:35:08 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

What's the hours tomorrow I forget

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 12/10/2021 7:35:26 PM(UTC+0)

12/10/2021 7:35:26 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What's the hours tomorrow I forget

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 12/10/2021 7:35:26 PM(UTC+0)

12/10/2021 7:35:26 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Very short. 8am-930am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:35:54 PM(UTC+0)

12/10/2021 7:35:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Very short. 8am-930am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:35:54 PM(UTC+0)

12/10/2021 7:35:54 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok brody thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 12/10/2021 7:36:13 PM(UTC+0)

12/10/2021 7:36:12 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

Ok brody thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 12/10/2021 7:36:13 PM(UTC+0)

12/10/2021 7:36:12 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:37:14 PM(UTC+0)

12/10/2021 7:36:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 12/10/2021 7:37:14 PM(UTC+0)

12/10/2021 7:36:51 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

03 e350 van. Are these original?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 1/6/2022 3:35:17 PM(UTC+0)

1/6/2022 3:35:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▆▆▆▆▆▆▆▆

📧03 e350 van. Are these original?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆▆ | | | |

**Delivered:** 1/6/2022 3:35:17 PM(UTC+0)

1/6/2022 3:35:14 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▆▆▆▆▆▆▆▆

There 4 in total

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆▆ | | | |

**Delivered:** 1/6/2022 3:35:23 PM(UTC+0)

1/6/2022 3:35:23 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▆▆▆▆▆▆▆▆

There 4 in total

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆▆ | | | |

**Delivered:** 1/6/2022 3:35:23 PM(UTC+0)

1/6/2022 3:35:23 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▆▆▆▆▆▆▆▆

Yoo you at work?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆▆ | | | |

**Delivered:** 2/7/2022 4:44:46 PM(UTC+0)

2/7/2022 4:44:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

Yoo you at work?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 2/7/2022 4:44:46 PM(UTC+0)

2/7/2022 4:44:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes sirrrrrr

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 2/7/2022 4:46:03 PM(UTC+0)

2/7/2022 4:46:02 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes sirrrrrr

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 2/7/2022 4:46:03 PM(UTC+0)

2/7/2022 4:46:02 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

If you are can you cash me out? I'll give you $100. Lol I like the kid but he's a little cheap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 2/7/2022 4:46:18 PM(UTC+0)

2/7/2022 4:46:18 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

If you are can you cash me out? I'll give you $100. Lol I like the kid but he's a little cheap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 2/7/2022 4:46:18 PM(UTC+0)

2/7/2022 4:46:18 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Please don't tell him I said that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 2/7/2022 4:46:48 PM(UTC+0)

2/7/2022 4:46:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Please don't tell him I said that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 2/7/2022 4:46:48 PM(UTC+0)

2/7/2022 4:46:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Last time he tried giving me $350 for an accord cat

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 2/7/2022 4:49:08 PM(UTC+0)

2/7/2022 4:49:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮▮▮

Last time he tried giving me $350 for an accord cat

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Delivered:** 2/7/2022 4:49:08 PM(UTC+0)

2/7/2022 4:49:07 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Nah man. He should have. I gave you the wrong price that was a Christmas gift for you haha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 2/7/2022 4:50:39 PM(UTC+0)

2/7/2022 4:50:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Nah man. He should have. I gave you the wrong price that was a Christmas gift for you haha

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 2/7/2022 4:50:39 PM(UTC+0)

2/7/2022 4:50:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Lmfao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 2/7/2022 4:50:48 PM(UTC+0)

2/7/2022 4:50:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Lmfao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 2/7/2022 4:50:48 PM(UTC+0)

2/7/2022 4:50:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

😁

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/3/2022 8:56:23 PM(UTC+0)

3/3/2022 8:56:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

😁

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/3/2022 8:56:23 PM(UTC+0)

3/3/2022 8:56:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$750

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/3/2022 9:02:09 PM(UTC+0)

3/3/2022 8:58:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

$750

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/3/2022 9:02:09 PM(UTC+0)

3/3/2022 8:58:59 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮



| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/3/2022 9:04:05 PM(UTC+0)

3/3/2022 9:04:00 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 3/3/2022 9:04:05 PM(UTC+0)

