(Ct) All done 1

6 Enfield
907 Enfield st

3 Middletown
770 Newfield st

2 Meriden
1821 N broad st

5 East Hartford
272 tolland st

4 New Britain
401 south main st

1 West haven


5372488

(Ma) All done 1

5 Affordable auto
71 may st Worcester ma

3.5 Auto center
863 n main st west bridgewater,ma

4 Hewins
1861 Plymouth st East bridgewater,ma

1 Nicks auto
2 Roxanna st Framingham ma

3 Automazed
885 Washington st attleboro ma

6 Prestige
600 broadway Malden ma

5 Mass auto world
835 temple st Whitman ma

 2 2 in gate
900 Washington st wrentham ma

(Ma) All done 3

Grey pri house
97 Whitney ave Lowell ma

Mikes autos
251 E broadway, Gardner 01440

Ultimate auto
42 park st Beverly,ma

Greenfield auto specialist
335 high st greenfield, ma


2 here David auto sales
93 Chelmsford st Lowell,ma

Broadway motor sales
123 Princeton st north Chelmsford, ma

Official auto sales
141 plaistow rd plaistow,nh

Metropolis auto sales
46 bridge st Pelham, ma

Londonderry motorcars
211 rockingham rd Londonderry, nh

Latest CT list

Uzun auto(place with a lot+cameras)
809 1st ave west haven, ct

Angelos auto center
388 Bridgeport ave Milford,ct

Five star auto sales
1926 main st Bridgeport,ct

House
407 laurel ave Bridgeport, ct

York auto clinic
916 Boston post rd west haven, ct

Riverside motorcars
573 main st Naugatuck, ct

Beckmans auto center
125 East st new Britain, ct

Shamrock motors
186 s main st East Windsor, ct

Latest MA list

Westborough Toyota
271 turnpike rd westborough,ma

(Saved) 289 mill st Springfield ma

(Saved) Hill town hybrids
63 s central st Plainfield, ma

(Saved) Dartmouth Toyota
100 old faunce corner rd north Dartmouth,ma

Private
David rd Randolph,ma

(Saved) 039 auto sales
994 Bedford st bridgewater ma

Murphy motor sales
556 river st Fitchburg ma

All star auto sales
329 maple st Marlborough ma

(Saved) 100% auto sales
21 Washington st Attleboro ma

Rick ruberti auto
205 river st Fitchburg ma

B and g auto sales
65 tyngsboro rd north Chelmsford ma

Nano's autos
1211 main st concord ma

National auto sales
48 Lenox st Norwood ma

1a auto sales
1449 main st Walpole ma