



**Extraction Report** - iCloud Warrant Return

## Participants



14133556609
Junior D (owner)



## Conversation - Instant Messages (242)



From: 14133556609 Junior D (owner)
Recipient:

Hey it's Rafy... Robbin hood from Facebook.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

11/9/2022 4:07:02 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient:

Hey it's Rafy... Robbin hood from Facebook.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

11/9/2022 4:07:02 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▇▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

Ok. Bike right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:07:25 PM(UTC-5)

11/9/2022 4:07:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▇▇▇▇▇▇▇
Recipient: 14133556609 Junior D (owner)

Ok. Bike right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:07:25 PM(UTC-5)

11/9/2022 4:07:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

I didn't really understand the last message about scheduling for us to pick us the gold wing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

11/9/2022 4:07:34 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

I didn't really understand the last message about scheduling for us to pick us the gold wing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

11/9/2022 4:07:34 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What day and time of day works best for you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

11/9/2022 4:07:47 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

What day and time of day works best for you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

11/9/2022 4:07:47 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Saturday.

I working tomorrow Thursday
Friday bad weather 1-2 in of rain so Saturday is best

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:11:22 PM(UTC-5)

11/9/2022 4:09:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Saturday.

I working tomorrow Thursday
Friday bad weather 1-2 in of rain so Saturday is best

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:11:22 PM(UTC-5)

11/9/2022 4:09:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:11:22 PM(UTC-5)

11/9/2022 4:10:19 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:11:22 PM(UTC-5)

11/9/2022 4:10:19 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok I'd prefer early at possible maybe 10 am?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/9/2022 4:11:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok I'd prefer early at possible maybe 10 am?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/9/2022 4:11:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

**Absolutely.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:12:00 PM(UTC-5)

11/9/2022 4:12:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

**Absolutely.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:12:00 PM(UTC-5)

11/9/2022 4:12:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

**Ok sweet**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:12:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

**Ok sweet**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:12:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: [REDACTED]
Recipient: 14133556609 Junior D (owner)

Then we can go and just get it notarized. This way u tell ur person what u paid.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:12:53 PM(UTC-5)

11/9/2022 4:12:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: [REDACTED]

So I'll be in contact with you Friday evening for the address and stuff and what I'll do is I'll leave here at 5:30 in the morning on Saturday and I should be getting there right around 10 AM

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | | |

11/9/2022 4:12:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: [REDACTED]
Recipient: 14133556609 Junior D (owner)

Then we can go and just get it notarized. This way u tell ur person what u paid.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:12:53 PM(UTC-5)

11/9/2022 4:12:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: [REDACTED]

So I'll be in contact with you Friday evening for the address and stuff and what I'll do is I'll leave here at 5:30 in the morning on Saturday and I should be getting there right around 10 AM

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | | |

11/9/2022 4:12:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

That's cool with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:13:10 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

That's cool with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:13:10 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Perfect

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

Read: 11/9/2022 4:13:23 PM(UTC-5)

11/9/2022 4:13:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Perfect

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

Read: 11/9/2022 4:13:23 PM(UTC-5)

11/9/2022 4:13:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████████

It's for my dad. He's been wanting one of these bikes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/9/2022 4:13:29 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████████

It's for my dad. He's been wanting one of these bikes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/9/2022 4:13:29 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ████████████

He'll be with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/9/2022 4:13:40 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████████

He'll be with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/9/2022 4:13:40 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Cool

▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:14:26 PM(UTC-5)

11/9/2022 4:14:20 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Cool

Address

▮▮▮▮▮

Avoca Pa 18641

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:14:26 PM(UTC-5)

11/9/2022 4:14:20 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Ok thank you. Talk to you Friday evening

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/9/2022 4:14:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Ok thank you. Talk to you Friday evening

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/9/2022 4:14:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: █████████
Recipient: 14133556609 Junior D (owner)

See u Saturday

I will contact notary and let them know that we are coming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:15:16 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: █████████
Recipient: 14133556609 Junior D (owner)

See u Saturday

I will contact notary and let them know that we are coming

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:15:16 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: █████████
Recipient: █████6609 Junior D (owner)

Yes sir

Deal is done i will pull add

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:15:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Yes sir

Deal is done i will pull add

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:15:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From:
Recipient: 14133556609 Junior D (owner)

