September 10, 2024

Dear Judge Sorokin,

Our son Rafael Davila is our first born child. He has always brought happiness and joy into our lives since a baby and now a grown man. He has always been a good son to us. He has always been respectful, responsible and caring to our needs. Growing up he took responsibilities of helping us do chores, wash cars, do trash and many more things.

Rafael has done well in school and has earned his diploma and the love of many teachers and students.

We have always been a close family and still are. We have done vacations, holidays and everything together and he has had a good upbringing and a lot of support.

Rafael is a father of two. He's a great father, they are his number one priority. He made sure that his children were in good health and doing good in school. He attended parents

conferences, family night and trips. He still has contact with them and also does videos. He does the same with us.

I know that he regrets what he did and is apologetic about this situation. We know that he has potential and determination to do better in life and in society. We just hope he has a fair sentencing and that he can be back home sooner than later so that he can be his kids and family again.

We would like to thank you for taking the time to read our letter.

Thank You
mom - Mildred Davila
dad - Rafael Davila Jr.