September 10, 2024

Emily Davila

Dear Judge Sorokin,

My name is Emily Davila, I'm the younger and only sister of Rafael Davila. Only being younger than Rafael by a year we have always been so close and inseparable. Growing up we had the best childhood, he would build things like once he built a go kart and let me be the test driver. Its one of my favorite memories. He even built a double bike and we rode it through the park we grew up by. I was a tomboy until the age of about 14 because I wanted to be just like him. He brought me everywhere with him. We had our own rooms and I would still stay in his room because I always wanted to be with my big brother.

He taught me self respect and morals. I'm always complemented on how well I carry myself and I owe that to him. I know that he made a big mistake and I also believe his crimes have to be answered for, but I also hope I don't have to loose another brother for a long time. Unfortunately the youngest of us 4 passed away a few years ago in a car accident. Right now I'm the only one left.

The thing I really want to mention is that his crimes were non violent and that he has a strong work history and when given the opportunity to come home I know he won't ever make the same mistake. He can use his skills to do the right thing and I know he will build a beautiful life for him and his kids. He's truly an amazing dad and has never up until this moment missed a second of their lives or a milestone. I printed a few photos so you could see how much they mean to him. Being away from them has already impacted the kids so much, they really need their dad, I'm afraid of how this can further impact them as time goes on. He's already extremely remorseful and he understands the magnitude of hurt this has already caused for our family and the inconvenience it caused for those

who were impacted. I truly miss my brothers and I miss seeing my parents happy. Thank you so much for reading this letter and for your time. It means a lot.

Sincerely, Emily Davila.