

September 10, 2024

Dear Judge Sorokin,

I am the ex-girlfriend of Rafael Davila, whom I've known for about 11 years. The purpose of this letter is to vouch for his character and integrity in my time knowing him. I hope I can provide you with a better picture of the person he truly is.

Over the course of our relationship, Rafael has demonstrated to me that he takes pride in being the provider and protector for his family. He took on the role of being a step-father to my two children, so gracefully. My children were ages 3 and 7 at the time that I met him, to this day, (now 15 and 18 years old), we appreciate and love him dearly.

Throughout the years, Rafael demonstrated that he is a devoted father, son, brother, and partner to me. A person that in the lowest of my moments, I could always count on to be there. He demonstrated a strong work ethic. From the very beginning of our relationship, he's been working hard to meet his duties as the provider. The qualities he possesses are what makes him stand out from many others. He is driven, generous, loving, the kind of person that connects with people easily. He's a very reliable, and relatable person, who has demonstrated what a great friend he is time and time again. The person who others call when they need assistance, or help with tasks of all kind. He is well rounded, and smart, though we can agree with recent events, he didn't always make the best choices.

Very early on in our relationship, with his hard work and generosity, he provided my mother with a car, a gesture that has been appreciated so much and still, to this day, it is the vehicle that gets her around. When our children needed anything, we could count on him. When I was in need of help with my utilities, he was there to provide. If I had a broken or malfunctioning appliance, he would repair it. If my car was broken down on the side of the road, being in a relationship or not, he was there. He taught my son how to use a lawn mower, how to ride his first dirt bike. His skills and hands-on experience has influenced my son to pursue a path in automotive technology. He taught my daughter valuable life skills, such as what it takes to start a business. He took my kids and I on our first camping trip, and many other memories I hold dear to my heart. At the front of all his lectures to our kids, he regularly expressed how important it was to prioritize their education and have good conduct. It is what he finds most important to discuss with them. Like many other couples, we had our share of problems in our relationship, however, I have and will always support him and feel grateful to have him in mine and my children's lives.

I appreciate your time and attention to reading this letter.

Respectfully,

Loryann Olivieri