Veronica Diaz



I have known Rafy Davila from the age of 5 years old, to put things in perspective I will be turning 35 this year in October. I have known Raphie whom I call Junior the majority of my life.

The Davila family lived/still lives across the street from my family home. The year Junior and his younger sister Emily and I met we were inseparable. Emily and I became the closest of friends while Junior being the big brother allowed us to tag along his adventures from an early age. We would ride our bicycles through Forest Park, swim, play in the snow, make up silly childhood games...in this era of time we didn't have tablets/phones etc so everything was strictly based on imagination.

As we all got older the continuance of adventures never strayed. Junior considered me as much as a little sister as he did Emily. He was very protective of his siblings and would teach us how to defend ourselves, he would stand up for us and teach us new things. He very much carried on the protective role big brothers do.

We watched each other grow up between our very eyes. I watched Junior become a wonderful dad of two. Junior in fact had children with one of my cousins, making our families even closer. Watching Junior become a father is probably my favorite chapter of our lives. Although we were young when he first became a father to Alani, he took on that role with pride and no hesitations. No matter what life tribulations brought, Junior put his children first always.

I could write a novel on how important and what great impact it was growing up across the street from Emily and Junior... the whole Davila family. They are my second family, my second home. Junior was raised by two parents who are the most giving and loving people I know. Passing that trait along to their children. To know this family is to love them.

Junior has a big heart, he will put others before himself and that has not always put him in the best positions. His current actions have put him in a position where we all suffer. Actions do have consequences, yes... however to take away a father, a brother and son who provides so much to the family in so many ways for such a long time in this short life is also putting everyone through this terrible sentence.

I hope this brief insight I have provided shows you a piece of Juniors heart and how much he is loved and cared for because of the person he is.

I stand by my words and willing to stand in a court room as a character witness if needed.

Sincerely,

*Veronica Diaz*
Veronica Diaz