9/12/2024

Hello, Judge Sorokin,

My name is Collins Akharoh, and I am a PMP certified Construction Project Manager in the city of Wilmington, Delaware and a master's graduate of Northeastern University.

I am an old friend of Rafael Davila.

I have known Rafael Davila for over a decade, stemming from high school and throughout my college career. In writing this character reference letter, I understand what Mr. Davila has been charged with and I do believe he understands the circumstances of his actions and has come to terms with them. I do believe he is regretful of his actions and would choose a different path, in retrospect.

Even at the age of 18, I understood the potential Mr. Davila had and we quickly became friends in the city of Springfield, MA. Till this day, I attribute Mr. Davila with the knowledge I have around vehicles and car maintenance. That was what we did with most of our time, as we bonded around vehicles.

With time, I came to understand that Mr. Davila also cared immensely for his family and for providing for them. I do believe that Mr. Davila is a victim of his environment and circumstances, living in a tough city with few opportunities to make a difference in his life. While this is no excuse, I do believe it can be a consideration in his sentencing.

Till this day, I still see the potential Mr. Davila has, to turn his life around and I believe he will do just that. Mr. Davila is enterprising, a natural leader and highly capable. I reserve faith that he will seek education and enroll in any program that will better serve him and society upon his release.

Sincerely,

Collins Akharoh

