

September 10, 2024

To whom it may concern,

My name is Nyla Maye, I am 18 years old and wanted to write this letter to shine some light on the person that Rafael Davila is to me. I have known Rafael since I was seven years old. Since then, I grew very close to him. I view and respect him as my father figure. He took on that role, and I feel grateful to him for that.

Rafael has provided financial and emotional support for me and my brother… as well as my mom. He always ensured we had what we needed and many times what we wanted. I adopted my first pet because of him. Although my mom was not up for me having a pet, he vouched for me and helped me adopt my rabbit. That was a very meaningful moment for me. We really miss him a lot.

Although he is away right now, I'm grateful that I can continue communication with him and even with all that's happened, he's still able to be a person I can talk to when I'm feeling sad or going through troubles in life. He has always been a person to guide me and provide me with resources when needed. I continue to count on him for advice, like starting a business for example.

I graduated high school as a junior last year and was saddened by his absence, especially knowing how important it was for him that we all graduate. I will hold on to all the things he's kept us safe from, all the lessons he's instilled in us, and the memories we've shared. On behalf of me and my brother, we hope the court sees that he is loved and he is missed very much.

Sincerely,

*Nyla Maye*
Nyla Maye