Dear Judge Sorokin,

My name is Mason Villanueva   I am Rafael Davilas nephew and he is a great uncle to me. He would always help out when he could and when my parents would work he would take me to fun activities with him and my cousins, which are his kids. I've had lots of memories with him and his case impacted me a lot, I would also go out to eat with him and my dad a lot and that is what we did the night before the police took him from me and my family. My dad was always close with him as well and they still have a strong bond which has affected my dad as well. My uncle is important to lots of people and I would hate to have to be away from him, I hope you understand.