To the Honorable Judge Sorokin,

Harry Tam here, hoping that this letter of support may shed some light on Mr. Rafael Davila.

Rafael is an engaged member of the B.O.S.S. men's group. Before his participation in the group, I must admit that I did not really know Rafael much at all. I really did not know what to expect out of him when he started showing up to the weekly meetings. However, as Rafael began to settle in and get acclimated to our objectives — I started to see he was truly dedicated to learning and grasping the concepts of the group. Rafael constantly submits well thought out and thorough work. He gives insightful discussion. You can see the genuine effort he makes in his writing and deep reflection. Not once has he ever asked if participation in the group would "help him with court." It has seemed to me that he has been authentic, and take accountability for his wrong doings. After facilitating these groups for several months, it becomes clear which ones are serious and committed to self-betterment versus those who are not. Mr. Rafael Davila is one I can definitely put amongst those who are genuinely putting in the hard work.

Furthermore, I want to say that I have personally observed Rafael making effort to stay away from the negativity and shenanigans that happen in these environments. He has become a source of information and wisdom for those who seek to know more about cars, automotive repair, creativity, and general business, entrepreneurship, & legitimate (legal of course). He seems to take pride in talking about these specific subjects and it's not hard to imagine him finding success doing these things upon his release. I also want

to note that Rafael is one of the generous and caring individuals that like to help others. I have personally witnessed him giving freely to those in need and trying to cheer up those who are feeling down. Believe it or not, those kinds of things go a long way in places like this. Rafael does so without expectations of a return or debt to be repaid.

I am aware that the system is designed to give up on those with "lengthy criminal histories" because the faith in rehabilitation has been lost. I do not agree with this way, especially in the case of someone such as Rafael. On the contrary, I believe he has shown that he does have the capacity to learn and change still — and with some further help and guidance, can still do positive things in the future and in the community. It is my hopes that your Honor will agree.

Sincerely yours,

Harry Tan 7c5c050?