# B.O.S.S.
## RESTORATIVE JUSTICE GROUP

Building on Self Substance (B.O.S.S) is a men's group aimed at achieving "Restorative Justice". This men's group is inspired by R.I.S.E. (RJ) – a pilot program spearheaded by 1st circuit Federal Judge Sorokin, and facilitated by members of the AUSA, US Probation, Federal Public Defenders office, and Victim's Advocate groups. Our group is a continuation of these efforts of the R.I.S.E. (RJ) program, in hopes of furthering the growth and progress of the ethics, lessons, and values learned from the "Restorative Justice" process.

B.O.S.S. is a voluntary group of detainees who will meet several times a week to discuss topics related to restorative justice. It is started by a former participant of the R.I.S.E. (RJ) program. These groups will include short assignments, group discussions, and working together in teams to seek opportunities for growth, healing, and teaching one another. Through this process, it is our goal to become better selves and give back to our communities. – (H.Tam)

I, _Rafael Davila_, agree to participate in this group. In doing so, I also agree to put in honest effort, respect all members of the group, and make a commitment to contribute. I understand that real change begins with ME, and I choose to do so NOW. And together, we can make a difference towards REAL restorative justice. Date: _10-15-23_

| Date | Topic/Subject | Secretary | Co-Chairman | Chairman |
|---|---|---|---|---|
| 10/18/23 | Authenticity | Anatoly Braylov | Doyal Kalita | Harry Tam |
| 10/25/23 | Creating Miracles | Anatoly Braylow | Doyal Kalita | Harry Tam |
| 12/6/23 | Rumination | Anatoly Braylov | Doyal Kalita | Harry Tam |
| 12/13/23 | Pit stop | Anatoly Braylov | Doyal Kalita | Harry Tam |
| 12/20/23 | Believe in Yourself | Anatoly Braylovsky | Doyal Kalita | Harry Tam |
| 12/27/23 | Group Challenge - faith | Anatoly Braylovsk | Doyal Kalita | Harry Tam |
| 1/3/24 | ~~~~ Surrender | Anatoly Braylovsk | Doyal Kalita | Harry Tam |
| 1/17/24 | Being Present | Anatoly Braylovsky | Doyal Kalita | Harry Tam |
| 1/24/24 | Are You A SLAVE? | Anatoly Braylovsh | Doyal Kalita | Harry Tam |
| 2/7/24 | What is Faith? | Anatoly Braylovsh | Doyal Kalita | Harry Tam |
| 2/14/24 | Choosing Friends | Anatoly Braylov | Doyal Kalita | Harry Tam |
| 2/28/24 | Superbrain | Anatoly Braylovsky | Doyal Kalita | Harry Tam |
| 3/6/24 | Aspirations | Anatoly Braylovsky | Doyal Kalita | Harry Tam |
| 3/13/24 | Group Challenge - Retirement | Anatoly Braylovsy | Doyal Kalita | Harry Tam |
| 3/20/24 | Overcoming Depression (without Drugs) | Rafael Davila | Doyal Kalita | Anatoly Braylovsky |
| 3/27/24 | Disrespect | Rafael Davila | Doyal Kalita | Anatoly Braylovsky |
| 4/10/24 | Dehumanization of Loss | Rafael Davila | Doyal Kalita | Anatoly Braylovsky |
| 4/17/24 | The pain of Taking Responsibility | Rafael Davila | Doyal Kalita | Anatoly Braylovsky |
| 5/1/24 | MAPS | Rafael Davila | Doyal Kalita | Anatoly Braylovsky |

# B.O.S.S.
## RESTORATIVE JUSTICE GROUP

Building on Self Substance (B.O.S.S) is a men's group aimed at achieving "Restorative Justice". This men's group is inspired by R.I.S.E. (RJ) — a pilot program spearheaded by 1st circuit Federal Judge Sorokin, and facilitated by members of the AUSA, US Probation, Federal Public Defenders office, and Victim's Advocate groups. Our group is a continuation of these efforts of the R.I.S.E. (RJ) program, in hopes of furthering the growth and progress of the ethics, lessons, and values learned from the "Restorative Justice" process.

B.O.S.S. is a voluntary group of detainees who will meet several times a week to discuss topics related to restorative justice. It is started by a former participant of the R.I.S.E. (RJ) program. These groups will include short assignments, group discussions, and working together in teams to seek opportunities for growth, healing, and teaching one another. Through this process, it is our goal to become better selves and give back to our communities. — (H.Tam)

I, _Rafael Davila_ , agree to participate in this group. In doing so, I also agree to put in honest effort, respect all members of the group, and make a commitment to contribute. I understand that real change begins with ME, and I choose to do so NOW. And together, we can make a difference towards REAL restorative justice. Date: _10/15/23_

| Date | Topic/Subject | Secretary | Co-Chairman | Chairman |
|---|---|---|---|---|
| 5/8/24 | Fatherhood | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsky |
| 5/15/24 | Gift of Giving | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsky |
| 5/22/24 | Rage | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsky |
| 5/29/24 | The Four Agreements | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsky |
| 6/5/24 | Mentoring | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsk |
| 6/12/24 | Devaluation | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsky |
| 6/19/24 | Community | Onyxbow Wisdom | Doyal Kalita | Anatoly Braylovsk |