# CERTIFICATE *of* COMPLETION

PRESENTED TO

## RAFAEL DAVILA
(53637-510)

HAS SUCCESSFULLY COMPLETED THE

### *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
March 2024

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## RAFAEL DAVILA

(53637-510)

HAS SUCCESSFULLY COMPLETED THE

## *Living with Others*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
March 2024

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## RAFAEL DAVILA
### (53637-510)

HAS SUCCESSFULLY COMPLETED THE

## *Rational Thinking*

At The Donald W. Wyatt Detention Facility



_____
L. Jimenez
Programs Director
March 2024

# CERTIFICATE of COMPLETION

PRESENTED TO

## RAFAEL DAVILA
(53637-510)

HAS SUCCESSFULLY COMPLETED THE

### *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director
March 2024