# Transcript for RAFAEL DAVILA

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Jun 15, 2023 | Jun 15, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jun 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Jun 15, 2023 | Jun 15, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jun 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Jun 16, 2023 | Jun 16, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jun 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Jun 21, 2023 | Jun 21, 2023 | 0.2 | 2.00 | Passed | 100 | - | Jun 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Nov 15, 2023 | Nov 15, 2023 | 0.03 | 0.34 | Passed | 80 | - | Nov 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Americans With Disabilities Act and Transition Plans | E-Learning Course | Nov 15, 2023 | Nov 15, 2023 | 0 | 1.00 | Passed | 0 | - | Nov 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Jun 16, 2023 | Jun 17, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jun 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Nov 15, 2023 | Nov 16, 2023 | 0.08 | 0.75 | Passed | 0 | - | Nov 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jun 22, 2023 | Jun 28, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jun 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming a World Famous Mentor | E-Learning Course | Nov 15, 2023 | Nov 15, 2023 | 0 | 1.00 | Passed | 0 | - | Nov 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming Tech Savvy | E-Learning Course | Jun 29, 2023 | Jun 29, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Jun 29, 2023 | Jun 29, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Jun 29, 2023 | Jun 29, 2023 | 0.1 | 1.00 | Passed | 88 | - | Jun 29, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Blended Learning | E-Learning Course | Nov 16, 2023 | Nov 16, 2023 | 0 | 1.00 | Passed | 0 | - | Nov 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Nov 18, 2023 | Nov 18, 2023 | 0.1 | 1.00 | Passed | 90 | 75 | Nov 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Jul 3, 2023 | Jul 3, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 3, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bystander Intervention Training | E-Learning Course | Nov 18, 2023 | Nov 18, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Managers, Supervisors, and Salaried Employees (Corrections) | E-Learning Course | Nov 20, 2023 | Nov 20, 2023 | 0.2 | 2.00 | Passed | 100 | - | Nov 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Team Members (Corrections) | E-Learning Course | Nov 22, 2023 | Nov 22, 2023 | 0.1 | 1.00 | Passed | 100 | 0 | Nov 22, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Team Members (Spanish) (Corrections) | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | Jul 3, 2023 | Sep 20, 2023 | 0.2 | 2.00 | Passed | 80 | - | Sep 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | Oct 10, 2023 | Oct 10, 2023 | 0.1 | 1.00 | Passed | 100 | - | Oct 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Nov 23, 2023 | Nov 23, 2023 | 0.15 | 1.50 | Passed | 100 | 80 | Nov 23, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Combating Sexual Harassment in the Workplace (Corrections) | E-Learning Course | Nov 24, 2023 | Nov 24, 2023 | 0.1 | 1.00 | Passed | 0 | - | Nov 24, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conducting World Class Employee Investigations | E-Learning Course | Nov 25, 2023 | Nov 25, 2023 | 0 | 1.00 | Passed | 0 | - | Nov 25, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest (Corrections) | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | 0.1 | 1.00 | Passed | 100 | - | Dec 2, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | * | * | Passed | 100 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creating a World Famous Culture in your Workplace | E-Learning Course | Dec 2, 2023 | Dec 6, 2023 | 0 | 1.00 | Passed | 0 | - | Dec 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creating a World Famous Employee Communications Strategy | E-Learning Course | Dec 8, 2023 | Dec 8, 2023 | 0 | 1.00 | Passed | 0 | - | Dec 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creating and Implementing an Effective Strategic Plan for Your Organization | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creatively Implementing a 360 Program on a Budget | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cultural Competence (Corrections) | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0.03 | 0.33 | Passed | 0 | - | Dec 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Get in the Herd - Recovery Podcast - Mandie Brando | E-Learning Course | Mar 6, 2024 | Mar 7, 2024 | 0 | 1.00 | Complete | - | 0 | Mar 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Information Security Awareness (Dept. of Health and Human Services) | E-Learning Course | Dec 14, 2023 | Dec 14, 2023 | 0.03 | 0.25 | Complete | 0 | - | Dec 14, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Labor Law Round Up | E-Learning Course | Dec 14, 2023 | Dec 14, 2023 | 0 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 11 | E-Learning Course | Mar 6, 2024 | Mar 6, 2024 | 0 | 0.00 | Passed | 86 | 70 | Mar 6, 2024 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Planning for Emergencies (Corrections) | E-Learning Course | Jun 16, 2023 | Jun 21, 2023 | 0.05 | 0.50 | Complete | 0 | - | Jun 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida Magazine - Issue 1, April 2023 | E-Learning Course | Mar 6, 2024 | Mar 6, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 00-Viapath Introduction | E-Learning Course | Mar 7, 2024 | Mar 7, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 01 - Interview With Bizzle | E-Learning Course | Mar 7, 2024 | Mar 7, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 02 - Interview With Band Revees | E-Learning Course | Mar 30, 2024 | Mar 30, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 02 - Interview With Band Revees | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 03 - What's Holding You Back | E-Learning Course | Mar 30, 2024 | Mar 30, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 03 - What's Holding You Back | E-Learning Course | Jun 5, 2024 | Jun 5, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 03 - What's Holding You Back | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 04 - Music Time! | E-Learning Course | Jun 5, 2024 | Jun 5, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real Vida TV: 20 - Shook | E-Learning Course | Mar 4, 2024 | Mar 4, 2024 | 0 | 0.00 | Complete | - | 0 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |