# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

January 11, 2024

Attorney Scott Lauer
Federal Public Defender Office
51 Sleeper St. 5th Floor
Boston, MA  02210

Re:    Davila, Rafael
       D.O.B    9/8/1988
       USMS#    53637-510

Dear Attorney Lauer:

Please be advised, Mr. Davila was received at the Donald W. Wyatt Detention Facility on April 12, 2023. He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Davila has assisted with painting in the Unit as needed.

Mr. Davila has been disciplinary infraction free.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

M. Nessinger
Warden

MN/ab