UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 23-cr-10127-LTS |
| | ) | |
| RAFAEL DAVILA | ) | |

**ASSENTED-TO MOTION TO ACCEPT SENTENCING MEMORANDUM
AS TIMELY FILED**

The Defendant's sentencing memorandum was due to be filed yesterday (Sept. 23, 2024). ECF #287.  Undersigned counsel met with the Defendant last Friday and received a large amount of documents to review and incorporate into the sentencing memorandum.  As a result, undersigned counsel was unable to finalize the memorandum until this morning.  Accordingly, the Defendant moves for the Court to accept his sentencing memorandum and attachments, being filed forthwith, as timely filed.

Counsel for the government assents to this motion.

Respectfully submitted,
RAFAEL DAVILA
By his Attorney,

*/s/ Scott Lauer*
Scott Lauer, BBO# 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Telephone 617-223-8061

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 24, 2024.

                                               */s/ Scott Lauer*
                                               Scott Lauer