UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 23-cr-10127-LTS |
| ) | |
| RAFAEL DAVILA ) | |

## DEFENDANT'S NOTICE OF EXHIBITS AS TO FORFEITURE

To the extent that the Court may require evidence in resolving contested issues of forfeiture, the Defendant submits the following exhibits under Fed. R. Crim. P. 32.2(b)(1)(B):[1]

(1) *Keybank Statements (May 2020 – April 2021):* copies of Mr. Davila's Keybank Statements reflect large deposits of CARES Act stimulus funds. By undersigned counsel's calculation, Mr. Davila received $37,963 in CARES Act funding during this period. These payments weaken the government's argument that because Mr. Davila was unemployed through 2020 and 2021, any purchases of contested assets must necessarily have been financed through the proceeds of catalytic converter theft.

(2) *Dated Screenshots of Various Contested Assets:* offered for the purpose of demonstrating Mr. Davila's acquisition of certain assets in 2020 & 2021, prior to the charged conduct, and further rebutting certain representations of CW-1. *See* ECF #273-1.

   a.   10/11/20 Screenshot of Davila w/ Red Suzuki;

   b.   1/22/21 Screenshot of Davila w/ Red Suzuki;

---

[1] Because the Court has not yet resolved the Defendant's objection to forfeiture on the grounds that forfeiture is limited to assets acquired prior to the charged conduct, it is not yet clear whether a hearing under 32.2(b)(1)(B) will be necessary.

    c. 7/2/21 Screenshot of green dirt bike in Davila's basement (also depicts Red Suzuki);

    d. 8/31/21 Screenshot of Orange Honda, Blue/Silver Sherco, Red Suzuki in Davila's basement.

Respectfully submitted,
*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
617-223-8061 (phone)
617-223-8080 (fax)

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2024.

*/s/ Scott Lauer*
Scott Lauer