Case 1:23-cr-10127-LTS    Document 292-2    Filed 09/30/24    Page 1 of 1

