UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAEL DAVILA<br><br>Defendants | CRIMINAL No. 23-CR-10127-LTS |

**EXHIBITS**

The government files the following exhibits.

Exhibit 1 is a new article discussing the Food Pantry being struck by the Defendant. The food truck is visible and its signage is depicted in a photograph.

Exhibit 2 is a text message conversation between the Defendant and a Connecticut core buyer, believed to be Alexander Kolitsas, who was charged in the related case from District of Connecticut. The time frame of this conversation is April 2020, through March 2021, and numerous converters are discussed along with prices and deliveries. In the conversation, the Defendant and his two other conspirators are referenced, along with the deceased conspirator, "Bebo." See p. 19 ("My boy that was with me driving the dually asked me if he could get your number. He's with his brother and they have a bunch of random ones."). Kolitsas indicates that the Defendant and his two conspirators will not need to sell their converters to the Rhode Island core buyer. See p. 17 ("If you guys want to sell I can do the $900. On the rest and I'll take the half also. Lmk thanks. You don't have to go to accurate nomore."). Additionally, Jose Torres is referenced by the core buyer as a mutual acquaintance and Torres is the one who informs Kolitsas about the death of Bebo. See p. 27 ("Sad. I was just thinking about y'all and was going to hit Bebo up to see how he was doing. I spoke to Goldo and he told me."). Kolitsas describes how prolific

2

they were, and states, "I use to call you guys the stick boys," "Never seeing so manny sticks in my life lol. My prayers go out to y'all b safe out there tomorrow is not promised."

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By:   */s/ Philip A. Mallard*
　　　Philip A. Mallard
　　　Assistant United States Attorney

**CERTIFICATE OF SERVICE**

　　　I, Philip A. Mallard, hereby certify that this motion will be filed with the clerk by email, and a copy will be sent to counsel of record for the Defendant, Attorney Scott Lauer via email.

Date:   October 1, 2024　　　　　　　　　*/s/ Philip A. Mallard*
　　　　　　　　　　　　　　　　　　　　Philip A. Mallard
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney