



## Extraction Report - iCloud Warrant Return

---

## Chats (1)

---

## Apple iCloud Backup (1)

| # | | Deleted |
|---|---|---|
| 1 | **Number of attachments:** 0<br>**Source:** Apple iCloud Backup<br>**Source file:** 1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)<br>**Body file:** chat-1.txt<br><br>Participants:<br><br><br><br>**Identifier:** iMessage;-;+ | |



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Can you be down before 6

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:17:52 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Can you be down before 6

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:17:52 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

107 Hallett st Bridgeport ct 06608

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:39:16 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

107 Hallett st Bridgeport ct 06608

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:39:16 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Lmk when your 30 minutes out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:39:35 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Lmk when your 30 minutes out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:16:24 PM(UTC-4)

4/1/2020 5:39:35 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ████

I can't be there till 7. Can you work with that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | | | |

**Delivered:** 4/1/2020 6:18:22 PM(UTC-4)

4/1/2020 6:18:21 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████ Junior D (owner)
Recipient: ████

I can't be there till 7. Can you work with that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | | | |

**Delivered:** 4/1/2020 6:18:22 PM(UTC-4)

4/1/2020 6:18:21 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ████
Recipient: ████ Junior D (owner)

It's tough.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:37 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ████
Recipient: ████ Junior D (owner)

It's tough.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:37 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

Not really.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:42 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

Not really.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:42 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

6.30 probably the latest

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:57 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

6.30 probably the latest

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:05 PM(UTC-4)

4/1/2020 6:18:57 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

I'm have to get rid off what I have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:16 PM(UTC-4)

4/1/2020 6:19:15 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

I'm have to get rid off what I have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:16 PM(UTC-4)

4/1/2020 6:19:15 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: Junior D (owner)

The prices going to drop more tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:26 PM(UTC-4)

4/1/2020 6:19:25 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

The prices going to drop more tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 6:19:26 PM(UTC-4)

4/1/2020 6:19:25 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 
Recipient: Junior D (owner)

Tomorrow I can't do 9 on those

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Junior D | | | |

**Read:** 4/1/2020 6:20:09 PM(UTC-4)

4/1/2020 6:19:47 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 
Recipient: Junior D (owner)

Tomorrow I can't do 9 on those

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Junior D | | | |

**Read:** 4/1/2020 6:20:09 PM(UTC-4)

4/1/2020 6:19:47 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: 
Recipient: Junior D (owner)

It will b less

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Junior D | | | |

**Read:** 4/1/2020 6:20:09 PM(UTC-4)

4/1/2020 6:19:56 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: Junior D (owner)
Recipient: Junior D (owner)

It will b less

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Junior D | | | |

**Read:** 4/1/2020 6:20:09 PM(UTC-4)

4/1/2020 6:19:56 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇
Recipient: ▇▇▇▇▇▇▇ Junior D (owner)

**What's holding you up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Junior D | | | |

**Read:** 4/1/2020 6:20:15 PM(UTC-4)

4/1/2020 6:20:14 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

**What's holding you up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Junior D | | | |

**Read:** 4/1/2020 6:20:15 PM(UTC-4)

4/1/2020 6:20:14 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

**My eta is 6:40**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ | | | |

**Delivered:** 4/1/2020 6:20:18 PM(UTC-4)

4/1/2020 6:20:18 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇

**My eta is 6:40**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ | | | |

**Delivered:** 4/1/2020 6:20:18 PM(UTC-4)

4/1/2020 6:20:18 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮▮▮ Junior D (owner)

**Are you on your way**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:20:34 PM(UTC-4)

4/1/2020 6:20:34 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮▮▮ Junior D (owner)

**Are you on your way**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:20:34 PM(UTC-4)

4/1/2020 6:20:34 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

**I have everything at my boys moms house. Just just pulled up when I text you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 6:20:43 PM(UTC-4)

4/1/2020 6:20:43 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: ▮▮▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮▮▮

**I have everything at my boys moms house. Just just pulled up when I text you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 6:20:43 PM(UTC-4)

4/1/2020 6:20:43 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: ███████████ Junior D (owner)
Recipient: ███████████

