Dear honorable Judge Sorokin,

    My name is Rafael Davila. I'm 36 years old. I'm the oldest of 4 siblings. I was raised in a healthy household with both parents. Growing up my father worked on cars that he bought and sold. He also worked on mopeds and always worked at least two jobs to support our family. My mother studied and worked in child development until I was 12 years old when she began having health issues which she still suffers from today.

    I grew a passion for cars and motorcycles at a young age. I would watch my father work on cars and mopeds and pass him tools and ask questions. I ended up attending a vocational high school where I took autobody as a trade. I graduated from Roger L. Putnam vocational High School in 2007.

    I have two awesome kids. My daughter Alani who just turned 17. She goes to the same vocational school that I went to. She's studying marketing. Then I have my son Alijah. He's turning 12 in a couple of weeks. He's a 6th grader at Rise Academy which is an accelerated learning middle school. He's an honor student. I also helped raise two step children from my last relationship, Nyla and Avant. When I entered their lives, Nyla was 7 and Avant was 3. Nyla is now 18. She graduated a year early and is starting college later this october. She's going to study sonography. Avant is now 14 years old and is really into sports.

1

He specifically loves football and wrestling. I'm in contact with my children and step children daily.

    I had an auto body shop at age 20. I've always repaired, bought, sold, traded, and collected cars and motorcycles. I also collect R/C cars and comic books. Throughout my adult life i've worked with several auto dealers wholesaling cars to other dealers and also selling vehicles to the public. I worked at Boulevard Used auto parts as a salesman for a couple of years. While working at Boulevard, I learned of Ebay. In 2018 I left my job at Boulevard to start my own Ebay business specializing in selling used auto parts from older european cars. I would buy my donor cars from private parties on craigslist, offer up, and Facebook marketplace. My Ebay business did well but began to slow down in 2020 due to the pandemic. I began collecting unemployement which was barely enough to make ends meet so I began buying and selling vehicles privately. I also began helping out at chicopee auto and scrap. It was a Junkyard that a good friend of mine had recently acquired. He knew that I had experience in this field because of my time working at Boulevard so he recruited me to help get his business started. This continued into 2021.

    2021 was a year full of hardships for me. In march of 2021, one of my best friends of over 15 years who was living with me at the time was murdered after leaving a bar. That summer, my girlfriend of almost 10 years and I split up. This break up was really hard on me.

2

On November 1st, my youngest brother, Joel, died in a car accident. This was devastating to my family and I. Then on the last day of the year, a year that I was glad was finally coming to an end, I went home to get ready for the countdown. I arrived to find that my house had been burglarized. Amongst many items that had been stolen were gifts that my brother had given to me before he passed away. I spent the countdown putting my apartment back together.

Your honor, non of this is an excuse for the crimes that I committed, I just feel that these were contributing factors to my reckless and careless behavior. I felt so low about myself. I had suffered so many losses and hardships that I fell into a dark place. I felt worthless and full of bad fortune. I resorted to self destructive behavoir. I was drinking heavily to avoid the pain of losing my brother and one of my best friends. I would sober up just in time for daddy time with my kids. I would always make sure that I seemed strong and put together for my kids and my loved ones but when I was alone, I was a wreck.

I started stealing. The easy money made me feel better about myself. Being the guy who payed the tab or bought the round felt good in that moment but it was all at the expense of innocent victims, at the expense of losing my freedom and losing precious time with my loved ones. I dehumanized my victims. In my mind, their feelings were less important then mine.

3

I know now that it wasn't just property theft. It wasn't as simple as my victims replacing what I stole and moving on. I caused my victims stress, to lose peace of mind, I cost them money, lost wages, missed appointments, they must of lost sleep and felt paranoia amongst other bad and uncomfortable feelings. I understand that my actions didn't only affect the victims but also their communities and surrounding communities. I know first hand what it feels like to be the victim of theft. My behavior was unexceptable, repulsive, and selfish. What I did was wrong in so many ways. I'm ashamed and I feel a deep remorse for the victims of my crimes.

I accept full responsibility for my actions. I'm committed to doing everything in my power to address the harm that I've caused. I've prepared a speech and a public apology. I've come up with several ideas for charities to help the less fortunate. My business will incorperate funds for donations on a regular basis. I've already started looking into opportunities to mentor youth.

I've made the most of my time incarcerated your honor. I took advantage of any programs available to me. I'm in AA, I enrolled in parenting classes, I completed the Brave Program, I completed any tablet programs that I thought would be beneficial to me, I seeked therapy, I worked in the kitchen and became head cook, I now work in receiving and

4

discharge which requires a lot of trust and a recommendation from staff, and I joined the inmate run Restorative Justice Program where I took the role as the secretary and as of July, it was my honor to take the role as Chairman. I also spent alot of time creating and perfecting a realistic and attainable blueprint for success for myself.

I needed this to happen to me your honor. God knows that I needed to go through this. Although this term of incarceration has been dificult on my loved ones and I, I truly feel that this experience was a blessing in disguise. This incarceration may of saved my life. During this period of incarceration, I feel like I've grown as a man. I feel more emotionally mature. This whole situation has been perfectly tailored to change me for the better. It's opened my eyes to so many things. I was overlooking so many blessings and great things in my life. I feel so much love and support from my family, friends, and loved ones. I didn't realize how significant I was to so many people. I learned so much about myself. I know now that I'm not worthless and that I have great potential. I'm better than this situation your honor. I have a lot to offer my loved ones and my community. I'm a devoted and proud dad. I'm family oriented

5

and I have a very close relationship with my parents. I'm mechanically inclined and I specialize in autobody and auto sales. ~~on~~ I can build and work on almost anything. I have a strong work ethic. I'm not a lost cause your honor. I'm 100% devoted to change. There is absolutely no chance of recidivism for me.

    I realize that because of my actions, law enforcement, the government, and the court used time and precious resources on my case that could of been used elsewhere so for this I sincerely apoligize.

    I understand that my actions have serious consequences your honor. I respectfully ask that you impose a sentence to me that is fair and fitting.

    I appreciate you taking the time to read this letter. Thank you for your consideration.

                                      Rafael Davila