UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 23-cr-10127-LTS |
| | : |
| RAFAEL DAVILA | : |

NOTICE OF APPEAL

The Defendant, Rafael Davila, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the sentence imposed in this case, including certain orders of forfeiture. Final judgment entered October 4, 2024.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
B.B.O.# 667807
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 8, 2024.

*/s/ Scott Lauer*
Scott Lauer