UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Rafael Davila

District Court Number: 23cr10127-LTS-1

Fee: Paid? Yes ____ No ____ Government filer ____ *In Forma Pauperis* Yes _X_ No ____

Motions Pending  Yes ____ No _X_
If yes, document # ____

Sealed documents  Yes _X_ No ____
If yes, document # 19,274,285,304

*Ex parte* documents  Yes _X_ No ____
If yes, document # 238,239

Transcripts  Yes ____ No _X_
If yes, document # ____

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#297 Preliminary Order of Forfeiture With Respect to Contested Assets, #303 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#297, #303, and #305

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __305__ filed on __October 8, 2024__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __October 8, 2024__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**