**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 22-cr-10127-LTS |
| | ) | |
| RAFAEL DAVILA, | ) | |
| Defendant. | ) | |

**MOTION FOR LIMITED UNSEALING OF SEALED PORTION OF HEARING**

Rafael Davila, through undersigned counsel, moves for the limited unsealing of the sealed ex-parte portion of the hearing conducted on September 11, 2024 in the above-captioned matter to make it available to counsel representing Mr. Davila the United States Court of Appeals for the First Circuit in his appeal from the judgment entered by this Court on October 4, 2024.

In support of this motion, undersigned counsel states the following:

1.  Undersigned counsel is representing Mr. Davila in the United States Court of Appeals for the First Circuit in his appeal from the judgment entered in this case.

2. A portion of the hearing held in this case on September 11, 2024 was conducted outside the presence of the government and sealed.

3. The unsealing requested is a limited unsealing only for the purpose of allowing appellate counsel for Mr. Davila to obtain and review the transcript of that portion of the hearing that is currently sealed. The transcript would remain sealed for all other purposes.

WHEREFORE, undersigned counsel, requests that this Court enter an order granting the partial unsealing sought to allow appellate counsel to obtain and review the transcript of the sealed portion of the September 11, 2024 hearing.

Respectfully submitted,
Rafael Davila
By his attorney,

/s/ *Judith H. Mizner*
Judith H. Mizner
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Judith H. Mizner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 15, 2025..

/s/ *Judith H. Mizner*
Judith H. Mizner