UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 23-10127-LTS |
| | ) | |
| 1. RAFAEL DAVILA, | ) | |
|   a/k/a "Robbin Hood," | ) | |
|       Defendant. | ) | |

**DECLARATION OF ALEXANDRA W. AMRHEIN
REGARDING SERVICE OF PROCESS**

I, Alexandra W. Amrhein make the following declaration:

1.     I am an Assistant United States Attorney.  I represent the United States of America in this case.

2.     I hereby certify that the following individual has been served a certified copy of the Preliminary Order of Forfeiture with Respect to Uncontested Assets (Docket No. 253), issued by the Court on July 3, 2024, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c):

    a)     Rafael Davila, USM No. 53637-510, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

Attached as Exhibit A is the USPS Domestic Return Receipt reflecting service.

3.     I also certify that counsel for the Defendant has been served a copy of the Preliminary Order of Forfeiture with Respect to Uncontested Assets, via the Electronic Case Filing system (ECF), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), incorporating Supplemental Rule G(4)(b)(iv), which provides for service by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.  Executed this 11th day of February 2025, in Boston,

Massachusetts.

<div style="margin-left: 50%;">

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,


By:     /s/ Alexandra W. Amrhein
        ALEXANDRA W. AMRHEIN
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        alexandra.amrhein@usdoj.gov

</div>

Dated: February 11, 2025