UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>1. RAFAEL DAVILA, )<br>   a/k/a "Robbin Hood," )<br>        Defendant. ) | Criminal No.: 23-10127-LTS |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
WITH RESPECT TO UNCONTESTED ASSETS**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture with Respect to Uncontested Assets in the above-captioned case pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture with Respect to Uncontested Assets is submitted herewith. In support thereof, the United States sets forth the following:

1. On July 3, 2024, in connection with the charges against Rafael Davila, a/k/a "Robbin Hood" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture with Respect to Uncontested Assets against the following property, pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    a. One black Dodge Challenger, unknown year and unknown vehicle identification number, used by RAFAEL DAVILA;

    b. 2007 Maroon Acura MDX, VIN: 2HNYD28417H521187, used by Rafael Davila;

    c. 19 various catalytic converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

    d. 9mm PW Arms handgun serial #017999 seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

|     |     |     |
| --- | --- | --- |
| e. | | Magazine with 10 rounds of ammunition seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| f. | | 24 catalytic converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| g. | | 19 Catalytic Converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| h. | | 1 box of ammunition and holster with magazine seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| i. | | One (1) clear in color extended magazine ETS group US with ammo seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| j. | | One catalytic converter seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| k. | | $8,215.00 U.S. Currency seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| l. | | Glock 27, 40 Cal, serial number GGR068 seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| m. | | Magazine with rounds seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |
| n. | | Miscellaneous jewelry with money bands seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; and |
| o. | | Miscellaneous jewelry seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; |

(collectively the "Properties").  *See* Docket No. 253.

2.  Notice of the Preliminary Order of Forfeiture with Respect to Uncontested Assets was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 12, 2024 and ending on August 10, 2024.  *See* Docket Nos. 319 and 320.

3.  No claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture with Respect to Uncontested Assets, against the Properties, in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:    /s/ Alexandra W. Amrhein
PHILIP A. MALLARD
ALEXANDRA W. AMRHEIN
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated:   February 11, 2025                    alexandra.amrhein@usdoj.gov