UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>1. RAFAEL DAVILA, )<br>   a/k/a "Robbin Hood," )<br>         Defendant. ) | Criminal No.: 23-10127-LTS |

**DECLARATION OF PUBLICATION**

Pursuant to 21 U.S.C. § 853(n)(1), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture with Respect to Disclaimed Assets (Docket No. 268), was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 30, 2024 and ending on August 28, 2024. *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on February 11, 2025, at Boston, Massachusetts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:   */s/ Alexandra W. Amrhein*
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
alexandra.amrhein@usdoj.gov

Dated:  February 11, 2025