UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.: 23-10127-LTS |
| ) | |
| 1. RAFAEL DAVILA, ) | |
|    a/k/a "Robbin Hood," ) | |
|         Defendant.  ) | |

**DECLARATION OF ALEXANDRA W. AMRHEIN**
**REGARDING SERVICE OF PROCESS**

I, Alexandra W. Amrhein make the following declaration:

1. I am an Assistant United States Attorney. I represent the United States of America in this case.

2. I hereby certify that the following individuals have been served a certified copy of the Preliminary Order of Forfeiture with Respect to Disclaimed Assets (Docket No. 268), issued by the Court on July 26, 2024, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c):

    a) Rafael Davila, USM No. 53637-510, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863; and

    b) Rafael Davila, Sr., Springfield, MA 01108.

Attached as Exhibit A are the USPS Domestic Return Receipts reflecting service.

3. I also certify that counsel for the Defendant has been served a copy of the Preliminary Order of Forfeiture with Respect to Disclaimed Assets, via the Electronic Case Filing system (ECF), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), incorporating Supplemental Rule G(4)(b)(iv), which provides for service by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 11th day of February 2025, in Boston, Massachusetts.

                                              Respectfully submitted,

                                              LEAH B. FOLEY
                                              United States Attorney,

                              By:     /s/ Alexandra W. Amrhein
                                              ALEXANDRA W. AMRHEIN
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3100
Dated: February 11, 2025                alexandra.amrhein@usdoj.gov