UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 23-10127-LTS |
| ) | |
| 1. RAFAEL DAVILA, ) | |
|     a/k/a "Robbin Hood," ) | |
|         Defendant. ) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
WITH RESPECT TO DISCLAIMED ASSETS**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture with Respect to Disclaimed Assets in the above-captioned case pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture with Respect to Disclaimed Assets is submitted herewith. In support thereof, the United States sets forth the following:

1. On July 26, 2024, in connection with the charges against Rafael Davila, a/k/a "Robbin Hood" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture with Respect to Disclaimed Assets against the following property, pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   a. One 2015 Chevrolet Suburban, bearing vehicle identification number 1GNSKJKC2FR674310, registered to RAFAEL DAVILA;

   b. One 2012 Can-Am Spyder Roadster, bearing vehicle identification number 2BXJBDC17CV000847, registered to RAFAEL DAVILA; and

   c. Blue Honda Gold Wing Motorcycle bearing vehicle identification number JH2SC7941NK400229, seized on or about April 12, 2023 at 163 Trafton Rd., Springfield, MA 01108

(collectively, the "Disclaimed Assets"). *See* Docket No. 268.

2.      Notice of the Preliminary Order of Forfeiture with Respect to Disclaimed Assets was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 30, 2024 and ending on August 28, 2024.  *See* Docket Nos. 322 and 323.

3.      No claims of interest in the Disclaimed Assets have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture with Respect to Disclaimed Assets, against the Disclaimed Assets, in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:     */s/ Alexandra W. Amrhein*
        PHILIP A. MALLARD
        ALEXANDRA W. AMRHEIN
        Assistant United States Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated:  February 11, 2025                   alexandra.amrhein@usdoj.gov