UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 23-10127-LTS |
| ) | |
| 1. RAFAEL DAVILA, ) | |
|    a/k/a "Robbin Hood," ) | |
|         Defendant. ) | |

### FINAL ORDER OF FORFEITURE WITH RESPECT TO UNCONTESTED ASSETS

**SOROKIN, D.J.**

WHEREAS, on July 3, 2024, in connection with the charges against Rafael Davila, a/k/a "Robbin Hood" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture with Respect to Uncontested Assets against the following property, pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

- a. One black Dodge Challenger, unknown year and unknown vehicle identification number, used by RAFAEL DAVILA;

- b. 2007 Maroon Acura MDX, VIN: 2HNYD28417H521187, used by Rafael Davila;

- c. 19 various catalytic converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

- d. 9mm PW Arms handgun serial #017999 seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

- e. Magazine with 10 rounds of ammunition seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

- f. 24 catalytic converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

- g. 19 Catalytic Converters seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

- h. 1 box of ammunition and holster with magazine seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

i. One (1) clear in color extended magazine ETS group US with ammo seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

j. One catalytic converter seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

k. $8,215.00 U.S. Currency seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

l. Glock 27, 40 Cal, serial number GGR068 seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

m. Magazine with rounds seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

n. Miscellaneous jewelry with money bands seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030; and

o. Miscellaneous jewelry seized on or about April 12, 2023 at 799 S West St., Apt. D, Feeding Hills, MA 01030;

(collectively the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture with Respect to Uncontested Assets was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 12, 2024 and ending on August 10, 2024; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture with Respect to Uncontested Assets is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Properties, which are hereby forfeited to the United States of America pursuant to

18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Leo T. Sorokin
**LEO T. SOROKIN**
United States District Judge

Dated: 2/12/2025