UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>1. RAFAEL DAVILA, )<br>   a/k/a "Robbin Hood," )<br>        Defendant. ) | Criminal No.: 23-10127-LTS |

## **FINAL ORDER OF FORFEITURE WITH RESPECT TO DISCLAIMED ASSETS**

**SOROKIN, D.J.**

      WHEREAS, on July 26, 2024, in connection with the charges against Rafael Davila, a/k/a "Robbin Hood" (the "Defendant"), this Court issued a Preliminary Order of Forfeiture with Respect to Disclaimed Assets against the following property, pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    a. One 2015 Chevrolet Suburban, bearing vehicle identification number 1GNSKJKC2FR674310, registered to RAFAEL DAVILA;

    b. One 2012 Can-Am Spyder Roadster, bearing vehicle identification number 2BXJBDC17CV000847, registered to RAFAEL DAVILA; and

    c. Blue Honda Gold Wing Motorcycle bearing vehicle identification number JH2SC7941NK400229, seized on or about April 12, 2023 at 163 Trafton Rd., Springfield, MA 01108

(collectively, the "Disclaimed Assets");

      WHEREAS, notice of the Preliminary Order of Forfeiture with Respect to Disclaimed Assets was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 30, 2024 and ending on August 28, 2024; and

      WHEREAS, no claims of interest in the Disclaimed Assets have been filed with the Court

or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture with Respect to Disclaimed Assets is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Disclaimed Assets, which are hereby forfeited to the United States of America pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Disclaimed Assets are hereby held in default.

4. The United States is hereby authorized to dispose of the Disclaimed Assets in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Leo T. Sorokin

**LEO T. SOROKIN**
United States District Judge

Dated: 2/12/2025