# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CR No. 23-10127-LTS |
| **DEFENDANT** RAFAEL DAVILA | **TYPE OF PROCESS** FINAL ORDER OF FORFEITURE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE ATTACHED ITEMS LIST

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexandra W. Amrhein, Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please dispose of the above-named Vehicles, in accordance with the attached Final Order of Forfeiture and applicable law.

CATS No. 23-FBI-007881; 23-FBI-007883; ~~and 23-FBI-009214.~~    LJT x3283

Signature of Attorney other Originator requesting service on behalf of:
ALEXANDRA AMRHEIN (Digitally signed by ALEXANDRA AMRHEIN, Date: 2025.02.18 14:26:15 -05'00')
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 617-748-3100
DATE: 2/18/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk: *[signed]*
Date: 2/19/24

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Date: 3/10/25   Time: 9:59  [X] am  [ ] pm
Address *(complete only different than shown above)*:
Signature of U.S. Marshal or Deputy: *[signed]*

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
23-FBI-007883 - Sold vehicle

Form USM-285 Rev. 03/21