**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 23-FBI-007859 |
| DEFENDANT | TYPE OF PROCESS |
| RAFAEL DAVILA | FINAL ORDER OF FORFEITURE |

2025 FEB 24  PM 3: 30

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2018 Dodge Challenger VIN 2C3CDZFJ9JH288642

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Alexandra W. Amrhein, Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please dispose of the above-referenced vehicle, in accordance with the attached Final Order of Forfeiture and applicable law.

CATS No. 23-FBI-007859                                    LJT x3283

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| ALEXANDRA AMRHEIN  Digitally signed by ALEXANDRA AMRHEIN Date: 2025.02.20 16:57:29 -05'00' | ☒ PLAINTIFF  ☐ DEFENDANT | 617-748-3100 | 2/20/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 38 | No. 38 | RENEE IANNELLI  Digitally signed by RENEE IANNELLI Date: 2025.02.24 12:28:39 -05'00' | 2/24/2025 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 3/24/25 | 12:17 | ☐ am  ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | *Renee Iannelli* |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS  *Vehicle Sold*

2025 MAY -5 AM 9: 56   FILED IN CLERKS OFFICE

Form USM-285
Rev. 03/21