FILED
IN CLERK'S OFFICE
2025 AUG -4 PM 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

Judgement & Commitment Order

Case # 23CR10127-1    USM # 53637-510

To Judge Sorokin,

    When I first arrived at FMC Devens, family and friends came together to send me money to help me buy the things that I needed. Since then, my family has been sending me $60 a week ($40 from my parents and sister and $20 from my grandmother). Until now, my monthly FRP payment was $25.

    Because there wasn't an amount set in my Judgement & Commitment order, at my first 6 month unit team meeting, my case manager did a calculation and partially because of the influx of deposits early on, ordered that I pay $227 monthly starting the first week of August 2025.

    My monthly deposits total $240. I spend between $15 and $20 a week on messaging with my loved ones which is an absolute necessity, especially being that we are so limited on phone minutes. I get 300 phone minutes a month. I make a 10 minute phone call daily where I have to decide between calling my parents, my fiancee, or my children. The lack of funds for messaging this month while saving up for the upcoming $227 payment is affecting the quality of messages and conversation between my family and I and causing concern. (I attached

a couple of examples). I use the leftover money to pay my $25 FRP payment and about $30 a week on commissary.

Ive been working as a rec. equipment clerk for the last 6 months but I only get paid between $4.50 and $9.50 a month. FMC Devens does not have Unicor. If at any point my family is unable to make these payments, I go into FRP refusal status and I lose FSA credits, computer access and messaging, commissary privileges, and any FSA related incentives including free phone calls. I am unable to put this burden of payment on my family.

I'm doing all the right things. I've remained free of any disciplinary infractions. I'm working and programming. I've already completed 18 programs and received numerous certificates. I'm also enrolled in many other programs that I'm waiting to begin. I've lowered my risk of recidivism, lowered my security level and am now FSA eligible and accumulating FSA credits.

Judge Sorokin, I'm respectfully asking that you take these factors into consideration and set my monthly payment to a more reasonable amount, $25 if possible, and if possible, defer restitution payments until i'm released from

prison, working, and able to make payments myself.

    Thank you for taking the time to read this Judge and for any consideration.

Respectfully,<br>
Rafael Davila