TRULINCS 53637510 - DAVILA, RAFAEL - Unit: DEV-G-B

---

FROM: Davila, Mildred Mom
TO: 53637510
SUBJECT: Hi pa
DATE: 07/13/2025 05:51:03 PM

Goodafternoon junebug!! I easing off on texting because I know you need your minutes which is not enough. We are fine., just got home from picking Alani up from work and bringing her to Nicky's where her mom is at. They are doing fine. We are just home relaxing and trying to stay focus in life itself. I hope you enjoy the day. God bless and be with you always, keep you safe and healthy in every way and day possible. Keep you from harms way and fill your life up with many blessing and good outcomes to come. We love you most and always. Love and miss you. Mom and dad.

TRULINCS 53637510 - DAVILA, RAFAEL - Unit: DEV-G-B

---

FROM: Davila, Mildred MOM
TO: 53637510
SUBJECT: Hi pa
DATE: 07/21/2025 12:51:02 AM

Goodnight junebug!! Everything went smooth. I sent out one envelope. Have two to go. Also a postcard. I hope you are doing good as possible and everything is going well. It's hard not to barely hear from you but I know it's not your fault. I hope you had a blessed good day and it continues throughout the night. God bless and be with you always protect guide, keep you safe and healthy in every way possible everyday. Keep you from harms way always.. My prayers are always with you . Love, mom

TRULINCS 53637510 - DAVILA, RAFAEL - Unit: DEV-G-B

---

FROM: Davila, Mildred MOM
TO: 53637510
SUBJECT: Hi pa
DATE: 07/23/2025 04:51:04 PM

Goodafternoon junebug!! I sent the 60 i have been confusing my days. I am so sorry. I will put an alarm for Tuesday so that you get them. I hope you had a goodnight and are having a blessed good day and it will continue throughout the rest of the day and night.. I hope you are good and hanging in there. Wish we had more communication time but I know that's not possible in there. We are ok! God bless and be with you always protect guide, keep you safe and healthy in every way, everyday. Keep you from harms way always. Continue going forward, staying positive, strong and keeping your faith. We love you most and always. Love, mom and dad.

 1 of 2

---

FROM: Davila, Emily Sister
TO: 53637510
SUBJECT: RE: hey
DATE: 07/20/2025 11:36:03 AM

I'll let him know when he wakes up. I hope you're doing OK. Maybe I'm wrong but I can sense like if you're depressed or something let me know if you need anything OK. I'm here for you. <3

2 of 2

TRULINCS 53637510 - DAVILA, RAFAEL - Unit: DEV-G-B

---

FROM: 53637510 Me
TO: Davila, Emily
SUBJECT: RE: RE: hey
DATE: 07/20/2025 12:42:53 PM

Im fine. i cant text alot because im having a situation with the monthly payments so i have to be really quick. i cant put any thought into these messages or even have time to spell check. Lory or mom can explain.

This is my response to my sister