3/3/2022 9:04:00 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

$450 a stick if full

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/3/2022 9:26:54 PM(UTC+0)

3/3/2022 9:14:30 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

$450 a stick if full

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/3/2022 9:26:54 PM(UTC+0)

3/3/2022 9:14:30 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/11/2022 6:14:53 PM(UTC+0)

3/11/2022 6:14:50 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/11/2022 6:14:53 PM(UTC+0)

3/11/2022 6:14:50 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

$500 for the stick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:16:19 PM(UTC+0)

3/11/2022 6:16:05 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

$500 for the stick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:16:19 PM(UTC+0)

3/11/2022 6:16:05 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

OK just checking I got a kid here with a bunch of them but he wants 750. I was just seeing if there was any meat on the bone thanks bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/11/2022 6:16:44 PM(UTC+0)

3/11/2022 6:16:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

OK just checking I got a kid here with a bunch of them but he wants 750. I was just seeing if there was any meat on the bone thanks bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Delivered:** 3/11/2022 6:16:44 PM(UTC+0)

3/11/2022 6:16:42 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

**If you can get me codes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:18:27 PM(UTC+0)

3/11/2022 6:18:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

**If you can get me codes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:18:27 PM(UTC+0)

3/11/2022 6:18:09 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/11/2022 6:18:39 PM(UTC+0)

3/11/2022 6:18:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 3/11/2022 6:18:39 PM(UTC+0)

3/11/2022 6:18:38 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/11/2022 6:20:30 PM(UTC+0)

3/11/2022 6:20:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/11/2022 6:20:30 PM(UTC+0)

3/11/2022 6:20:29 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Give me a few

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:20:41 PM(UTC+0)

3/11/2022 6:20:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Give me a few

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:20:41 PM(UTC+0)

3/11/2022 6:20:41 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 3/11/2022 6:20:47 PM(UTC+0)

3/11/2022 6:20:47 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 3/11/2022 6:20:47 PM(UTC+0)

3/11/2022 6:20:47 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

I'm on vacation right now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:20:49 PM(UTC+0)

3/11/2022 6:20:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

I'm on vacation right now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:20:49 PM(UTC+0)

3/11/2022 6:20:48 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Oh shit sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/11/2022 6:20:56 PM(UTC+0)

3/11/2022 6:20:56 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Oh shit sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/11/2022 6:20:56 PM(UTC+0)

3/11/2022 6:20:56 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:21:01 PM(UTC+0)

3/11/2022 6:21:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:21:01 PM(UTC+0)

3/11/2022 6:21:01 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

I couldn't find anything on that setup. I'm sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:48:35 PM(UTC+0)

3/11/2022 6:48:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

I couldn't find anything on that setup. I'm sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 3/11/2022 6:48:35 PM(UTC+0)

3/11/2022 6:48:11 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇

Ok bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 3/11/2022 6:48:39 PM(UTC+0)

3/11/2022 6:48:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇

Ok bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ | | | |

**Delivered:** 3/11/2022 6:48:39 PM(UTC+0)

3/11/2022 6:48:39 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Yoo what's up Brody. How much you paying for the sticks?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 5/2/2022 9:16:24 PM(UTC+0)

5/2/2022 9:16:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Yoo what's up Brody. How much you paying for the sticks?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 5/2/2022 9:16:24 PM(UTC+0)

5/2/2022 9:16:22 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-702955/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$1375

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 5/3/2022 2:09:47 AM(UTC+0)

5/3/2022 2:09:22 AM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

$1375

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 5/3/2022 2:09:47 AM(UTC+0)

5/3/2022 2:09:22 AM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok sweet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 5/3/2022 2:11:19 AM(UTC+0)

5/3/2022 2:11:19 AM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Ok sweet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Delivered:** 5/3/2022 2:11:19 AM(UTC+0)

5/3/2022 2:11:19 AM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Yoo what up bro. How much on the sticks?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

7/14/2022 4:46:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

Yoo what up bro. How much on the sticks?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

7/14/2022 4:46:40 PM(UTC+0)

Source Extraction:
Legacy (1)
Source Info:
702955.zip/702955/stjamesperfmx1@gmail.com-
702955/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24054497 bytes)