Please use this link. Not other

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:16:29 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From:
Recipie      6609 Junior D (owner)

Please use this link. Not other

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:16:29 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From:
Recipient: 14133556609 Junior D (owner)

Thanks

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:16:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 4:23:27 PM(UTC-5)

11/9/2022 4:16:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

OK thank you!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:23:44 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413███████nior D (owner)
Recipient: ███████

OK thank you!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/9/2022 4:23:44 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Great

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 7:38:49 PM(UTC-5)

11/9/2022 4:41:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Great

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/9/2022 7:38:49 PM(UTC-5)

11/9/2022 4:41:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

I cant find the title for the bike. Please do not drive down tomorrow. Until I can locate it. I just moved and need to see if I may have left it at my old apartment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:51:45 AM(UTC-5)

11/11/2022 10:51:38 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ████████
Recipie████ 6609 Junior D (owner)

I cant find the title for the bike. Please do not drive down tomorrow. Until I can locate it. I just moved and need to see if I may have left it at my old apartment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:51:45 AM(UTC-5)

11/11/2022 10:51:38 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413████████ nior D (owner)
Recipient: ████████

Your kidding me. I really hope you find it. I planned my whole weekend around this trip

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/11/2022 10:52:38 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Your kidding me. I really hope you find it. I planned my whole weekend around this trip

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/11/2022 10:52:38 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipie         6609 Junior D (owner)

Or if its in a box i put in storage

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:52:49 AM(UTC-5)

11/11/2022 10:52:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

Or if its in a box i put in storage

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:52:49 AM(UTC-5)

11/11/2022 10:52:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████

Ok man. Keep me posted

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/11/2022 10:53:01 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok man. Keep me posted

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/11/2022 10:53:01 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: ▮▮▮▮6609 Junior D (owner)

I will go to storage place this afternoon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:24 AM(UTC-5)

11/11/2022 10:53:20 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

I will go to storage place this afternoon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:24 AM(UTC-5)

11/11/2022 10:53:20 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/11/2022 10:53:29 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ■■■■■■■■

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ■■■■■■■ | | | |

11/11/2022 10:53:29 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ■■■■■■■
Recipient: ■■■■6609 Junior D (owner)

I will update you asap. Or by 3pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:51 AM(UTC-5)

11/11/2022 10:53:41 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ■■■■■■■
Recipient: 14133556609 Junior D (owner)

I will update you asap. Or by 3pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:51 AM(UTC-5)

11/11/2022 10:53:41 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ■■■■■■■
Recipient: 14133556609 Junior D (owner)

My apologies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:53 AM(UTC-5)

11/11/2022 10:53:53 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

My apologies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:53:53 AM(UTC-5)

11/11/2022 10:53:53 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

I will update at 3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:54:05 AM(UTC-5)

11/11/2022 10:54:05 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipie          6609 Junior D (owner)

I will update at 3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/11/2022 10:54:05 AM(UTC-5)

11/11/2022 10:54:05 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413          nior D (owner)
Recipient: ███████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/11/2022 10:54:11 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

11/11/2022 10:54:11 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

I'm assuming that you didnt find the title

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

11/11/2022 6:16:20 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

I'm assuming that you didnt find the title

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

11/11/2022 6:16:20 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████ 6609 Junior D (owner)
Recipie

I ordered   A new one. Should have it   By Friday.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

Read: 11/12/2022 7:34:07 AM(UTC-5)

11/12/2022 7:33:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████ 14133556609 Junior D (owner)
Recipient: 14133556609 Junior D (owner)

I ordered   A new one. Should have it   By Friday.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 7:34:07 AM(UTC-5)

11/12/2022 7:33:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ████████████

Really that quick?

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ████████ | | | |

11/12/2022 7:34:20 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413████████nior D (owner)
Recipient: ████████████

Really that quick?