6.40 I'll b here waiting please no later

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/1/2020 6:21:00 PM(UTC-4)

4/1/2020 6:20:59 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████████ Junior D (owner)
Recipient: ███████████

6.40 I'll b here waiting please no later

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/1/2020 6:21:00 PM(UTC-4)

4/1/2020 6:20:59 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████████ Junior D (owner)
Recipient: ███████████

I'm sitting in the car ready to go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/1/2020 6:21:02 PM(UTC-4)

4/1/2020 6:21:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████████ Junior D (owner)
Recipient: ███████████

I'm sitting in the car ready to go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/1/2020 6:21:02 PM(UTC-4)

4/1/2020 6:21:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Ok I'm on the way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 6:21:09 PM(UTC-4)

4/1/2020 6:21:09 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Ok I'm on the way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 6:21:09 PM(UTC-4)

4/1/2020 6:21:09 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:21:12 PM(UTC-4)

4/1/2020 6:21:12 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 6:21:12 PM(UTC-4)

4/1/2020 6:21:12 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮

**20 min away**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 7:22:21 PM(UTC-4)

4/1/2020 7:21:54 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮

**20 min away**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 7:22:21 PM(UTC-4)

4/1/2020 7:21:54 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮ Junior D (owner)

**Ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 7:22:43 PM(UTC-4)

4/1/2020 7:22:40 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮ Junior D (owner)

**Ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 7:22:43 PM(UTC-4)

4/1/2020 7:22:40 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: [redacted] Junior D (owner)
Recipient: [redacted]

Here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Delivered:** 4/1/2020 7:45:30 PM(UTC-4)

4/1/2020 7:45:29 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: [redacted] Junior D (owner)
Recipient: [redacted]

Here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Delivered:** 4/1/2020 7:45:30 PM(UTC-4)

4/1/2020 7:45:29 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: [redacted]
Recipient: [redacted] Junior D (owner)

You'll have to bring them tonight if you guys want the $900. Each he said

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Junior D | | | |

**Read:** 4/1/2020 8:05:20 PM(UTC-4)

4/1/2020 8:04:45 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: [redacted]
Recipient: [redacted] Junior D (owner)

You'll have to bring them tonight if you guys want the $900. Each he said

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Junior D | | | |

**Read:** 4/1/2020 8:05:20 PM(UTC-4)

4/1/2020 8:04:45 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: [redacted]
Recipient: [redacted] Junior D (owner)

He can't honor the price tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Junior D | | | |

**Read:** 4/1/2020 8:05:33 PM(UTC-4)

4/1/2020 8:05:33 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: [redacted]
Recipient: [redacted] Junior D (owner)

He can't honor the price tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Junior D | | | |

**Read:** 4/1/2020 8:05:33 PM(UTC-4)

4/1/2020 8:05:33 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: [redacted] Junior D (owner)
Recipient: [redacted]

No sweat bro. We gonna sit tight tonight and cross our fingers on this market

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Delivered:** 4/1/2020 8:05:51 PM(UTC-4)

4/1/2020 8:05:51 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: [redacted] Junior D (owner)
Recipient: [redacted]

No sweat bro. We gonna sit tight tonight and cross our fingers on this market

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Delivered:** 4/1/2020 8:05:51 PM(UTC-4)

4/1/2020 8:05:51 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size:
24253538 bytes)



From: ███████
Recipient: ███████ Junior D (owner)

Or hold them for a couple weeks and hopefully the working moved

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/1/2020 8:06:02 PM(UTC-4)

4/1/2020 8:06:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ███████
Recipient: ███████ Junior D (owner)

Or hold them for a couple weeks and hopefully the working moved

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/1/2020 8:06:02 PM(UTC-4)

4/1/2020 8:06:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ███████

You'll be seeing more of us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/1/2020 8:06:03 PM(UTC-4)

4/1/2020 8:06:03 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████ Junior D (owner)
Recipient: ███████

You'll be seeing more of us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/1/2020 8:06:03 PM(UTC-4)

4/1/2020 8:06:03 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Moves

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 8:06:08 PM(UTC-4)

4/1/2020 8:06:07 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Moves

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/1/2020 8:06:08 PM(UTC-4)