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ████████ | | | |

11/12/2022 7:34:20 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ████████████

Keep me posted

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ████████ | | | |

11/12/2022 7:34:30 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

**Keep me posted**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/12/2022 7:34:30 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipie▮▮▮▮▮▮▮6609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 7:51:33 AM(UTC-5)

11/12/2022 7:50:46 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 7:51:33 AM(UTC-5)

11/12/2022 7:50:46 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

I. Paid 250 to get it expedited. So they said 7 days

So I should have it by Friday

As soon as I get it I will let you know.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 9:00:06 AM(UTC-5)

11/12/2022 8:55:30 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

I. Paid 250 to get it expedited. So they said 7 days

So I should have it by Friday

As soon as I get it I will let you know.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 9:00:06 AM(UTC-5)

11/12/2022 8:55:30 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInCloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

Ok great. I'll be waiting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

11/12/2022 9:00:25 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInCloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413▮▮▮▮▮▮▮nior D (owner)
Recipient: ▮▮▮▮▮▮▮

Ok great. I'll be waiting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

11/12/2022 9:00:25 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInCloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes sir. My apologies on this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 9:05:15 AM(UTC-5)

11/12/2022 9:03:00 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInCloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Yes sir. My apologies on this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 9:05:15 AM(UTC-5)

11/12/2022 9:03:00 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Np. Talk to you soon. Enjoy the rest of your weekend.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/12/2022 9:05:44 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413███████nior D (owner)
Recipient: ███████

Np. Talk to you soon. Enjoy the rest of your weekend.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/12/2022 9:05:44 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Yes sir. I will get in touch as soon as i get it. The eta is Thursday.

Update to follow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 11:44:23 AM(UTC-5)

11/12/2022 10:28:46 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Yes sir. I will get in touch as soon as i get it. The eta is Thursday.

Update to follow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/12/2022 11:44:23 AM(UTC-5)

11/12/2022 10:28:46 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

I have really great news

So. I finally found the title along with all warranty till 2030. I put a extra 5 yrs on bike.  3 yr factory warranty n another 5 yrs plus another set of wireless keys

So 8 total Warrenty

Oil change is like a car every 4000 miles there around 1000 on it

I have a really nice helmet. I will take a pic of it

So I put tie downs on it. Floor boards , highway pegs , 2 Honda Backrests, front tire cover extension, really all options that I could get is on it

The jacket is a small n other helmet so i will be keeping those 2 items

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:49:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

I have really great news

So. I finally found the title along with all warranty till 2030. I put a extra 5 yrs on bike.  3 yr factory warranty n another 5 yrs plus another set of wireless keys


So 8 total Warrenty

Oil change is like a car every 4000 miles there around 1000 on it

I have a really nice helmet. I will take a pic of it

So I put tie downs on it. Floor boards , highway pegs , 2 Honda Backrests, front tire cover extension, really all options that I could get is on it

The jacket is a small n other helmet so i will be keeping those 2 items

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:49:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Lmk if you still want it and lmk a date n time to extract.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:50:56 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Reciple ▮▮▮▮▮ 6609 Junior D (owner)

Lmk if you still want it and lmk a date n time to extract.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:50:56 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Sorry. Lmk a date n time to meet.

Im military and my  verbiage is as such

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:52:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Sorry. Lmk a date n time to meet.

Im military and my  verbiage is as such

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:52:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: ████6609 Junior D (owner)

Sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:52:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 3:52:43 PM(UTC-5)

11/14/2022 3:52:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████████

The problem is that the title is void once you've already applied for a duplicate.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/14/2022 3:54:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████████

The problem is that the title is void once you've already applied for a duplicate.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/14/2022 3:54:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ████████████
Recipient: 14133556609 Junior D (owner)

Nope. I found original n canceled order.

So all good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:55:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████████
Recipient: 14133556609 Junior D (owner)

Nope. I found original n canceled order.

So all good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:55:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Saved 250

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:55:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Saved 250

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:55:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipie...6609 Junior D (owner)

If u don't want it that's fine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:56:08 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

If u don't want it that's fine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:56:08 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

Thanks n hope u find one

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:56:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

Thanks n hope u find one

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:56:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipie█████████6609 Junior D (owner)

All good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:57:34 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

All good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/14/2022 4:02:39 PM(UTC-5)

11/14/2022 3:57:34 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient:

I told you I was ready when you are lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

11/14/2022 4:03:33 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient:

I told you I was ready when you are lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

11/14/2022 4:03:33 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient:

I've ordered multiple duplicate titles and there is no way to stop it or cancel it once you've actually ordered it. I'm very interested in the bike, but it seems to be a lot of discrepancies. My father and I planned our whole weekend last weekend around driving down to Pennsylvania to get the bike. after you said you lost the title I made sure you knew that I would wait for the duplicate and that I was still interested.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