4/1/2020 8:06:07 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

It will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 8:06:25 PM(UTC-4)

4/1/2020 8:06:25 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

It will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/1/2020 8:06:25 PM(UTC-4)

4/1/2020 8:06:25 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 8:06:52 PM(UTC-4)

4/1/2020 8:06:34 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

No

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 8:06:52 PM(UTC-4)

4/1/2020 8:06:34 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

Np

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 8:06:52 PM(UTC-4)

4/1/2020 8:06:36 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: Junior D (owner)

Np

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Junior D | | | |

**Read:** 4/1/2020 8:06:52 PM(UTC-4)

4/1/2020 8:06:36 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

If you guys want to sell I can do the $900. On the rest and I'll take the half also. Lmk thanks. You don't have to go to accurate nomore.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/2/2020 12:22:58 AM(UTC-4)

4/2/2020 12:16:15 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

If you guys want to sell I can do the $900. On the rest and I'll take the half also. Lmk thanks. You don't have to go to accurate nomore.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/2/2020 12:22:58 AM(UTC-4)

4/2/2020 12:16:15 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ IJunior D (owner)
Recipient: ▮▮▮▮▮

Thank you! I appreciate that! I'll see you again very soon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/2/2020 12:23:43 AM(UTC-4)

4/2/2020 12:23:42 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮ IJunior D (owner)
Recipient: ▮▮▮▮▮

Thank you! I appreciate that! I'll see you again very soon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/2/2020 12:23:43 AM(UTC-4)

4/2/2020 12:23:42 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ███████

Np, I'm going to take care of y'all from here on out.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/2/2020 12:24:17 AM(UTC-4)

4/2/2020 12:24:14 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ███████ Junior D (owner)
Recipient: ███████

Np, I'm going to take care of y'all from here on out.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Junior D | | | |

**Read:** 4/2/2020 12:24:17 AM(UTC-4)

4/2/2020 12:24:14 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ███████

Sounds good my friend. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/2/2020 12:24:37 AM(UTC-4)

4/2/2020 12:24:37 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ███████

Sounds good my friend. Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Delivered:** 4/2/2020 12:24:37 AM(UTC-4)

4/2/2020 12:24:37 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Your welcome

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/2/2020 12:24:54 AM(UTC-4)

4/2/2020 12:24:51 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Your welcome

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/2/2020 12:24:54 AM(UTC-4)

4/2/2020 12:24:51 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

My boy that was with me driving the dually asked me if he could get your number. He's with his brother and they have a bunch of random ones

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Delivered:** 4/3/2020 11:27:04 AM(UTC-4)

4/3/2020 11:27:02 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

My boy that was with me driving the dually asked me if he could get your number. He's with his brother and they have a bunch of random ones

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Delivered:** 4/3/2020 11:27:04 AM(UTC-4)

4/3/2020 11:27:02 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Of course

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

Read: 4/3/2020 11:33:30 AM(UTC-4)

4/3/2020 11:33:07 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Of course

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

Read: 4/3/2020 11:33:30 AM(UTC-4)

4/3/2020 11:33:07 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I'm going make sure y'all get the best numbers I can give yous.  You guys don't have to go to accurate nomore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

Read: 4/3/2020 11:34:09 AM(UTC-4)

4/3/2020 11:34:01 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I'm going make sure y'all get the best numbers I can give yous.  You guys don't have to go to accurate nomore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

Read: 4/3/2020 11:34:09 AM(UTC-4)

4/3/2020 11:34:01 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▉▉▉▉▉▉ Junior D (owner)
Recipient: ▉▉▉▉▉▉

Thanks bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ | | | |

**Delivered:** 4/3/2020 11:34:17 AM(UTC-4)

4/3/2020 11:34:17 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▉▉▉▉▉▉ Junior D (owner)
Recipient: ▉▉▉▉▉▉

Thanks bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ | | | |

**Delivered:** 4/3/2020 11:34:17 AM(UTC-4)

4/3/2020 11:34:17 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▉▉▉▉▉▉
Recipient: ▉▉▉▉▉▉ Junior D (owner)

What's your name boss so I can lock you in.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ Junior D | | | |