11/14/2022 4:06:22 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient:

I've ordered multiple duplicate titles and there is no way to stop it or cancel it once you've actually ordered it. I'm very interested in the bike, but it seems to be a lot of discrepancies. My father and I planned our whole weekend last weekend around driving down to Pennsylvania to get the bike. after you said you lost the title I made sure you knew that I would wait for the duplicate and that I was still interested.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

11/14/2022 4:06:22 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Anyways, with all that being sent, if you are serious about selling the bike, and you actually do have the original title in hand, and you actually did cancel the order for the duplicate then yes I am interested and yes, I will come down to get the bike, same time as we were supposed to do last weekend for Saturday early

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/14/2022 4:08:50 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Anyways, with all that being sent, if you are serious about selling the bike, and you actually do have the original title in hand, and you actually did cancel the order for the duplicate then yes I am interested and yes, I will come down to get the bike, same time as we were supposed to do last weekend for Saturday early

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/14/2022 4:08:50 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

I would like to have the terms of this transaction notarized. I will be coming with cash. you lmk know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/14/2022 4:10:02 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

I would like to have the terms of this transaction notarized. I will be coming with cash. you lmk know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/14/2022 4:10:02 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

I moved last month and am still unpacking 30 boxes were left and the title was in with my tax paperwork and Ranger boat title

I have 2 sets of keys. 1 title and the 8 yr warranty paperwork.
See picture

If u want the bike let me know the date and time for pickup so I can have the notary available .  If on a Saturday they close at 1pm.  During the week 9-5.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 10:47:09 AM(UTC-5)

11/16/2022 10:44:11 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

I moved last month and am still unpacking 30 boxes were left and the title was in with my tax paperwork and Ranger boat title

I have 2 sets of keys. 1 title and the 8 yr warranty paperwork.
See picture

If u want the bike let me know the date and time for pickup so I can have the notary available .  If on a Saturday they close at 1pm.  During the week 9-5.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 10:47:09 AM(UTC-5)

11/16/2022 10:44:11 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipie        6609 Junior D (owner)

[OBJ]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 10:47:09 AM(UTC-5)

11/16/2022 10:44:24 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 10:47:09 AM(UTC-5)

11/16/2022 10:44:24 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Saturday morning. I can be there around 10am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/16/2022 10:48:22 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Saturday morning. I can be there around 10am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/16/2022 10:48:22 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Ok i will notify the Notary/ Title and Tag

Address

▮▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 1:43:48 PM(UTC-5)

11/16/2022 11:19:27 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▌▌▌▌▌▌
Recipient: 14133556609 Junior D (owner)

Ok i will notify the Notary/ Title and Tag

Address

▌▌▌▌▌▌▌▌

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 1:43:48 PM(UTC-5)

11/16/2022 11:19:27 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▌▌▌▌▌▌

Ok thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌▌▌ | | | |

11/16/2022 1:44:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413▌▌▌▌nior D (owner)
Recipient: ▌▌▌▌▌▌

Ok thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌▌▌ | | | |

11/16/2022 1:44:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▌▌▌▌▌▌
Recipient: 14133556609 Junior D (owner)

We are all set for Saturday with notary.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 2:40:23 PM(UTC-5)

11/16/2022 2:11:48 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

We are all set for Saturday with notary.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 2:40:23 PM(UTC-5)

11/16/2022 2:11:48 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 2:40:23 PM(UTC-5)

11/16/2022 2:11:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipie▮▮▮▮6609 Junior D (owner)

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/16/2022 2:40:23 PM(UTC-5)

11/16/2022 2:11:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413▮▮▮▮▮▮nior D (owner)
Recipient: ▮▮▮▮▮▮▮

Ok thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/16/2022 2:40:31 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Ok thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/16/2022 2:40:31 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Hello. Just confirming us meeting tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 4:50:57 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ████████

Hello. Just confirming us meeting tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 4:50:57 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipie ████████ 6609 Junior D (owner)

Absolutely
I have a notary 3 mikes away.and he will do it all plus you will need a bill of sale

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:52:34 PM(UTC-5)