**Read:** 4/3/2020 11:34:27 AM(UTC-4)

4/3/2020 11:34:24 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▉▉▉▉▉▉
Recipient: ▉▉▉▉▉▉ Junior D (owner)

What's your name boss so I can lock you in.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ Junior D | | | |

**Read:** 4/3/2020 11:34:27 AM(UTC-4)

4/3/2020 11:34:24 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Rafy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/3/2020 11:34:30 AM(UTC-4)

4/3/2020 11:34:29 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Rafy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 4/3/2020 11:34:30 AM(UTC-4)

4/3/2020 11:34:29 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Kool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:39:24 AM(UTC-4)

4/3/2020 11:34:33 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Kool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:39:24 AM(UTC-4)

4/3/2020 11:34:33 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: ▌▌▌▌ Junior D (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌ Junior D | | | |

**Read:** 4/3/2020 11:47:31 AM(UTC-4)

4/3/2020 11:41:54 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▌▌▌▌ Junior D (owner)
Recipient:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌ Junior D | | | |

**Read:** 4/3/2020 11:47:31 AM(UTC-4)

4/3/2020 11:41:54 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▌▌▌▌ Junior D (owner)
Recipient: ▌▌▌▌

Same app I use bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌ | | | |

**Delivered:** 4/3/2020 11:50:34 AM(UTC-4)

4/3/2020 11:47:43 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▌▌▌▌ Junior D (owner)
Recipient: ▌▌▌▌

Same app I use bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌▌▌▌ | | | |

**Delivered:** 4/3/2020 11:50:34 AM(UTC-4)

4/3/2020 11:47:43 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From:
Recipient: ▮▮▮▮ Junior D (owner)

Liked "Same app I use bro"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:51:16 AM(UTC-4)

4/3/2020 11:50:56 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: ▮▮▮▮ Junior D (owner)

Liked "Same app I use bro"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:51:16 AM(UTC-4)

4/3/2020 11:50:56 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: ▮▮▮▮ Junior D (owner)

Your mans just hit me. Good looks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:51:16 AM(UTC-4)

4/3/2020 11:51:12 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)

From:
Recipient: ▮▮▮▮ Junior D (owner)

Your mans just hit me. Good looks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 4/3/2020 11:51:16 AM(UTC-4)

4/3/2020 11:51:12 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ⬛⬛⬛ Junior D (owner)
Recipient: ⬛⬛⬛⬛

Np Brody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛⬛⬛ | | | |

**Delivered:** 4/3/2020 11:51:22 AM(UTC-4)

4/3/2020 11:51:22 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ⬛⬛⬛ Junior D (owner)
Recipient: ⬛⬛⬛⬛

Np Brody

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛⬛⬛ | | | |

**Delivered:** 4/3/2020 11:51:22 AM(UTC-4)

4/3/2020 11:51:22 AM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ⬛⬛⬛ Junior D (owner)
Recipient: ⬛⬛⬛

My guys back let me know. Let Bebo know too.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛⬛⬛ Junior D | | | |

**Read:** 5/19/2020 2:53:48 PM(UTC-4)

5/19/2020 1:21:49 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ⬛⬛⬛ Junior D (owner)
Recipient: ⬛⬛⬛

My guys back let me know. Let Bebo know too.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛⬛⬛ Junior D | | | |

**Read:** 5/19/2020 2:53:48 PM(UTC-4)

5/19/2020 1:21:49 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

Rafy, sorry for your loss guy. I just got the word on Bebo passing away.  my condolences go out to you and his family.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Junior D | | | |

**Read:** 3/20/2021 9:32:54 PM(UTC-4)

3/20/2021 9:32:46 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

Rafy, sorry for your loss guy. I just got the word on Bebo passing away.  my condolences go out to you and his family.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Junior D | | | |

**Read:** 3/20/2021 9:32:54 PM(UTC-4)

3/20/2021 9:32:46 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

I appreciate that bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

**Delivered:** 3/20/2021 9:33:15 PM(UTC-4)

3/20/2021 9:33:15 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▇▇▇▇▇ Junior D (owner)
Recipient: ▇▇▇▇▇▇▇▇