11/18/2022 4:52:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▌▌▌▌▌▌▌▌
Recipient: 14133556609 Junior D (owner)

Absolutely
I have a notary 3 mikes away.and he will do it all plus you will need a bill of sale

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:52:34 PM(UTC-5)

11/18/2022 4:52:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▌▌▌▌▌▌▌▌
Recipient: 14133556609 Junior D (owner)

We need to come up with a number

We can discuss tomorrow

What is your eta

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:52:57 PM(UTC-5)

11/18/2022 4:52:57 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▌▌▌▌▌▌▌▌
Recipie▌▌▌▌▌▌6609 Junior D (owner)

We need to come up with a number

We can discuss tomorrow

What is your eta

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:52:57 PM(UTC-5)

11/18/2022 4:52:57 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

I have a nice bill of sale template I can bring with me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 4:53:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

I have a nice bill of sale template I can bring with me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 4:53:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

What number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 4:53:37 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

What number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 4:53:37 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Ok bring that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:53:55 PM(UTC-5)

11/18/2022 4:53:54 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Ok bring that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:53:55 PM(UTC-5)

11/18/2022 4:53:54 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 6609 Junior D (owner)

Number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:54:03 PM(UTC-5)

11/18/2022 4:54:03 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:54:03 PM(UTC-5)

11/18/2022 4:54:03 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

You just text me that we need to come up with a number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

11/18/2022 4:54:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

You just text me that we need to come up with a number?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

11/18/2022 4:54:32 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Oh the cost

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:54:40 PM(UTC-5)

11/18/2022 4:54:40 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Oh the cost

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:54:40 PM(UTC-5)

11/18/2022 4:54:40 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

We agreed to $23,750

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 4:54:51 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ██████████

We agreed to $23,750

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 4:54:51 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

U going to put that down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:09 PM(UTC-5)

11/18/2022 4:55:09 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ██████████
Recipient: 14133556609 Junior D (owner)

U going to put that down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:09 PM(UTC-5)

11/18/2022 4:55:09 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

On paper. U will pay tax on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:29 PM(UTC-5)

11/18/2022 4:55:28 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

On paper. U will pay tax on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:29 PM(UTC-5)

11/18/2022 4:55:28 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipie          6609 Junior D (owner)

Ur call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:39 PM(UTC-5)

11/18/2022 4:55:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Ur call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:55:39 PM(UTC-5)

11/18/2022 4:55:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Oh shit I see what you're saying.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/18/2022 4:55:46 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Oh shit I see what you're saying.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/18/2022 4:55:46 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

Read: 11/18/2022 4:56:00 PM(UTC-5)

11/18/2022 4:56:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

Read: 11/18/2022 4:56:00 PM(UTC-5)

11/18/2022 4:56:00 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Since its cash

Lets run with 12000. N put down. Bike fell over n front n back damaged

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:29 PM(UTC-5)

11/18/2022 4:58:28 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Since its cash

Lets run with 12000. N put down. Bike fell over n front n back damaged

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:29 PM(UTC-5)

11/18/2022 4:58:28 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 6609 Junior D (owner)

Ur call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:37 PM(UTC-5)

11/18/2022 4:58:37 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Ur call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:37 PM(UTC-5)

11/18/2022 4:58:37 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████

In Massachusetts you have to pay book value on private party purchases no matter the actual purchase amount.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/18/2022 4:58:49 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

In Massachusetts you have to pay book value on private party purchases no matter the actual purchase amount.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/18/2022 4:58:49 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

Save u 650

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:50 PM(UTC-5)

11/18/2022 4:58:50 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

Save u 650

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:58:50 PM(UTC-5)

11/18/2022 4:58:50 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

**Wow. Really. OMG**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:59:13 PM(UTC-5)

11/18/2022 4:59:12 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

**Wow. Really. OMG**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:59:13 PM(UTC-5)

11/18/2022 4:59:12 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipie ▮▮▮ 6609 Junior D (owner)

**If u get bill of sale n write it up as damages. See if it helps u**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:59:46 PM(UTC-5)

11/18/2022 4:59:46 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

---

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

**If u get bill of sale n write it up as damages. See if it helps u**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 4:59:46 PM(UTC-5)

11/18/2022 4:59:46 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Idk. But the notary said he will stamp that also