I appreciate that bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |

**Delivered:** 3/20/2021 9:33:15 PM(UTC-4)

3/20/2021 9:33:15 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮ Junior D (owner)

Sad. I was just thinking about y'all and was going to hit Bebo up to see how he was doing. I spoke to Goldo and he told me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:34:10 PM(UTC-4)

3/20/2021 9:34:05 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮
Recipient: ▮▮▮▮▮▮ Junior D (owner)

Sad. I was just thinking about y'all and was going to hit Bebo up to see how he was doing. I spoke to Goldo and he told me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:34:10 PM(UTC-4)

3/20/2021 9:34:05 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮

Yea bro. This shit still feels unreal. I miss him so much.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 3/20/2021 9:35:02 PM(UTC-4)

3/20/2021 9:35:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮▮

Yea bro. This shit still feels unreal. I miss him so much.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 3/20/2021 9:35:02 PM(UTC-4)

3/20/2021 9:35:02 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I feel you. It hits hard when it's a loved one. Ive been there.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:36:27 PM(UTC-4)

3/20/2021 9:36:18 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)

From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I feel you. It hits hard when it's a loved one. Ive been there.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:36:27 PM(UTC-4)

3/20/2021 9:36:18 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0
(Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I use to call you guys the stick boys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:36:56 PM(UTC-4)

3/20/2021 9:36:56 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

I use to call you guys the stick boys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:36:56 PM(UTC-4)

3/20/2021 9:36:56 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ████████

**Definitely bro**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/20/2021 9:37:02 PM(UTC-4)

3/20/2021 9:37:01 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ████████

**Definitely bro**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/20/2021 9:37:02 PM(UTC-4)

3/20/2021 9:37:01 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ████████

**Haha**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/20/2021 9:37:05 PM(UTC-4)

3/20/2021 9:37:04 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ███████ Junior D (owner)
Recipient: ████████

**Haha**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Delivered:** 3/20/2021 9:37:05 PM(UTC-4)

3/20/2021 9:37:04 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Word!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 3/20/2021 9:37:10 PM(UTC-4)

3/20/2021 9:37:10 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮ Junior D (owner)
Recipient: ▮▮▮▮▮

Word!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Delivered:** 3/20/2021 9:37:10 PM(UTC-4)

3/20/2021 9:37:10 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Never seeing so manny sticks in my life lol. My prayers go out to y'all b safe out there tomorrow is not promised.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:37:59 PM(UTC-4)

3/20/2021 9:37:55 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▮▮▮▮▮
Recipient: ▮▮▮▮▮ Junior D (owner)

Never seeing so manny sticks in my life lol. My prayers go out to y'all b safe out there tomorrow is not promised.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Junior D | | | |

**Read:** 3/20/2021 9:37:59 PM(UTC-4)

3/20/2021 9:37:55 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▓▓▓▓▓▓▓ Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

You ain't Lying bro! I appreciate that!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | | | |

**Delivered:** 3/20/2021 9:38:37 PM(UTC-4)

3/20/2021 9:38:36 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▓▓▓▓▓▓▓ Junior D (owner)
Recipient: ▓▓▓▓▓▓▓

You ain't Lying bro! I appreciate that!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | | | |

**Delivered:** 3/20/2021 9:38:37 PM(UTC-4)

3/20/2021 9:38:36 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▓▓▓▓▓▓▓
Recipient: ▓▓▓▓▓▓▓ Junior D (owner)

Loved "You ain't Lying bro! I appreciate that! "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ Junior D | | | |

**Read:** 3/20/2021 9:41:11 PM(UTC-4)

3/20/2021 9:40:49 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)



From: ▓▓▓▓▓▓▓
Recipient: ▓▓▓▓▓▓▓ Junior D (owner)

Loved "You ain't Lying bro! I appreciate that! "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ Junior D | | | |

**Read:** 3/20/2021 9:41:11 PM(UTC-4)

3/20/2021 9:40:49 PM(UTC-4)

Source Info:
1099150822/727593/stjamesperfmx1@gmail.com-
727593/messagesinicloud/Messages/MessagesInICloud.csv : 0x0 (Size: 24253538 bytes)