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:00:21 PM(UTC-5)

11/18/2022 5:00:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Idk. But the notary said he will stamp that also

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:00:21 PM(UTC-5)

11/18/2022 5:00:21 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

In order to save money It would have to go from you to my buddies dealer, then to my dad. Here we pay taxes on whatever the dealer paperwork says. I know mass sucks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:00:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

In order to save money It would have to go from you to my buddies dealer, then to my dad. Here we pay taxes on whatever the dealer paperwork says. I know mass sucks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:00:25 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

**Yeah that blows**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:00:55 PM(UTC-5)

11/18/2022 5:00:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

**Yeah that blows**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:00:55 PM(UTC-5)

11/18/2022 5:00:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

**I'll run it by my father and see what he prefers. We'll get it figured out**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:01:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

**I'll run it by my father and see what he prefers. We'll get it figured out**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:01:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▆▆▆▆▆▆
Recipient: 14133556609 Junior D (owner)

Ur all seet

2 keys
5 yr extended warranty. U need to transfer it
In the back bags I bought luggage inserts

I put on it 2 front tie downs
So thats how u will tie it down. Cant use handle bars

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:15 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▆▆▆▆▆▆
Recipient: 14133556609 Junior D (owner)

Ur all seet

2 keys
5 yr extended warranty. U need to transfer it
In the back bags I bought luggage inserts

I put on it 2 front tie downs
So thats how u will tie it down. Cant use handle bars

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:15 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▆▆▆▆▆▆
Recipie▆▆▆▆▆▆6609 Junior D (owner)

So many extra i did to it.  Lots

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:31 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

So many extra i did to it.  Lots

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:31 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

I will print out all tonight so u can see

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipie    6609 Junior D (owner)

I will print out all tonight so u can see

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:03:53 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

See u tomorrow
Text me if issues

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:04:52 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

See u tomorrow
Text me if issues

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:05:15 PM(UTC-5)

11/18/2022 5:04:52 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮

Ok bro inappropriate you. I'll be pulling up around 10 am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:06:13 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24253538 bytes)

From: 1413▮▮▮▮▮nior D (owner)
Recipient: ▮▮▮▮▮

Ok bro inappropriate you. I'll be pulling up around 10 am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/18/2022 5:06:13 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv :
0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Ok cool. Like I said that notary is will be waiting on us.  I will have all in order

U will need to swing the SiriusXM radio but i will leave it on till u text me that u swing it in ur dad name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:00 PM(UTC-5)

11/18/2022 5:09:47 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

Ok cool. Like I said that notary is will be waiting on us.  I will have all in order

U will need to swing the SiriusXM radio but i will leave it on till u text me that u swing it in ur dad name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:00 PM(UTC-5)

11/18/2022 5:09:47 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

I don't want it off for him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:18 PM(UTC-5)

11/18/2022 5:10:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: 6609 Junior D (owner)

I don't want it off for him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:18 PM(UTC-5)

11/18/2022 5:10:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: 14133556609 Junior D (owner)

All good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:23 PM(UTC-5)

11/18/2022 5:10:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

All good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:10:23 PM(UTC-5)

11/18/2022 5:10:23 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ████████

Ok sweet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 5:10:27 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413████████nior D (owner)
Recipient: ████████

Ok sweet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/18/2022 5:10:27 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:10:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:10:45 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Be safe n be careful

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:11:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipie █████ 6609 Junior D (owner)

Be safe n be careful

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:11:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

On ur way down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:11:36 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▓▓▓▓▓▓▓
Recipient: 14133556609 Junior D (owner)

**On ur way down**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/18/2022 5:12:00 PM(UTC-5)

11/18/2022 5:11:36 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

**Will do. Thanks**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

11/18/2022 5:12:11 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 1413▓▓▓▓▓nior D (owner)
Recipient: ▓▓▓▓▓▓▓

**Will do. Thanks**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

11/18/2022 5:12:11 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

**I'm on the way. Unless we hit traffic we're looking good for 10am**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

11/19/2022 6:31:03 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)





From: 14133556609 Junior D (owner)
Recipient: ███████████

I'm on the way. Unless we hit traffic we're looking good for 10am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

11/19/2022 6:31:03 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)



From: ███████████
Recipie███████6609 Junior D (owner)

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 8:32:12 AM(UTC-5)

11/19/2022 7:39:16 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████████
Recipient: 14133556609 Junior D (owner)

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 8:32:12 AM(UTC-5)

11/19/2022 7:39:16 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████████

10 minutes away

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

11/19/2022 9:39:27 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

10 minutes away

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

11/19/2022 9:39:27 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipie     6609 Junior D (owner)

Ok.

So when you turn on School Street. At the  store  im at top of hill on right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:46:00 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Ok.

So when you turn on School Street. At the  store  im at top of hill on right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:46:00 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

My white Chevy truck is on corner and bike is in front of truck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:46:33 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

My white Chevy truck is on corner and bike is in front of truck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:46:33 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

Lmk when u make it to store n i will walk out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:47:14 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: ████ 6609 Junior D (owner)

Lmk when u make it to store n i will walk out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 9:50:38 AM(UTC-5)

11/19/2022 9:47:14 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413█████ nior D (owner)
Recipient: ████████

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/19/2022 9:50:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████████

I'm here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

11/19/2022 9:50:45 AM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipie        6609 Junior D (owner)

Did you get home safely

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:45 PM(UTC-5)

11/19/2022 5:43:15 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Did you get home safely

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:45 PM(UTC-5)

11/19/2022 5:43:15 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████████
Recipient: 14133556609 Junior D (owner)

Im just wondering.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:45 PM(UTC-5)

11/19/2022 5:43:36 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Im just wondering.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:45 PM(UTC-5)

11/19/2022 5:43:36 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Please lmk when you get time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:55 PM(UTC-5)

11/19/2022 5:43:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipie      6609 Junior D (owner)

Please lmk when you get time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:43:55 PM(UTC-5)

11/19/2022 5:43:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 1413▮▮▮▮▮▮nior D (owner)
Recipient: ▮▮▮▮▮▮▮

Yes we made it back about 3:15. Thanks for checking up!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

11/19/2022 5:44:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮▮

Yes we made it back about 3:15. Thanks for checking up!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

11/19/2022 5:44:42 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv
: 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: ▮▮▮▮▮6609 Junior D (owner)

Great. You guys are very nice and your dad is a very nice person

As well as you.

Cool

Best of luck with bike if you need anything lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:46:19 PM(UTC-5)

11/19/2022 5:46:11 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

Great. You guys are very nice and your dad is a very nice person

As well as you.

Cool

Best of luck with bike if you need anything lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:46:19 PM(UTC-5)

11/19/2022 5:46:11 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Likewise my friend. It was a pleasure doing business. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/19/2022 5:47:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: █████████

Likewise my friend. It was a pleasure doing business. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

11/19/2022 5:47:39 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

What I mean is about that 5 yr warranty. To do transfer. If a problem call me n i will confirm you guys bought it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:49:46 PM(UTC-5)

11/19/2022 5:49:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ████████
Recipient: 14133556609 Junior D (owner)

What I mean is about that 5 yr warranty. To do transfer. If a problem call me n i will confirm you guys bought it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:49:46 PM(UTC-5)

11/19/2022 5:49:18 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████
Recipient: 14133556609 Junior D (owner)

I'll let you know if I dump the truck.

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:49:46 PM(UTC-5)

11/19/2022 5:49:43 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████
Recipient: 14133556609 Junior D (owner)

I'll let you know if I dump the truck.

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 5:49:46 PM(UTC-5)

11/19/2022 5:49:43 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: 14133556609 Junior D (owner)
Recipient: ███████

Emphasized "What I mean is about that 5 yr warranty. To do tra…"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/19/2022 5:49:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ███████

Emphasized "What I mean is about that 5 yr warranty. To do tra…"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

11/19/2022 5:49:55 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok understood. Yea lmk about the truck when you get bored of it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/19/2022 5:50:13 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: 14133556609 Junior D (owner)
Recipient: ▮▮▮▮▮▮

Ok understood. Yea lmk about the truck when you get bored of it.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

11/19/2022 5:50:13 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 6:54:41 PM(UTC-5)

11/19/2022 5:51:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: 14133556609 Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14133556609 Junior D | | | |

**Read:** 11/19/2022 6:54:41 PM(UTC-5)

11/19/2022 5:51:01 PM(UTC-5)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)